# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case: 1:10-cv-00139 |
| v. | ) | Assigned to: Collyer, Rosemary M. |
| | ) | |
| TICKETMASTER ENTERTAINMENT, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LIVE NATION, INC. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

John R. Read, Esquire
Chief, Litigation III Section
Antitrust Division
United States Department of Justice
450 Fifth Street, NW
Suite 2000
Washington, D.C. 20530

It's My Party, Inc. ("I.M.P."), It's My Amphitheatre, Inc. ("I.M.A."), Seth Hurwitz,

Frank Productions, Inc., Sue McLean and Associates, Metropolitan Talent, Inc., each of which

promotes, and/or operates or books venues for, popular music concerts, and the National

Consumers League[1] (collectively, the "Objectors") herewith object to the Proposed Consent

---

[1] The National Consumers League (NCL) is part of the coalition of consumer groups, independent promoters, ticket sellers and 50 members of Congress opposing the merger between Ticketmaster and Live Nation. Despite our coalition's efforts, the Department of Justice went forward in approving the merger. While it joins in these objections, the NCL also notes that, as a consumer organization, it believes the merger should not have been approved and that further concentration of the live performance ticketing industry will ultimately prove harmful to consumers, who will see a steady rise in the cost of concerts and other live events, and an increase in vaguely defined fees and charges, which have dramatically pushed up the price of tickets over the past decade. Indeed, the average price of a ticket to one of the top 100 tours soared to $62.57 in 2009 from $25.81 in 1996, according to Pollstar, far outpacing inflation. (David Segal, *Calling Almost Everyone's Tune*, N.Y. Times, April 23, 2010.)

Indeed, since the merger's approval in late January of 2010, Live Nation Entertainment, Inc. flexed its dominance. It bid on virtually every artist touring in 2010 and the booking agents for popular artists, such as Rascal Flatts, Brad Paisley, Iron Maiden, 311 and Jimmy Buffett, did not even solicit competitive offers for this 2010 summer concert

Judgment between the plaintiffs in the above-captioned action and Live Nation, Inc. ("Live Nation") and Ticketmaster Entertainment, Inc. ("Ticketmaster").

## PRELIMINARY STATEMENT

The Department of Justice ("DOJ") and several state Attorneys General (collectively, the "Government") have challenged the merger of Live Nation and Ticketmaster to form Live Nation Entertainment, Inc. ("LNE") on the grounds that this merger would substantially lessen competition in the market for the provision of primary, remote ticketing services in the United States. The Government has resolved this challenge by agreeing to a Proposed Consent Judgment (the "Consent Judgment") whose principal terms require Ticketmaster to grant a perpetual license to its ticketing software and divest its entire Paciolan business to independent companies. The stated purpose of these divestitures is to create two independent firms capable of competing with LNE, particularly in the market for the remote, primary sale of tickets to what the Government characterizes as major concert venues.

The Objectors challenge the Consent Judgment because the proposed remedial relief will not achieve the stated goal of facilitating effective competition with LNE in the primary, remote sale of tickets to popular music concerts at major concert venues. The Consent Judgment does not take into account LNE's domination of the promotion of popular music concerts by major artists and control of venues capable of hosting concerts by major artists. The vast majority of all popular music concerts by major artists will be promoted by LNE and held at LNE controlled venues at which its remote, primary ticketing services will be utilized without violating the

---

season. This conduct has already impacted ticket prices and ticket servicing fees. For instance, the top ticket price for the Lady Gaga tour has increased by approximately 133% in the last three months.

NCL supports efforts to stop this merger because of its contribution to the increased concentration of the live event industry in the hands of a few powerful forces and the resulting decrease in customer services and increase in prices to consumers.

Consent Judgment.  The companies to which Ticketmaster's ticketing software and Paciolan business are divested will be unable to compete effectively to provide remote, primary ticketing services for popular music concerts and LNE will remain the dominant competitor in the market. LNE is already exercising this market domination to eviscerate the remedial relief imposed under the Consent Judgment.  The continuation of the merged company's dominant position in the market will have significant anticompetitive consequences, including continued supra-competitive ticketing services fees and charges.

If the Government remains unwilling to challenge the merger, additional remedial measures are necessary.  To create meaningful competition in the market for remote, primary sales of tickets to popular music concerts, LNE should be precluded from:  (i) promoting more than seventy-five percent (75%) of major popular music artists' tours; (ii) tying or bundling its promotional services and venue services; (iii) tying or bundling the appearance of major popular music artists at one LNE controlled venue to the artist's appearance in LNE controlled venues in different geographic markets; and (iv) retaliating against or penalizing any artist who elects to utilize a rival promoter or venue during the course of a LNE sponsored national or multi-appearance tour.  LNE should also be required to return at the request of any promoter or venue any customer or other competitive information Ticketmaster maintained from concerts for which it provided ticketing services for the promoter or venue.  These remedial measures will facilitate the ability of independently owned and operated venues, which will likely utilize rival ticketing companies, to compete for the artists who drive the live music industry.

## SUPPLEMENTAL MARKET ANALYSIS

### A.    The Popular Music Concert Industry

While the Government's Complaint and Competitive Impact Statement analyze the live entertainment industry, they focus upon the specific market for the remote, primary sale of tickets to music concerts.  However, the implementation of effective remedial action for the

anticompetitive effects the Government has recognized will result from the Live Nation –
Ticketmaster merger requires a deeper analysis of the promotional and venue services markets.
This analysis establishes that Live Nation had far greater pre-merger power in those markets than
the Government recognizes and that the merger has enhanced LNE's dominance in these
markets. This market domination will strangle nascent competition in the market for remote
primary ticketing services.

The popular music concert industry has its roots in the technical innovations that led to
the growth of the radio and television industry and a consumer mass market for quality recorded
music. To drive record sales, record companies sponsored concert tours across the country.
Radio airplay, exposure on nationally broadcast television shows, such as *American Bandstand*
and *The Ed Sullivan Show*, and record sales led to nationwide notoriety for highly talented artists
performing the genre of music in vogue at the time. As artists' popularity grew, they began to
attract substantial audiences for their live performances.

The style of music in vogue has evolved over time. In the 1950s, popular music was
evolving into "rock n' roll" (or just "rock"), a blend of rhythm and blues and country music.
This musical genre became widely popular among teens and young adults in the 1950s. Rock
artists became so popular that they attracted substantial audiences for their live performances and
touring provided them with a significant source of revenue. As a result, artists began to tour
independently of their recording companies. For several decades, only rock or folk (as this style
of music gained wide popularity in the 1960s) qualified as popular music when measured by
record sales, concert attendance or the amount and breath of radio play. Recently, rock music
has splintered into different genres, including classic (of the style from the 1960s through 1970s),
"hard" (less melodic) and alternative rock, and into a general category of "pop" (electric guitar
and organ and drum dominated music). Additionally, country music has spread from its roots in
the south and southwest of the United States to gain mainstream acceptance throughout the

country (*see*, CNNMoney.com, *Cashville USA*[2] (Ex. "A" hereto)), and the hip-hop and rap styles of music developed and became popular among teens and preteens. Other styles or genres of music, including jazz, blues and gospel, while capable of drawing significant numbers of fans, are popular only in one region of the country or among a segment of the population, so that they draw mass audiences, at most, only in limited areas or for only a few performances a year. Similarly, symphony orchestra performances and opera appeal to a small segment of the population, require unique venues,[3] and promoters are not usually involved with these events.

As the Government recognizes (Complaint, ¶¶ 15-19), a separate defined market developed for what are referred to hereinafter as "popular music concerts by major artists" with "popular music" defined as that genre of music of broad popularity and "major artists" defined as those artists performing in a popular music genre with sufficient talent to generate a mass audience. Local entrepreneurs began to promote concerts, which entailed advertising and marketing the concert in their region or city and often assuming the financial risk of the concert. As the industry developed, artists engaged a booking agent to schedule and route a tour. Booking agents would contact local promoters in each city or region in which the artist was considering appearing and solicit bids to promote the concert in their area. Initially, concerts were held in theatres utilized for plays or other such facilities and, as rock and folk artists grew in popularity, expanded to indoor sports arenas with seating for up to 30,000 fans and, in some instances, in outdoor sports stadiums with seating capacities in excess of 60,000 fans. Independent companies were formed to provide remote (at locations other than the venue hosting the concert) ticket sales.

---

[2] Found at http://money.cnn.com/magazines/fortune/fortune_archive/2007/01/22/8397980/index.htm

[3] As symphonies are generally performed with no or minimal amplification, they are generally only conducted at concert halls with highly tuned acoustics. Symphony orchestras may perform summer concerts at general music venues, usually amphitheatres, but do not have a sufficient breath of appeal to draw mass audiences to multiple performances and do not appeal to most popular music fans.

As the popular music concert market developed, facilities designed and intended for use solely as venues for live popular music concerts were constructed throughout the country, primarily in large urban areas. The most prevalent type of venue constructed for live popular music concerts are outdoor amphitheatres, with a seating capacity generally between 8,000 and 25,000 fans spread over designated seating areas (usually under cover) and large lawn areas. These facilities have become the dominant venues for popular music concerts because, as they are constructed to host music concerts, they have good sight lines, acoustics (although not to the level of a symphony hall) and staging. Conversely, arenas and stadiums are primarily constructed for sporting events and are generally not desirable venues in which to view a concert.[4] Amphitheatres also enjoy the advantages that: (a) fans enjoy attending concerts outdoors and mingling in the lawn section before and during the concert; (ii) they are more flexible than arenas and certainly stadiums in the size of the shows they can handle because they are less costly to operate, lawn seating allows amphitheatres to approach the seating capacity of indoor sports arenas while fans at less popular shows spread out in the lawn areas making the show seem to have a larger attendance; and (iii) attendance at amphitheatres tends to be higher because fans of limited means can purchase a lawn ticket at a reduced price and still obtain a good vantage by arriving early and are not locked into undesirable seats.

The artist is the bedrock of the popular music concert industry as it is the artist that draws the fans. It is commonly recognized that there are less than one hundred artists who can attract an average of 8,000 to 30,000 fans during a national concert tour. In its World Industry Report, *Promoters of Performing Arts, Sports and Similar Events with Facilities in the US*, IBISWorld states that, in 2005, the top 100 tours comprised 67% of the total domestic concert revenues. LNE recognizes the limited number of major artists and has centered its entire business model

---

[4] An artist might prefer an indoor venue if the performance includes a light show or has special stage requirements. This may occur only a few times a year.

around controlling them.  As its Brad Wavra, Senior Vice-President of Live Nation's Touring

Division, stated: "[t]here are only a handful of great artists out there that can do 10,000; 12,000;

15,000 tickets in 40 cities across the country.  Everybody knows who they are, they're historic

artists, legendary artists.  So, when they're on a touring cycle, you know, we all want to get them

to come play for us."  (Transcript of Artist House Music's Interview of Brad Wavra, Ex. "B"

hereto.)

### B.    Live Nation Conquerors Popular Music Concerts By Major Artists

In approximately 1997, SFX Entertainment, Inc. ("SFX") began acquiring local concert

promoters to develop a promotional company of national scope.  For example, SFX acquired Bill

Graham Presents, Electric Factory Concerts, Fey Concerts, Pace Concerts, Cellar Door and the

promotional companies of Jules Belkin and Don Law.  As it expanded nationally, SFX

introduced a fundamental change in the market for concert promotion by promoting multi-

appearance concert tours.  Local promoters struggled to compete against SFX because it

submitted offers for the entire tour, which promoters operating in only one city or region found

difficult to match.  At a competitive disadvantage, local promoters were unable to survive and

became ripe for acquisition.

In 2000, Clear Channel Communications, Inc. acquired SFX and changed the name of the

Company to Clear Channel Entertainment.  Clear Channel Entertainment continued to acquire

promoters on the way to building a promotional company of national scale and expanded to the

point that it could promote artists' entire national tours.  Clear Channel Entertainment also

acquired control of concert venues either by purchasing them, entering into long term lease

relationships or executing management and/or exclusive booking agreements.  Clear Channel

Entertainment directed artists that it promoted to appear at venues it owned, leased, managed or

exclusively booked.

This business practice placed promoters at an ever increasing competitive disadvantage because it was impossible for local promoters to bid against national tour offers. As Clear Channel Entertainment generally would not allow artists promoted by its competitors to appear at its venues, promoters were also denied access to venues at which to produce concerts. Independent venue owners and operators were placed at a competitive disadvantage as well because they were denied the ability to compete to provide venue services to artists Clear Channel Entertainment promoted. Facing an insurmountable competitive disadvantage, many more promoters and venue owners became ripe for acquisition by Clear Channel Entertainment.

Several antitrust actions were filed against Clear Channel Communications and Clear Channel Entertainment claiming that they had unlawfully acquired monopoly power in the market for the promotion of popular music concerts and engaged in numerous anticompetitive actions to maintain and exploit this power. *Nobody In Particular Presents Inc v. Clear Channel Communications Inc.*, 311 F. Supp. 2d 1048 (D. Colo. 2004); *In Re Live Concert Litigation*, 247 F.R.D. 98 (C.D. Cal. 2007); *JamSports & Entm't, LLC v. Paradama Prods.*, 382 F. Supp. 2d 1056 (N.D. Ill. 2005). In *Nobody in Particular Presents*, the Court held that plaintiffs had established a genuine issue of material fact in support of their claims that Clear Channel had used its monopoly power in the market for the broadcast of rock music to force artists to utilize Clear Channel Entertainment's promotional services. The Court found that plaintiffs had established, at least, a *prima facie* case that Clear Channel refused to advertise concerts promoted by anyone other than Clear Channel Entertainment and to provide crucial radio play to artists who utilized rival promoters.

In the wake of these claims, Clear Channel spun Live Nation off into a separate, publicly traded company in 2005. At that time, Live Nation was the largest promoter of live popular music concerts in the United States. Recognizing the central importance of control of the artist, Live Nation soon developed a business plan of controlling the entire interface between popular

music artists and their fans by integrating concert promotion, the operation of music concert venues, merchandising, sponsorships and ancillary rights.  This plan is openly discussed in Live Nation internal documents, such as the attached flow chart in which Live Nation touts its "model transformation" as "Branded Vertically Integrated Live."  (Ex. "C" hereto.)  In a separate document, Live Nation refers to its vertical integration of the concert industry as "Creating the Artist-to-Fan Platform."  (Ex. "D" hereto.)

In furtherance of this business plan, Live Nation expanded the number of national tours it promotes, offering national tour deals to all or substantially all of the highest grossing artists touring in any one year.  To induce artist participation in these tours, Live Nation offered supra competitive shares of the concert revenues, at times paying artists more than 100% of the ticket sales.  It insisted on control of the entire tour and that the artist appear only in venues that Live Nation controlled through ownership, lease, management or exclusive booking contracts.  It was crucial for the artists to appear at Live Nation controlled venues not only to implement its plan to control the "artist-to-fan" platform, but also because Live Nation profits only upon concession sales, parking fees and merchandising fees.  Live Nation's Chief Executive Officer admitted while testifying before the Antitrust Sub-Committee of the Senate Judiciary Committee that Live Nation loses money on concert promotion and profits only through sales at its venues.  *House Judiciary Subcommittee on Courts and Competition Policy Holds Hearing on the Proposed Merger Between Ticketmaster and Live Nation*, Cong. p. 60 (Feb. 26, 2009) (statement of Michael Rapino, President and CEO of Live Nation Worldwide).[5]

To obtain further control over major artists, Live Nation has entered into multi-year agreements to manage every aspect of an artist's career, capture all revenue streams associated

---

[5] "We [Live Nation] do 1,000 concerts at our 50 amphitheaters.  We will lose $70 million at the door.  That means the price of the talent versus the ticket price.  That's 10 million tickets being sold.  So in theory, if I had any control on those ticket prices, you would assume I would charge seven more dollars a ticket to cover my $70 million loss.  The artist takes the door and we end up making the money on the peanut, popcorn, parking and ticket rebates."

therewith and control every market comprising or ancillary to the live music concert industry. Acknowledging this strategy, Live Nation Chief Executive Officer Michael Rapino stated that Live Nation was "acquiring more rights for a longer time period with locked-in pricing, cross-collateralized for risk reduction." (Live Nation Q1 2008 Earnings Call Transcript.) Live Nation has entered into these "360° degree management contracts" with Madonna, U2, Jay-Z, Nickelback and Shakira. As part of these agreements, Live Nation assumes the management of artists' careers and controls whatever revenues they generate, locking up the artist for a number of years.

Live Nation continued Clear Channel's acquisition spree, acquiring promoters and venues and entering into management and exclusive booking arrangements with venues. Notably, when HOB Entertainment, Inc. threatened Live Nation's primacy by expanding its *House of Blues* themed dinner and music clubs nationwide and purchasing amphitheatres, Live Nation acquired it. It was reported that this acquisition closed many of the gaps in Live Nation's national tour routing. Live Nation also acquired, entered into long term leases and executed management or exclusive booking agreements at numerous amphitheatres, concert halls, music theatres and other such venues. (*See,* MSN.com, PR Newswire, *Live Nation Continues Top 20 Market Expansion with Agreement to Operate Bayfront Amphitheater in Miami, Florida – 16th Largest Market in United States* (Ex. "E" hereto).)[6] LNE presently owns, leases, manages or exclusively books 111 venues in the United States, including some of the most prestigious, such as *The Fillmore* in San Francisco and the *Hollywood Palladium.* (*See* Live Nation 2009 10K.)

Live Nation also expanded its reach internationally by acquiring promoters and venues in Europe. On August 21, 2008, Live Nation formed a partnership with Corporación Interamericana de Entretenimiento SAB de C.V. ("CIE"), the largest concert promoter in Latin

---

[6] Available at http://news.moneycentral.msn.com/printarticle.aspx?feed=PR&date=2008-812&id=9017679).

America.  CIE owns nearly all the major concert halls and arenas in Mexico, and a large percentage of those in Brazil and other large South American markets.  The *Wall Street Journal Online* reported that this partnership gives Live Nation the exclusive right to book world tours into CIE venues.  *See* Ethan Smith, *Live Nation Reaches Deal with Big Concert Promoter*, WALL ST. J., Aug. 21, 2008, available at http://online.wsj.com.  Live Nation's international expansion, particularly its relationship with CIE, enhanced its control by affording it the ability to promote artists' world tours or using the ability to play CIE venues as leverage in negotiating national tours or appearances at Live Nation venues in the United States.

Live Nation now dominates the markets for promoting and providing venue services for popular music concerts by major artists.  Based upon data from Pollstar, which the Government recognizes as a "leading source of concert industry information" (Competitive Impact Statement, p. 4 n.2), Live Nation promoted at least 70% of the live popular music concert tickets sold by major artists in the United States in 2008.[7]  Based on Live Nation's public disclosures and an analysis of Pollstar data, Live Nation controls 40 of the 48 in excess of 15,000 fan capacity amphitheatres and has a monopoly of or the only amphitheatre in 18 of the largest 25 designated market areas[8] in the United States.  There are several areas of the country in which there are no popular music promoters other than Live Nation or appropriately sized venues other than those controlled by Live Nation.

As the Government recognizes, in approximately 2007, Live Nation licensed technology to enable it to conduct the remote sale of concert and other event tickets.  This action threatened Ticketmaster's existing dominance in the market for the remote sale of event tickets because, as the Government also recognizes, Live Nation had a captive market for its remote ticketing services (the venues it controlled) and was better positioned to overcome the significant existing

---

[7] This analysis is based upon current information and represents Live Nation's minimum share of this market.
[8] A designated market area, or DMA, as designated by Nielsen Media Research, Inc.

barriers to entry into this market.  Realizing that Live Nation would compete against it in the remote sale of event tickets, Ticketmaster laid the foundation to compete against Live Nation in the market for the promotion of concerts.  The obvious plan was to put Ticketmaster in position to protect its remote ticketing business by offering integrated services (at least artists, historical concert information and ticketing services) to artists and venues.

A significant step in developing this capability was Ticketmaster's acquisition of majority control of Front Line Management ("Front Line"), one of the largest artist management companies in the country, which boasts a staple of marquee artists, ranging in age from Miley Cyrus to Willie Nelson.  Front Line managed artists also include Van Halen, Neil Diamond, Christina Aguilera, Kid Rock, Maroon 5, the Kings of Leon, Jimmy Buffett, Aerosmith and Guns-n-Roses.  (David Siegel, *Calling Almost Everyone's Tune*, N.Y. Times Reprints, April 23, 2010.)  Front Line's Chief Executive Officer is Irving Azoff, who is recognized as one of the most influential recording artist managers in the world.  (*Id.*)  Ticketmaster's control of Front Line's artists threatened Live Nation because it could deny Live Nation access to a substantial number of the less than a hundred artists who could command an audience large enough to sell out or fill its amphitheatres and other larger capacity venues.

Within just a few months of this acquisition, Live Nation and Ticketmaster agreed to merge.  While the Government characterizes this merger as a move by Ticketmaster "to eliminate Live Nation entirely as a competitor" (Competitive Impact Statement, p. 11), Live Nation, in fact, was the dominant party in the merger and it acted to eliminate Ticketmaster (as it has eliminated so many previous competitors) as a threat to its control of the interface between popular music artists and their fans.  At the very least, while the merger eliminated a competitor in the market for remote ticketing services, it also eliminated a competitor in the market for promoting popular music concerts and a potential competitor in the market for providing venue services.

## PROPOSED FINAL JUDGMENT

On January 25, 2010, the Government filed a civil antitrust Complaint seeking to enjoin the proposed merger between Live Nation and Ticketmaster because its primary effect would be to "lessen competition substantially for primary ticketing services to major concert venues located in the United States." (Competitive Impact Statement, pp. 1-2.) In support of this claim for relief, the Government alleged that Ticketmaster "dominated primary ticketing, including primary ticketing for major concert venues, for over two decades." (Amended Complaint, ¶ 21.) The Government contended that, as a result of this dominance, Ticketmaster was able to charge consumers supra competitive ticketing fees which did not decrease even though Ticketmaster's costs were declining as a result of the introduction of selling tickets over the Internet. (*Id.*, ¶ 22.)

The Government defined the market as the "provision of primary ticketing services to major concert venues" even though Ticketmaster provided remote ticketing services to events other than music concerts because the "set of customers most likely to be affected by the merger of Ticketmaster and Live Nation are major concert venues." (Amended Complaint, ¶ 37.) It noted that the "merged firm's promotion and artist management businesses provide an additional challenge that small ticketing companies will now have to overcome. The ability to use its content as an inducement was the point that Live Nation touted as the basis on which Live Nation could challenge Ticketmaster in ticketing." (*Id.*, ¶ 43.)

The Government simultaneously filed the Consent Judgment which would preclude Live Nation and Ticketmaster from completing their merger until they complied with the remedial action specified therein. As a general matter, Ticketmaster was required to license the Ticketmaster operational software to Anschutz Entertainment Group, Inc. ("AEG") (or another acceptable licensee) and divest Ticketmaster's entire Paciolan business to Comcast Spectacor, L.P. (or another acceptable acquirer). The stated purpose of this remedial action is to create viable competitors to LNE in the market for providing primary remote ticketing services,

13

particularly in providing these services to major music venues.  The Proposed Consent Judgment also imposes remedial measures intended to assist these entities in competing against the merged entity.  These measures include prohibiting the merged entity from retaliating against any venue, such as by refusing to host concerts at any venue, that selects another primary remote ticketing service.

However, the Consent Judgment does not address Live Nation's ability, as recognized in the Amended Complaint, to drive the use of its primary, remote ticketing business through the control of other markets.  The prohibition of LNE retaliating against concert venues utilizing other ticketing services provides no meaningful protection because, with the exception of stadiums and arenas that are not primarily used as concert venues, Live Nation already directs the artists it promotes, and now manages, to the music venues it owns, leases, manages or exclusively books.  LNE does not have to retaliate against anyone to induce those venues to utilize its (Ticketmaster's) primary, remote ticketing service.  It either controls or already has substantial influence over this decision.  As Live Nation dominated, and LNE has even greater control over, the promotion of popular music concerts and venues used for popular music concerts by major artists, LNE will dominate the primary remote ticketing services market as well.  LNE will have no reason to reduce the excessive service fees Ticketmaster charged.  Indeed, it would appear that LNE will use supra competitive ticketing service fees as another source to off-set the supra competitive payments it makes to artists.

The Proposed Consent Judgment does nothing to prohibit this conduct.  To the contrary, it facilitates this action by expressly permitting LNE to bundle its services.  For this reason, the remedial action the Government has negotiated will not prevent the competitive harm it sought to address.  In fact, the merged entity has continued to direct artists to the venues it controls for the upcoming 2010 season.  For these reasons, if the Live Nation/Ticketmaster merger is to be permitted, additional remedial action must be required.

## ARGUMENT

**A.**   **A Consent Order That Provides for Ineffective Remedial Action Should Not Be Approved**

The determination of whether the Consent Judgment should be approved will be based on whether it is in the "public interest." 15 U.S.C. § 16(e)(1). In making this assessment, a court may not substitute its judgment for the Government's as to the nature or scope of the claims brought in the first instance. *United States v. Microsoft Corp.*, 56 F.3d 1448 (D.C.Cir.1995). For this reason, while the Objectors believe that the Live Nation and Ticketmaster merger will substantially reduce competition in the market for providing promotional and venue services to popular music artists, and contend that Live Nation's conduct is independently actionable,[9] they have not addressed these issues.

Conversely, the court is not merely a "judicial rubber stamp[ ]"; it is required to make "an independent determination as to whether or not entry of a proposed consent decree is in the public interest." *Id.*, at 1458 (quoting H.R.REP. NO. 1463, 93d Cong., 2d Sess. 8 (1974), and S.REP. NO. 298, 93d Cong. 1st Sess. 5 (1974), reprinted in 1974 U.S.C.C.A.N. 6535, 6538, 6539.) The independent nature of judicial review of a consent judgment is further evidenced in the Senate debate of the Tunney Act: "[The Act] will make our courts an independent force rather than a *rubber stamp* in reviewing consent decrees, and it will assure that the courtroom rather than the backroom becomes the final arbiter in antitrust enforcement." (The Antitrust Procedures and Penalties Act of 1974:  Hearings on S. 782 and S. 1088 Before the Subcomm. on Antitrust and Monopoly of the Senate Comm. on the Judiciary, 93d Cong. 1 (1973) (opening remarks of Senator Tunney).) *See also*, *United States v. GTE*, 603 F. Supp. 730, 740 n.42 (D.

---

[9] I.M.P. and I.M.A. have filed a Complaint against Live Nation asserting antitrust and state law unfair competition claims. *It's My Party, Inc. v. Live Nation, Inc.*, United States District Court for the District of Maryland, Northern Division, Civil Action No. 1:09 Civ. 00547 JFM.

D.C. 1984) ("([I]n light of the history and purpose of the Tunney Act, it is abundantly clear that

the courts were not to be mere rubber stamps, accepting whatever the parties might present").

In making this determination, the Tunney Act provides that the Court "may consider,"

*inter alia*:

> (1) the competitive impact of such judgment, including termination
> of alleged violations, provisions for enforcement and modification,
> duration or relief sought, anticipated effects of alternative remedies
> actually considered, and any other considerations bearing upon the
> adequacy of such judgment . . .

15 U.S.C. § 16(e).  A court should "hesitate" in the face of specific objections from directly

affected third parties before concluding that a proposed final judgment is in the public interest.

*United States v. Microsoft Corp.*, *supra*, 56 F.3d at 1462.  Additionally,

> The court should pay "special attention" to the clarity of the
> proposed consent decree and to the adequacy of its compliance
> mechanisms in order to assure that the decree is sufficiently precise
> and the compliance mechanisms sufficiently effective to enable the
> court to manage the implementation of the consent decree and
> resolve any subsequent disputes.

*United States v. Thompson Corp.*, 949 F.Supp. 907, 914 (D. D.C. 1996).

In *Thompson*, in response to objections by competitors, the Court refused to approve a

consent judgment permitting the merger of Thompson Corporation and West Publishing unless

additional remedial action was implemented with respect to West's claim of copyright protection

for its star pagination system.  In so ruling, the Court held the remedial actions specified in the

proposed consent judgment did not adequately address the anticompetitive concerns the

government raised in its complaint with West's assertion of copyright protection for the star

pagination system.

The Court should give serious consideration to the position of the Objectors - -

competitors of Live Nation in both concert promotion and venue operation - - that the

government plaintiffs' proposed remedial relief will not address the substantial reduction in

competition in the market for providing primary ticketing services they have concluded will

result from the merger of Live Nation and Ticketmaster.  Indeed, as the Government is still permitted to demand additional remedial action, it should give serious consideration to Objections filed by entities with substantial knowledge of the relevant markets and in unique positions to assess whether anyone will be able to compete effectively against Live Nation in the primary remote ticketing market before finalizing the Proposed Consent Judgment.  A consent judgment that is ineffective in remediating the competitive harm the Government sought to address is not in the public interest.

**B.    LNE's Dominance over the Market for Concert Promotion and Venue Services Will Strangle Competition in the Market for Primary Remote Ticket Sales at Major Music Venues**

Even though it affirmatively alleges that the customers most directly affected by the merger are major concert venues, and that LNE's promotion and artist management business poses an additional challenge that rival ticketing companies will have to overcome, the Government provides an, at best, perfunctory analysis of Live Nation's pre-merger share of the market for concert promotion and venue services.  It claims that Live Nation owns or operates 70 major concert facilities throughout the United States (Competitive Impact Statement, p. 5) and does not examine the extent to which Live Nation's controls the available venues in the geographic markets in which it competes.  It further claims that Live Nation promoted shows represent 33% of the concert revenues at major concert venues in 2008.

However, Live Nation's public disclosures establish that it owns, leases, manages or exclusively books at least[10] 111 music concert venues.  As is set forth previously, prior to the merger, Live Nation had monopoly control of amphitheatres with a more than 15,000 seating capacity in the United States and controls the only venue or a monopoly of the music venues in 18 of the largest 25 designated market areas.  Given this dominance of the market, as is

---

[10] It is unknown whether Live Nation's public disclosures identify all venues it exclusively books.

recognized by Trent Reznor, the lead singer for Nine Inch Nails, artists must deal with Live

Nation on concert tours:

> NIN [Nine Inch Nails] decides to tour this summer. We arrive at
> the conclusion outdoor amphitheaters are the right venue for this
> outing, for a variety of reasons we've throughly [sic] considered.*
> In the past, NIN would sell the shows in each market to local
> promoters, who then "buy" the show from us to sell to you. Live
> Nation happens to own all the amphitheaters and bought most of
> the local promoters - so if you want to play those venues, you're
> being promoted by Live Nation.

The footnote provides:

> I fully realize by playing those venues we are getting into bed with
> all these guys. I've learned to choose my fights and at this point in
> time it would be logistically too difficult to attempt to circumvent
> the venues / promoter / ticketing infrastructure already in place for
> this type of tour.

Moreover, measuring Live Nation's market power in concert promotion based on revenue

generated from ticket sales from what the Government terms major concert venues is inherently

flawed as market power should be measured in the number of tickets sold.  Promoters are

typically ranked in the industry, as is reflected in Pollstar's rankings, based on the number tickets

sold for concerts they promote.  Furthermore, as with many service providers in this industry,

ticketing companies are not paid by the entity that engages them (in this case, venues owners or

operators), but rather they charge concert goers service fees per ticket.  It accordingly was the

consumer that bore the burden of Ticketmaster's dominance of the primary remote sale of

concert tickets through the payment of supra competitive service fees per ticket.  As the

competitive harm is reflected in service fees per ticket, the measure of Live Nation's market

power should be the percentage of the total number of tickets sold.

Even if the calculation of market power were based on revenues, the Government's

analysis substantially minimizes Live Nation's pre-merger share of the market.  Live Nation is in

the business of promoting music concerts and, once again, the Government recognized that the

merger will most acutely affect major concert venues.  Nevertheless, the Government appears to

have calculated Live Nation's share of the promotional market by comparing the revenues it

earned promoting concerts to the total revenues of the top 500 highest grossing venues.

(Competitive Impact Statement, p. 4, n.2.)  While the Government does not list what it

considered to be the top 500 grossing venues, Pollstar data establishes that facilities clearly

within the top 500 grossing venues have reported significant revenue for events that were not

music concerts.  Those events include circuses (both traditional [Ringling Brothers and Barnum

& Bailey] and Cirque de Soleil style performances), plays, ice shows, ballet, opera and

performances by comedians, magicians, symphony orchestras and the Blue Man Group.  (A list

of some of the events reported in Pollstar is attached hereto and marked Ex. "F".)  These events

are plainly not music concerts and are not substitutes for fans of major popular music artists.

The events included within the Pollstar data also include performances by gospel, jazz,

blues and other musicians, which are not fairly characterized as popular music and are also not

adequate substitutes for fans of major popular music artists.  The vast majority of fans only enjoy

specific genres of music as is evidenced, for instance, by the segregation of radio stations among

music genres.  Further, Billboard magazine ranks songs according to their genre.  (*See*, Ex. "G"

hereto.)  Fans will generally not attend a concert featuring a genre they do not enjoy.  For this

reason, in *Nobody in Particular Presents*, *supra*, the court held that the plaintiffs had established

a triable issue of fact as to whether there was a distinct market for rock music and concerts.  311

F.Supp.2d at 1082-83.  There is not a cross-elasticity of demand between popular music and jazz,

blues and particularly gospel (that are usually attended only by fans with strong religious

beliefs), and the option of attending these types of concerts will not impede LNE's ability to

maintain supra competitive ticketing service fees in popular music concerts.

Moreover, as the Government recognizes (Competitive Impact Statement, p. 4 n. 2), the

top 500 grossing venues include clubs and music theatres.  These facilities have limited seating

capacities.  In its Annual Report on Form 10K for the year ending December 31, 2008, Live

Nation recognizes that music theatres typically have a seating capacity of between 1,000 and 6,500 and clubs have a seating capacity of less than 1,000 fans. With rare exceptions, artists appear at these kinds of venues because they do not have sufficient popularity, due either to their being a developing act or the genre of music they perform, to draw an audience for a larger amphitheatre, arena or stadium. Fans not only focus on the style or genre of music, but they also have favorite artists within a genre, and will generally not attend a concert by an artist they do not enjoy. By definition, artists appearing at music theatres and clubs do not have sufficient popularity to compete effectively against the substantially more popular artists appearing at amphitheatres, arenas and stadiums.

On the other end of the spectrum, owners of modern arenas and stadiums prefer artists whose fan base is sufficiently affluent to pay for the expensive tickets to luxury suites. There are only a few select performers with sufficient popularity among affluent fans to draw an audience large enough for a 25,000 seating capacity arena, let alone a 60,000 seating capacity stadium, and most well recognized popular music artists appear at amphitheatres and other venues specifically designed for music concerts with seating capacities of between 8,000 and 30,000 fans. Based on Pollstar data, there were only five artists that appeared in an amphitheatre or other venue used primarily for music concerts who also appeared at a typical sports arena during the same tour (other than in a festival or multi-artist concert) in 2008.

Based on this analysis, the proper measure of Live Nation's market power in the promotion of music concerts is determined by calculating its percentage share of the tickets sold for promoting popular music concerts by major artists (with an average attendance of between 8,000 to 30,000 fans). Based upon Pollstar data, Live Nation was the promoter for 70% of the tickets sold within this market in 2008:



Additionally, Live Nation dwarfs other promoters. Its most significant competitor is AEG Live, which promoted only 43% of the total amount of tickets to the events tracked by Pollstar worldwide that Live Nation promoted in 2008 and focuses primarily on arena shows. Live Nation's next largest competitor is MSG Entertainment which promoted just 7% of the tickets for events tracked by Pollstar worldwide that Live Nation promoted in 2008 and is believed to promote only at New York's Madison Square Gardens. Simply stated, Live Nation dominates the promotion of popular music concerts by major acts, particularly those appearing in amphitheatres.

The evidence is overwhelming that Live Nation funnels the acts it promotes to the venues it controls.  As set forth previously, Live Nation's business model is to control the entire interface between the artist and their fans.  Live Nation pays artists more than the entire amount of the ticket sales, loses money on concert promotion and profits only on concession, parking and merchandise sales and, therefore, requires artists it promotes to appear at its venues.  Once again based upon Pollstar data and Live Nation's publicly disclosed information, 92% of the concerts it promoted at amphitheatres were held at venues owned, leased or managed by Live Nation or at which it has exclusive booking arrangements:



In defending Live Nation's then exclusive booking arrangement with the New York State Fair, James Koplik, Chairman of Live Nation's Northeast Region, stated that artists on Live Nation promoted national tours, who appeared at the New York State Fair, would not have done so if Live Nation did not have exclusive booking rights there.  (*See* Jim Koplik, *Live Nation is Committed to Successful State Fair*, available at http://blog.syracuse.com (posted August 26, 2008).)

There are numerous examples of this conduct.  In discussing whether No Doubt would play Merriweather Post Pavillion during its 2009 Summer tour, the act's agent, Mitch Okmin, of

M.O.B. Agency, stated that No Doubt could not play Merriweather because "if [it is a] L[ive]
N[ation] deal, it will be at the bad traffic place." (later identified as Nissan Pavilion, a Live
Nation venue).  (Ex. "H".)  He similarly said in discussing the 2010 summer tour that No Doubt
cannot play any other venue where there is a Live Nation amphitheatre, stating "if [there is a] LN
shed we play it."  (Ex. "I".)  Marty Diamond of Paradigm, expressed similar sentiment,
responding that to the extent Coldplay enters into a Live Nation tour for the summer of 2009,
there was no chance "whatsoever" that they would be able to play Merriweather.  (Ex. "J".)
Rob Beckham, from the William Morris Agency, represents Rascal Flatts and Brad Paisley, and
similarly advised that with respect to "any hard ticket date, [Live Nation] has the right of first
refusal.  They have never not taken a date."  As to whether he was permitted to book in non-Live
Nation venues, Mr. Beckham stated that the Live Nation contract is "exclusive" and he is only
permitted to book non-Live Nation venues in "non competitive markets."  (Ex. "K".)  Mitch
Okmin echoed this response, stating that, as a result of Live Nation tours, his "involvement now
is markets where there are no Live nation sheds."  (Ex. "L".)  Even though artists would often
prefer to appear at independent venues, Live Nation makes it next to impossible for them to do
so.  Indeed, Steve Kaul, of the Agency Group, who promotes Nickelback, stated that, although
he wanted to book the band at Merriweather, he was precluded from doing so by the terms of
Nickelback's 360 deal with Live Nation.  (Ex. "M".)  Mr. Kaul went on to acknowledge that
Live Nation behaves like this in order to "cross [collateralize] the dates and protect their profits
against some weak markets."  (Ex. "N".)

Live Nation also utilizes its control of the market for venue services in one geographic
region to compel artists to appear at a Live Nation controlled venue in an area where it faces
competition.  For instance, in response to solicitations for 311 to appear at Merriweather Post
Pavilion during the 2008 concert season, the band's booking agent advised that refusing to play

Nissan would put the band's Virginia Beach appearance at a Live Nation venue at risk.  (Ex. "O".)

In those few instances in which an artist nevertheless insists upon playing a competing venue, Live Nation requires the competing promoter and/or venue operator to pay a tribute in terms of sharing a percentage of the profits from this concert with Live Nation.  I.M.P. was required to pay Live Nation 25% of the entire concert gross in order to promote the Warped Tour from 2006 through 2009, Iron Maiden in 2008 and John Mayer in 2008.  (Exs.  "P" and "Q".)  In order for The Fray to play Merriweather in 2009, I.M.P. was required to pay Live Nation $3 per ticket, because 25% of the concert proceeds were no longer deemed sufficient.  (Ex.  "R".)  Live Nation also imposes a penalty upon artists for playing another venue.

It cannot reasonably be contended that Live Nation will utilize any ticketing service other than its own at the 111 music concert venues it controls.  This does not violate the Consent Judgment as drafted because Live Nation is controlling or has influence over this decision at the venues it controls.  It does not have to retaliate in order to implement its ticketing services for the venues it controls.

Without access to Live Nation controlled venues, rival ticketing companies will not be able to penetrate the market for remote, primary ticket sales to music concert venues.  As LNE controls the only or a monopoly of the venues in numerous markets, including 18 of the 25 largest designated marketing areas in the country, rival ticketing companies will not have access to venues in those markets.  Whatever minimal market penetration rival ticketing companies achieve will not inhibit Live Nation's ability to charge supra competitive ticketing service fees.  Even where there is a comparable music venue in a geographic region in which Live Nation controls a venue, LNE's control of the artists will deny a competing facility access to artists of sufficient popularity to provide a meaningful alternative to artists appearing at the Live Nation venue.  Fans have a limited amount to spend on concerts, generally wish to purchase tickets only

to concerts featuring their favorite artists and will not usually purchase tickets for concerts by artists whose music they do not enjoy.  Unless a rival venue can offer a slate of concerts by artists of sufficient popularity that fans wish to attend as much as the artists appearing at a Live Nation venue, the rival cannot provide meaningful competition.

The impact of Live Nation's market dominance on rival venues' ability to attract artists is illustrated by comparing the difference in the nature of artists appearing at the Mann Music Center ("Mann") in Philadelphia before and after Live Nation obtained exclusive booking rights at the Susquehanna Bank Center, a competing venue located in Camden, New Jersey.  As illustrated by the attached concert schedule (Ex. "S"), the Mann went from booking highly popular artists, such as James Taylor, who generally sold out the facility, to booking acts of limited or niche popularity.  Further, Metropolitan Talent abandoned its booking arrangement at the Marvin Sands-Constellation Brands Performing Arts Center ("CMAC") in upstate New York because it could not attract artists in competition with the Darien Lake Performing Arts Center that is booked exclusively by Live Nation.

LNE will be even more dominant than Live Nation.  Control of Front Line's stable of artists gives LNE the ability to feed those artists to its promotional business.  As LNE will continue to insist that the artists it promotes appear at the venues it controls, uniting Live Nation's promotional and Front Line's artist management businesses will deny rival venues a meaningful opportunity to compete for an even greater percentage of popular artists, and consequently further limit rival ticketing services' ability to inhibit the merged entity's ability to charge supra competitive service fees.  Additionally, Ticketmaster has long maintained an extensive customer database that is effectively utilized to solicit fans for concerts at venues to which it provides ticketing services.  As no other ticketing service has such an extensive database, the promise of access to it will be a powerful inducement for rival venues to utilize the merged entity's ticketing services.

As soon as the Proposed Consent Judgment was filed, LNE flexed its muscle. It bid on virtually every artist touring in 2010 and the booking agents for popular artists, such as Rascal Flatts, Brad Paisley, Iron Maiden, 311 and Jimmy Buffett, did not even solicit competitive offers for the upcoming 2010 summer concert season. This conduct has already impacted ticket prices and ticket servicing fees. For instance, the top ticket price for the Lady Gaga tour has increased by approximately 133% in the last three months.

### C.    The Consent Judgment Should Not Be Adopted without Further Remedial Relief

Competition in the market for the primary remote ticketing of music concerts will not be restored to levels where LNE will be unable to charge supra competitive service fees unless Live Nation's ability to funnel the concerts it promotes to the venues it controls is curtailed. While the Objectors believe that Live Nation's tying promotional services to artists appearing at Live Nation's venues constitute independent violations of the antitrust laws, it is well-established that antitrust remedies may prohibit conduct beyond what would necessarily violate the antitrust law. *United States v. Loew's*, 371 U.S. 38, 53 (1962); X Areeda, Elhauge & Hovenkamp, ANTITRUST LAW ¶ 1758, at 349 (1996). All that is necessary is that the relief ordered be reasonably necessary "to cure the ill effects of the illegal conduct, and assure the public freedom from its continuance, and it necessarily must fit the exigencies of the particular case." *Ford Motor Co. v. United States*, 405 U.S. 562, 575 (1972).

The DOJ's Policy Guide to Merger Remedies provides that conduct remedies are appropriate where the merged firm must modify its behavior for any structural relief that has been ordered to be effective. (*Antitrust Division Policy Guide to Merger Remedies*, p. 18, U.S. Department of Justice, Antitrust Division, October 2004.) To render the divestiture remedies required by the Consent Order effective, LNE should be enjoined from in any manner requiring or inducing artists it manages or promotes to appear at venues it controls, insisting (other than in

circumstances where the merged entity has entered into a legitimate co-promotional arrangement) that rival promoters or venue owners share any part of the revenue or profits they earn on concerts with LNE and/or from in any manner penalizing an artist for using a rival promoter or appearing at a competing venue. This remedy will assist those remaining venues still competing with LNE to obtain artists of the same level of popularity as the artists appearing at Live Nation venues, giving consumers in those areas a meaningful choice between concert venues - - a choice that will limit LNE's ability to charge supra competitive service charges because fans will have the ability to attend equally desirable concerts in competing venues with lower service charges.

The additional remedial measure of prohibiting the merged entity from promoting or hosting more than seventy-five percent of an artist's tour should be adopted. This additional remedy is necessary because of the subtle, often undetectable, efforts LNE may utilize to persuade or pressure Front Line's artists and other artists it promotes to appear at the venues it controls. This is a particular concern given Irving Azoff's power in the concert industry. Conversely, an objective standard is easily policed.

LNE should also be required to return at the request of any promoter or venue owner all data relating to concerts for which Ticketmaster provided the ticketing and to delete any such information from its electronically stored data and files. This remedy will reduce the competitive advantage LNE would otherwise enjoy over rival ticketing service companies as a result of its possession of an extensive customer database. It will also deny LNE access to information provided in confidence to Ticketmaster and with the reasonable expectation that a direct competitor would not be given access to this information.

## CONCLUSION

In sum, establishing additional ticketing services capabilities is meaningless unless there is someone to whom these services can be provided.  This will not occur unless LNE's control over the management and promotion of major popular music artists, and where they appear, is addressed.  Otherwise, the vast majority of major popular music artists will be promoted by LNE and appear at LNE controlled venues and rival remote ticketing providers, much less, rival promoters and venue owners or operators, will not be able to compete.  Fans will have to pay supra competitive ticket prices, service fees, concessions prices, parking charges and merchandising fees to attend concerts by their favorite artists at LNE venues.  A wholly ineffective consent judgment is simply not in the public interest.  To that end, we suggest the aforementioned remedies in order to render the consent judgment effective in the manner in which it was intended.

COZEN O'CONNOR

By: _____
       Robert W. Hayes
       Rachel H. Robbins
       Abby L. Sacunas
       1900 Market Street
       Philadelphia, PA 19103
       (215) 665-2094
       Attorneys for It's My Amphitheatre, Inc.
       d/b/a Merriweather Post Pavilion and on
       behalf of Frank Productions, Inc., Sue
       McLean and Associates, Metropolitan
       Talent, Inc. and the National Consumers
       League

Dated:  May 3, 2010

# Exhibit A

Country music is a cash cow for the music industry - January 22, 2007

# CNNMoney.com

# Cashville USA

**Country has become a surprise profit center for the music business, drawing new labels and artists to town, says Fortune's Tim Arango.**

By Tim Arango, Fortune writer

January 29 2007: 5:41 PM EST

(Fortune Magazine) — It's the Tuesday after Thanksgiving, and a handful of country music's biggest names have gathered backstage at the Mercy Lounge, an upstairs club in the Cannery Row section of Nashville. The cramped space has a post-collegiate feel: Pizza boxes are piled high on the kitchen counter, and a tin tub full of ice and beer sits in the corner near the bar.

The occasion is the induction of veteran country star John Anderson into the Muzik Mafia. Anderson has enjoyed several No. 1 hits during his career, and the Muzik Mafia is a collective of country artists that began gathering for jam sessions five years ago and has appeared on MTV Network's Country Music Television (CMT).



**Saturday Night Lights: Nashville's Honky Tonk row on a Saturday night last fall.**

PHOTO: SPENCER HEYFRON

### More from Fortune

Buffett backs Goldman Sachs

Debt roulette: Is Portugal next?

The race to kill the ratings agencies

FORTUNE 500
Current Issue
Subscribe to Fortune

Backstage, John Rich, one-half of the duo Big & Rich and a Muzik Mafia founder, is talking about the fun he's having in the studio recording AC/DC covers. Gretchen Wilson, whose best-known hit song is "Redneck Woman," is holding court in the kitchen.

Around midnight Jon Bon Jovi and Richie Sambora saunter in. The veteran

Advertisement



Some things you've just got to see.

SEE IT HERE **LIFE**.com

Print Powered By [FD] **FormatDynamics**

Country music is a cash cow for the music industry - January 22, 2007    Page 2 of 4

# CNN**Money**.com

rockers have been in Nashville almost nonstop since August, following the band's worldwide tour. They are recording a country album. But it is not just the dulcet tones of the dobro that have lured the Jersey boys south of the Mason-Dixon Line: It is also the ka-ching of the cash register.

**A real cash cow**

Since Napster launched in mid-1999 and sent the record industry into a tailspin, country music has more than held its own: According to Nielsen SoundScan data, country album sales grew more than 12 percent between 2000 and 2005, a time that saw the overall industry decline more than 20 percent.

Through mid-December, sales were up 2 percent, which is impressive when compared with a 20 percent slide in sales of rap albums. Rascal Flatts was the bestselling band last year in any genre, boasting a better debut week than rapper Jay-Z's comeback album. "[Country] is a growth stock in an industry that has no growth in traditional sales," says Andrew Lack, chairman of music giant SonyBMG.

There are other indicators of country's financial heat. Erstwhile rap mogul Lyor Cohen, CEO of Warner Music U.S (Charts), whose contributions to pop culture include nurturing the careers of Public Enemy, Jay-Z and Ja Rule, is hunting for an executive to open a new Nashville outpost under the Atlantic Records banner.

**CBS faces the music**

"When I started going to Nashville in the 1970s, it was a very different economic model for country music than it is today," says attorney Joel Katz, arguably the leading dealmaker on the scene. "What was happening 30 to 35 years ago was there was a double standard compared to what pop artists would be paid in New York. Now a country artist gets paid the same as, if not more than, a pop artist in 2006."

Katz works out of an office in Atlanta rife with the bric-a-brac collected during three decades as an entertainment lawyer - a signed Yogi Berra shin guard, a Grammy award, and a photo of him with the record producer Dallas Austin. Austin had a brush with notoriety last summer when *The New York Times* reported how Katz had teamed with Utah Senator Orrin Hatch - a sometime songwriter who is also a Katz client - to secure Austin's freedom from a prison in Dubai, where he had been arrested for cocaine possession.

Katz may work 250 miles away in Atlanta, but he is in the thick of Music City commerce. He represents artists ranging from George Strait to Willie Nelson as well as many of the top-label executives, including the heads of

Advertisement



Some things you've just got to see.

SEE IT HERE **LIFE**.com

Print Powered By [fd] **FormatDynamics**™

Country music is a cash cow for the music industry - January 22, 2007

# CNN Money.com

the Nashville divisions of Universal Music, Warner Bros. and SonyBMG, and the general manager of Country Music Television.

He is not surprised that the major labels and rock artists are looking toward the Nashville skyline to boost sales. "It's very profitable - in an industry that needs revenue and profitability," he says.

Part of the allure is country's lower cost base, which brings fatter margins to the table - a fact that country executives say has e arned them respect from their bicoastal bosses at a time of industry penny-pinching. According to estimates from one label executive, the average country album costs $300,000 to $350,000 to record, compared with $500,000 to $1.5 million for a pop record. To market an album in country costs about $500,000 to $1 million, about half what a pop album runs.

While record companies don't break out financials for their Nashville divisions, one major country label is poised to earn roughly $40 million on revenue of close to $120 million this year, or a hefty 33 percent profit margin, according to a source familiar with the label's finances. By contrast, this source said, a rock label would be "thrilled" to earn a 15 percent margin.

### Career building

Another reason for country's success is the genre's ability to sell CDs, not just downloadable singles. When Joe Galante, the head of SonyBMG Nashville, visits local malls, he notices that the floors of cars in the parking lot are still littered with CDs. "In the pop world they're more worried about ringtones and downloads," he says. "That's

not the worry here. The thing we're worried about is building careers."

Career building is not just talk. When I was in town, I sat in a meeting at Capitol Records Nashville at which the label's CEO, Mike Dungan, and his staff were puzzling over ways to revive the sagging fortunes of Eric Church - a country rocker in the mold of one of the label's biggest stars, Keith Urban. After raves from critics, Church's album - which came out in July - failed to sell well. Instead of dropping the artist, Dungan and his team were cooking up ideas to reach the female demo.

Jon Bon Jovi has noticed the mellower feeling of the local scene. "Nights like last night you just don't see elsewhere," he says of the Muzik Mafia jam session as he sips a sugar-free Red Bull at Blackbird Studios, where he's putting the finishing touches on his album. "These are all artists with record deals. And people are getting drunk, telling jokes, getting on stage."

Last year the band got a sense of country's potential with the song "Who Says You Can't

Advertisement



Some things you've just got to see.

SEE IT HERE LIFE.com

Print Powered By FormatDynamics

# CNN Money.com

Go Home," a duet with Jennifer Nettles of Sugarland. The genesis of Bon Jovi's crossover project was an appearance with Nettles on CMT's Crossroads, which pairs country hitmakers with artists from other genres. The song hit the top of the country charts.

"If you point to how CMT has changed the business, we've stirred the pot a bit," says Brian Philips, head of CMT. Crossroads is the top-rated show at the network, which has seen its ratings go up 74 percent among viewers aged 18 to 49 in the past five years.

After the success of "Who Says You Can't Go Home," Bon Jovi wanted to record a whole album like it. "[The album] is us with a little more twang to it," he says. Fittingly, the album's producer is Dann Huff, a Nashville native, who returned to Music City in 1990 after he gave up trying to become a rock star in Los Angeles. He now is the go-to guy for artists looking for crossover appeal (and someone who has the bandwidth to produce albums for both Megadeth and Faith Hill simultaneously).

Even for a band like Bon Jovi, which still has a massive fan base - some 2.2 million fans bought tickets during last year's tour - going country is a way to extend their reach. Says Huff: "As long as they're not perceived to be pandering to country, they have a shot at getting some new fans." Which, for the band and its record label, should mean even more money in the bank.

Neglected Napster: No buyer in sight
■

Advertisement



Some things you've just got to see.

SEE IT HERE LIFE.com

Print Powered By [f6] FormatDynamics™

# Exhibit B

**TRANSCRIPTION OF ARTISTS HOUSE MUSIC'S INTERVIEW OF
BRAD WAVRA, SENIOR VP OF LIVE NATION'S
TOURING DIVISION- DATED FEBRUARY 2007**

Live Nation is the largest concert promoter in the entire world. We have offices in 20 Countries, we've got thousands of employees and we produce over 28,000 concert events around the world. I'm a Senior Vice President of the Touring Division. So, my job is to go out and develop relationships with managers and artists for acts that, we believe, are strong enough to sell tickets on a tour-wide basis. A tour being multiple dates, 20, 30, 40 dates in a touring cycle and, if we feel an artist has got that kind of capability then its to our advantage to be the promoter on all those dates. So my job is to establish those relationships and figure out the business model that makes sense financially and ultimately try to secure the artist to come play for Live Nation. The direct relationship is with the agent, they in general have the artist signed as clients, but, ultimately, the manager is the center of power in that triangle between the agent, the promoter and the manager. He is the one whose got the ultimate decision because he's in control of the supply chain, the artist's talent. So having a relation with both is very effective.

I'll tell you what, I chased the good artists and the bad artists chased us. That's kind of a defining moment there. It's not quite that black and white, but no, the good artists then there are only a handful of great artists out there that can do 10,000; 12,000; 15,000 tickets in 40 cities across the country. Everybody knows who they are, they're historic artists, legendary artists. So, whey they're on a touring cycle, you know, we all want to get them to come play for us. Then you've got the artist that would like to have the touring guys involved because they find it to be effective for them, a safe place for them, etc., etc., and that's a decision that then we make whether we want to be in business with an artist on the B and C level artist, one that can sell 6, 7 and 8,000 tickets or do we hold out our skill set for the bigger artists that we know will sell 15 to 20,000 tickets.

We've got 20 major offices around the United States and inside everyone of those offices are the best talent in the entertainment business, as far as we're concerned. There staffed with bookers and marketers and technical production people that execute these events on a daily basis. These are offices that were cultivated at the inception of basically concert business that we know of now they are from the legendary first promoters in America, Bill Graham's got an office San Francisco, there is an office in, I'm talking about all, Detroit's got cellar door and Belkin's production in Cleveland and Belzner productions in New York. These are the people that define the business in the late '70s, early '70s and these offices have been running ever since. These people were cultivated from the first promoters, if you want to call them such, the first promoters in America and people have been working there ever since.

I'm from Milwaukee and we had a night club in Milwaukee back in the old days called The Stone Toed Night Club and this is were Bob Segar used to play club dates and Taj Mahal and Climax Blues Band and those type of things and when I was 17 I was a bartender in a 21 year old club, you know, I loved the music, the loved the scene and started handing out flyers and doing street marketing and then one thing led to another. The company I worked for then bought a small theater, bought an amphitheater and I just grew organically. I started doing flying on cars at 2 a.m. in Milwaukee night clubs and eventually came to run an amphitheater and from

there just one thing led to another.  It wasn't planned, I studied economics from the University of Wisconsin, Eau Claire.

Yeah, I see a business model being some kind of a hybrid combination and then Live Nation has explored that opportunity already.  We worked a deal out with Jeff Kwatinetz, that's at the Firm, the band Korn and EMI Records, do the deal, I don't know all the particulars but there is a relationship on Korn Incorporated, where each of us has a piece and ultimately all the revenues from publishing and album sales and touring, and merchandizing, all go into some big pot and ultimately it divides itself up, so right now everybody making the decision in the Korn world is making a decision all on the same page.  There's not a -- we're not dealing with disconnected goals.  The goal is to create the biggest image, the biggest pot of revenue for Korn, and it comes from a variety of sources.

Garage bands will get a – pretend to know the full process, but I'm going to surmise most of it, you know.  A band gets out there, they get together, they play in a garage, you know.  They play some gigs, they get some fans locally.  They may lay a tape down.  They send it out to agents, record company executives, and anybody who's in the music business hoping that somebody with a kind ear will listen to it more than once and, you know, record companies – everybody's looking for new talent, especially if they're good and exciting and cutting edge, so if the band's got that kind of groove, than somebody's going to find them.  They're going to get signed to a label, the label is going to, you know, recommend that they be associated with some kind of a manager, some kind of an agent, some kind of a business manager, so they can put some sense to the creativity that defines a band.  The business and the creative sense sometimes don't live hand in hand.  So, as the band is the artist, and their job is to be the most creative, most influential artist of their time, they should surround themselves with professionals that know how the business of music operates.  And so, there is a network of managers, lawyers and attorneys that work with each other and ultimately they get signed to a bigger agency.  The bigger agencies will work with the record label and determine when to make that first big record and put that record into rotation.  Work the radio stations to get the air play and at some point in time in that process, they will want to go on tour in a proper way, whether it be a club tour, a theater tour, a small arena tour, a big arena tour, and that's when we would get involved at that point in time, when they decide to tour.  We've got a lot of agents/buyers in our company that work them from the 100 seat night clubs to 300, to 500, to 1,000 seat clubs and to the theaters that will take them to that entire process at some point in time when the band is big enough, you know, it will end up in my lap, because I'm not that guy on the street down there, you know?  But, we've got kids that have passion for their music and, you know, want to bring these new bands to the fans, and so that's what they do all day.  They're the ones that really need to be applauded, because they're the ones that grow this business.

We might consult the agent and the manager, you know, we'll say okay, the record's coming out on X number of X dates, so we want to go on tour by Y.  How many days a week can you play?  Two days on, one day off, two days on, one day off.  We know we can travel X amount of miles between cities, so you say where do you want to start?  Where do you want to rehearse?  Start here.  California!  Now, let's figure out where we can route ourselves, you know, we'll fit in the touring schedule.  Depending on how the artists perform, whether they're capable of doing two in a row, three in a row.  Some guys can do six days in a row without resting their

voice. Some can do a day on, and have to have a day off, so all those things take into consideration on how you build a tour.

Booking agent is a lot more than just, I mean, we collaborate. I mean the booking agencies themselves have a wealth of knowledge. Bands of comparable size, jaundra, you know, they've got relationships with club owners, etc. They provide a great service to these artists. They get them private, you know, gigs, not just paid for gigs. They get them relationships with corporate sponsor. I mean, they provide a great service to these bands and, you know, getting a band noticed being signed to one of the major agencies of William Morris or at CAA, or at ICM, or at Monoray, you know, gets them some juice. It gets them noticed out there, so being with an agent is a great thing for a band. Certainly the formative stages, you know, you're begging for opening act slots on major headliners tours. Well, the agency that represents big bands like AC/DC, Madonna, and you know, and Eric Clapton, they're more than likely going to have better knowledge in knowing how to reach that manager, that agent to say, okay, what about my little band and my agent, you know, at the same agency, how about you putting them on your show? They can get the music in front of the artist's hands. The relationship between the small act and the big agency in getting on a big tour, which helps you leapfrog your career along that much faster is important to a band.

You're not going to make any money just hanging around, be there. Be on the street. Be at the clubs. Find that kid that's spinning the music that's got some vibe going on, you know, and study, go to school for it, you know? Learn about the business, I mean, you know? You can't just be a pot-smoking dope head and figure out you're going to survive in the music business, you know? I'm going to say to you, you got to first go to school and get your head around what it takes to be in the business, then you got to be passionate for it, because it's not an easy business to get into. So if you've got the passion, and you've got the discipline, and you're patient, and you're persistent, you can succeed in this business. You know, that's really what it takes. Every manager, every agent, every band, they love a kid whose passionate about their band, their music. And that's, you know, that's where I find that we are most effective, because when you're marketing or working with somebody, you've got some passion for. So, they're programs all over the place, you know? There's high school programs that deal in the music business -- there's universities. Certainly there is key universities that got people out there, but a lot of it's just, you know, reaching out and be willing to come in and work. The best – like I said, the one thing I want to get across is people that want to get into this business, first of all, you're going to come into it, you're not going to get paid well. It's going to take you a long time to get yourself established, but that's the process, because you don't need part-timers. This is – you're dealing with the live – the essence of a lot of these individuals out there when you are talking about their music. It's the way you communicate with the world, so if you're not committed, then find something else, but if you really love it, you can find a way, you just have to go do it.

Commitment. Full commitment, that's what I look for. You look in that artist's eyes and you want to know are they committed to their craft? Are they willing to pay the price? Cause if you're in it for the fluff, and you're in it for the girls, and you're in it for the dope, you are a dope and you are going to end up, you know, not succeeding. You got to be passionate about your craft and be willing to put in the time. I've worked with many artists that, you know, seem like they're doing it part-time, and it just bums me out, because it seems like, you know, if they really

3

were committed to them, their head's not into the game.  When I look in the eyes of those poor guys that really are committed to it, and can't quite get it.  So, he's got to have that delicate balance between talent and commitment to the craft.

Live Nations was the largest concert promoting company in the entire world.  We have offices in twenty countries, we've got thousands of employees and we produce over 28,000 concert events around the world.

I'm a Senior Vice President of the Touring Division, so my job is to go out and develop relationships with managers and artists for acts that we believe are strong enough to sell tickets on a tour-wide basis – tour being multiple dates – 20, 30, 40 dates in a touring cycle, and if we feel an artist has got that kind of capability, then it's to our advantage to be the promoter on all of those dates.  So my job is to establish those relationships and figure out the business model that makes sense financially, and ultimately try to secure the artist to come play for Live Nation.

The direct relationship is with the agent.  They in general have the artist signed as clients.  But ultimately the manager, you know, is the center of power in that triangle between the agent, the promoter and the manager.  He's is the one whose got the ultimate decision, because he's in control of the supply chain – the artist talent.  So having a relationship with both is very effective.

Go to:

http://www.artistshousemusic.org/node/5369/4992

4

Exhibit C



# Exhibit D



# Exhibit E

# Live Nation Continues Top 20 Market Expansion With Agreement to Bayfront Park Amphitheater in Miami, Florida - 16th Largest Marke United States

August 12, 2008 9:00 AM ET

MIAMI, Aug. 12 /PRNewswire-FirstCall/ -- Live Nation LYV announced today that the City of Miami and the Bayfront Park Management Trust have awarded the company a long-term contract to operate, manage and exclusively book one of the country's most beautiful outdoor venues, Miami's 6,000 capacity Bayfront Park Amphitheater. Located within Bayfront Park in the heart of downtown Miami, the Bayfront Park Amphitheater overlooks the city skyline as well as Biscayne Bay.

(Logo: http://www.newscom.com/cgi-bin/prnh/20070220/LATU096LOGO)

⨀ PRNewswire

advertisement

The Next Berkshire H

In 1957, Bill and Carol Angle inves
life savings with Warren Buffett. To
shares in his company are worth c
million. According to Forbes, anoth
tor, Malcolm Chace, piled up $850
You know the Berkshire miracle ca
come along more than once in a li
suppose you could do even half as
One stock looks uncannily similar
Berkshire Hathaway.

**Click here to get its name in a new
from The Motley Fool**

"With its location right on Biscayne Bay, the Bayfront Park Amphitheater is a beautiful and unique place to see concerts," said Neil Jacobsen, President of Live Nation Miami. "The amphitheater perfectly complements our Florida venue portfolio which now enables us to nurture bands at all stages of their career a from the 2,700 capacity Fillmore at Jackie Gleason to the 2,800 capacity Pompano Beach Amphitheatre and c capacity Mizner Park Amphitheater in Boca Raton, through to Bayfront Park and finally to our 19,000 capacity Amphitheatre in West Palm Beach and 20,000 capacity Ford Amphitheatre in Tampa. We have been aggressiv strategy to build a diverse venue portfolio in this area, which is the number 16 market in the United States a Nielsen Media. I want to thank the Bayfront Park Management Trust and the City of Miami for placing their tn Nation. We look forward to bringing the people of Miami an eclectic variety of world class musical talent for m come."

As part of the deal, Live Nation will make a number of upgrades to the venue, which operates year round. Th house is being refurbished with state-of-the-art production capabilities. In addition, modern seating will repla current bench seating, and there are also plans to include a number of corporate boxes featuring private tabl service. Food and beverage upgrades include both facility improvements and added points of sale in addition enhancements to the overall menu. The venue will be closed while renovations are being made and is expect June of 2009.

"The partnership with Live Nation will bring new life to our beautiful Bayfront Park, adding to our transformat Miami's downtown into a cultural and urban hub," said Mayor of the City of Miami, Manny Diaz. "We join othe municipalities who have partnerships with Live Nation, such as San Bernardino County in Southern California. focus on the cultural growth of our cities. The state-of-the art upgrades to the amphitheater and the added t will provide will benefit all of the residents of Miami."

"We believe this partnership between the City, the Trust and Live Nation creates the opportunity for high qua entertainment in the park and will ensure the long-term success of Bayfront and our ability to fund the larges

planting effort the City has ever considered," said Miami City Commissioner Marc Sarnoff, Chairman of the Ba
Management Trust. "This will be a great start to the evolution of the park and surrounding areas."

"The Trust views this as a winning partnership," said Timothy Schmand, Executive Director of the Bayfront Pa
Trust. "We believe Live Nation's investment in the amphitheater coupled with their ability to bring talent to th
energize Bayfront Park and all of downtown."

ABOUT LIVE NATION:

Live Nation is the future of the music business. With the most live concerts, music venues and festivals in the
most comprehensive concert search engine on the web, Live Nation is revolutionizing the music industry: one
Headquartered in Los Angeles, California, Live Nation is listed on the New York Stock Exchange, trading unde
"LYV." Additional information about the company can be found at www.livenation.com under the "About Us" s

ABOUT BAYFRONT PARK MANAGEMENT TRUST:

The Miami City Commission created the Bayfront Park Management Trust in 1987 to "direct, manage and ma
of Bayfront Park for the purposes of ensuring maximum community utilization and enjoyment."

SOURCE Live Nation

Copyright 2008 PR Newswire

advertisement

**Miami Hotel Deals**
$49: SAVE UP TO 65% Miami Beach
www.BookIt.com

**5.29% Fixed Mortgage Refi**
No Points. Refi your Mortgage Now! As Featured on CNNMoney & Forbes.
DeltaPrimeRefinance.com

**AARP Auto - Official Site**
Over 49? Save $363 On Auto Insurance In Minutes. Free Quote!
Hartford.com/AARP

**Macomb Hotels**
Don't waste time! Compare low hotel rates before you book.
macomb.onetime.com

**Data providers**
Copyright © 2008 Reuters. Click for Restrictions.
Quotes supplied by Interactive Data.

# Exhibit F

1.     Salute to Vienna

2.     Ringling Brothers & Barnum Bailey Circus

3.     Disney High School Musical – The Ice Tour

4.     Cats

5.     Dancing with Monique

6.     Royal Philharmonic

7.     Rent

8.     Cirque de Soleil

9.     Jackie Mason

10.    Louisville Orchestra

11.    Trans-Siberian Orchestra

12.    Fred Willard

13.    Dave Tapley & Cavalcade of Stars

14.    The Phantom of the Opera

15.    Annie

16.    Mickey Rooney

17.    Moiseyev Dance Company

18.    Broadway on Ice

19.    Menopause the Musical

20.    Howie Mandell

21.    The Producers

22.    Band of the Coldstream Guards

23.    Blue Man Group

24.    B.B. King

25.    Melissa Manchester

26.    The Vermont Comedy Divas

27.    Bill Cosby

28.    Santa Rosa Symphony

29.    Ring of Fire

30.    Jeff Dunham

31.    Glenn Miller Orchestra

32.    Royal Scots Dragon Guards

33.    Rain A Tribute to the Beatles

34.    Itzhak Perlman

35.    Pinchas Zuckerman

36.    Reduced Shakespeare Company

37.    Wonderful Wizard of Song

38.    Yo La Tenga

39.    George Carlin

40.    Joffrey Ballet

41.    Chinese New Year Spectacular

42.    Rent Now

43.    Cedric the Entertainer

44.    Dr. Laura

45.    Chinese Golden Dragon Acrobats

46.    Long Beach Symphony Pops

47.    Haaitian Independence Festival

48.    Doodlebops Live

49.    East Village Opera Co.

50.    Satisfaction

51. The Flying Karamazov Brothers

52. Marcus Rocus Albany Symphony Orchestra

53. State Symphony Orchestra of Mexico

54. Riverdance

55. The Drowsey Chaperone

56. Evita

57. Tokyo String Quartet

58. The Devil Wears Prada

59. David Copperfield

60. International Guitar Night

61. Bill Gaither & Friends "Homecoming"

62. Brian Regan

63. Larry the Cable Guy

64. Hairspray

65. Jazz at Lincoln Center Orchestra

66. 101 Years of Broadway

67. El Paso Symphony Orchestra

68. Wanda Sykes

69. Jackie Mason

70. Shanghai Circus

71. Stars on Ice

72. Madame Butterfly

73. Gallagher

74. My Sinatra Starring Cary Hoffman

75. Paco Pena Flamingo Ensemble

76.   Irving Mayfield & The New Orleans Jazz Orchestra

77.   Dance Kaleidoscope

78.   The Four Freshman

79.   Monty Python's Spamalot

80.   Dirty Rotten Scoundrels

81.   African Children's Choir

82.   Go Diego Go

83.   Gypsy

84.   Jerry Seinfeld

85.   Shrine Circus

86.   STOMP

87.   Disney Live

88.   Younder Mountain String Band

89.   Steve Lawrence & Eydie Gorme

90.   Dana Carvey

91.   Lady Smith Black Mambazo

92.   Marvin Hamlisch

93.   Sweeney Todd

94.   World Wrestling

95.   Michael Flatley's "The Lord of the Dance"

96.   Philobolus Dance co.

97.   Cat Power Appaloosa

98.   Moiseyev Dance Company

99.   Atlanta Ballet

100.   Wayne Brady

101.  Chris Rock

102.  Trinity Irish Dancers

103.  Israel Chamber Orchestra

104.  St. Petersburg Ballet

105.  Twelve Angry Men

106.  Tony-n-Tina's Wedding

107.  Jersey Boys

108.  Celtic Women

109.  Miss Saigon

110.  Moulin Rouge

111.  National Symphony Orchestra

112.  The Amazing Kreskin

113.  The Wedding Singer

114.  Three Ways to Get a Husband

115.  Russian National Orchestra

116.  African Footprint

117.  Great American Trailer Park Musical

118.  Harlem Gospel Choir

119.  Comedy Countdown

120.  NBC's "Last Comic Standing"

121.  The Harlem Globetrotters

122.  Championship Of Comedy

123.  Joel McHale

124.  The World Famous Lipizzaner Stallions

125.  Dancing With The Stars

126.   Jesus Christ Superstar

127.   Cirque Dreams "Jungle Fantasy"

128.   Spring Awakening

129.   Radio City Christmas Spectacular

130.   COTA Christmas

131.   The Flying Karamazov Brothers

132.   Yonder Mountain String Band

133.   Cirque du Soleil - "Wintuk"

134.   Pink Floyd Laser Spectacular

135.   Circurious

136.   Moscow Ballet "Great Russian Nutcracker"

137.   Cheech & Chong

138.   Hip Hop Harry

139.   Rob Becker's "Defending the Caveman"

140.   Playhouse Disney Live!

141.   Forbidden Broadway

142.   Walking With Dinosaurs

143.   Heeb Storytelling

144.   Santa Claus-Ter-F@%! Christmas / Todd Wright

145.   A Christmas Carol

146.   The Nutcracker

147.   My Son The Waiter - A Jewish Tragedy

148.   The Von Trapp Children

149.   Michael Flatley's "Lord Of The Dance"

150.   Bustout Burlesque

151.   Sinbad

152.   The Divine Performing Arts Chinese Spectacular

153.   George Lopez

154.   Charlie Brown & Friends Christmas / David Benoit

155.   Vienna Boys Choir

156.   All Is Calm - The Christmas Truce Of 1914

157.   A Christmas Celtic Sojourn with Brian O'Donovan

158.   Disney On Ice

159.   Irish Christmas In America

160.   Variety Shac

161.   Fort Wayne Philharmonic

162.   Sesame Street Live

163.   Land Of The Sweets Burlesque

164.   Oprah Winfrey presents "The Color Purple"

165.   Louisville Youth Orchestra

166.   Virginia Beach Choral

167.   The Florida Orchestra

168.   Ralph's World

169.   Killers Of Comedy

170.   Mike Super Magic & Illusion

171.   Stella

172.   Christmas Music Spectacular

173.   Christmas Mariachi Festival

174.   Artie Lange

175.   Smooth Jazz Christmas / Dave Koz

176.   Liza Minnelli

177.   Chicago Jazz Orchestra

178.   Jeff Foxworthy

179.   KFOG Concert For Kids

180.   The Irish Tenors

181.   Soweto Gospel Choir

182.   Chicago Blues Reunion

183.   Movin' Out

184.   Kathy Griffin

185.   Grease

186.   Chitty Chitty Bang Bang

187.   Mamma Mia

188.   Robin Williams

189.   Canadian Brass

190.   Carlota Santana Dance Company

191.   Cinderella's Christmas

192.   Chelsea Handler

193.   Millan - The Dog Whisperer

194.   Elgin Symphony Orchestra

195.   Glenn Beck

196.   It's A Wonderful Life

197.   Ballet Folklorico IMBA

198.   Dick Fox's Golden Boys - Frankie Avalon/Fabian/Bobby Rydell

199.   Opera Tampa

200.   Merry-Achi Christmas

8

201. Ron White

202. The Lion King

203. The Australian Pink Floyd Show

204. Franklin The Turtle - Live!

205. Incredible Ice Holiday

206. Sisters Christmas Catechism

207. Frost/Nixon

208. Legally Blonde

209. Bette Midler

210. Mary Oliver

211. Mighty Voices Of Joy

212. Nunsense

213. Hi-5

214. Dom Irrera

215. Ballet Virginia International

216. The Best Christmas Pageant Ever

217. Bellydance Superstars

218. Bill Engvall

219. Kentucky Opera

220. Wizard Of Oz

221. DJ Skribble

222. The Young American Comedy Tour

223. Australia's Thunder From Down Under

224. Squid Precision Drumming

225. Avenue Q

226.   The Clara Ward Singers

227.   The Symphony Orchestra Of Virginia Beach

228.   Tango Fire

229.   Anita Renfroe

230.   Mannheim Steamroller

231.   Rocknoceros

232.   Rubberband Dance Group

233.   Seussical The Musical

234.   Sylvia Browne

235.   James Van Praagh

236.   Underoath

237.   Bob Newhart

238.   Quad City Symphony

239.   The Wiggles

240.   TNA Wrestling

241.   Video Games Live

242.   The Memoirs of Abraham Lincoln

243.   Washington Sax Quartet

244.   Philadelphia Mummers Show of Shows

245.   Orlando Philharmonic Orchestra

# Exhibit G

Gospel Songs | Billboard.com#/charts/gospel-songs

Songs in the **Christian**   Subscribe | Sign Up **Heatseakers**   **iLike.com**   **Lala.com**   Join Billboard | Log In   [f] **Connect**
**Albums**   **Albums**   **Chart**
**Billboard.com**
Recent Charts: Latin Pop Songs, Latin Songs, Gospel Songs, Jazz Songs, Country Songs, Rock Songs, Rap Songs, R&B/Hip-Hop Songs,   All   **Search**
Find artists and music

More |

# Gospel Songs

The week's most popular gospel songs, ranked by radio airplay detections as measured by Nielsen BDS.

### Week of May 08, 2010   View Chart Archives



| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall | Related Charts |

R&B/Hip-Hop Songs

Christian Songs

Christian Albums

Gospel Albums

Showing: 1-10   11-15  🔒

**1\***   1

### The Best In Me
Marvin Sapp
Here I Am

1

| News                                           | Also Charted On |

Ask Billboard: Happy 40th, Mar...           #67 R&B/Hip-Hop So...
Chart Beat Thursday; Marvin Sa...
Lady Antebellum Returns To No....
Marvin Sapp, "Here I Am"
Marvin Sapp To Earn Highest De...

| Lyrics

**89%**   hate   9 votes   love

**2**   2

### They That Wait
Fred Hammond Featuring John P. Kee
Love Unstoppable

45
1

**3**   3

### Rain On Us
Earnest Pugh
Live: Rain on Us

42
1

**4\***   4

### God Favored Me
Hezekiah Walker & LFC Featuring Marvin Sapp & DJ Rogers
Souled Out

39
3

Hot News & Features

Roman Candle Keeps It In The Family
29%   4

Runner Runner
100%   4

Chelsea Lee: Girl Next Door
88%   7

Connect with Billboard.com



**5***     **I Want To Say Thank You**
Lisa Page Brooks Featuring Royal Priesthood
Strong

**6**    5     **Encore**
     20     James Fortune & FIYA
     4      Encore

Your opinion could give you a chance to win $1000!

TAKE A SURVEY

safecount.net

Start »

**7***    7     **Grace**
     26     BeBe & CeCe Winans
     5      Still

**8**    10     **All I Need**
     55     Brian Courtney Wilson
     6      Just Love

**9**    11     **Close To You**
     50     BeBe & CeCe Winans
     1      Still

**10***    9     **Resting On His Promise**
     24     Youthful Praise Featuring J.J. Hairston
     9      Resting on His Promise

Showing:   **1-10**    **11-15** 🔒

*Titles with the greatest airplay and sales gains this week.*

## More Features

All features

Songs in the    Christian  Subscribe | Sign Up    Heatseakers   iLike.com    Lala.com
Billboard.com   Albums    Columns        Video   Albums   chart    Live   Chart

Join Billboard | Log In    Connect

All charts    Search

Recent Charts: Latin Pop Songs, Latin Songs, Gospel Songs, Jazz Songs, Country Songs, Rock Songs, Rap Songs, R&B/Hip-Hop and Pop Songs...

More |

# Latin Pop Songs

The week's most popular Latin pop songs, ranked by radio airplay audience impressions as measured by Nielsen B... more

### Week of May 08, 2010          View Chart Archives

| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall |
|---|---|---|---|

Showing: 1-10   11-20 🔒



| Related Charts |
|---|
| Latin Songs |
| Regional Mexican Songs |
| Latin Pop Albums |
| Tropical Songs |

**1***   2
          8
          1

### Gitana
**Shakira**
She Wolf [Bonus Tracks]

| News                                    | Also Charted On
POTW: Shakira, Pharrell, Param...        #12 Latin Songs
Chart Beat Wednesday: Diva Dom...
Chart Highlights: Pop, Country...
Shakira Teams with Freshlygrou...
Five (Almost) Write-Offs For T...

! Lyrics

launch visualizer

**71%**  hate  14 votes  love
**5**······

**2**   1
        22
        1

### Mientes
**Camila**
Mientes



**3***   4
         15
         3

### Mi Nina Bonita
**Chino Y Nacho**
Mi Niña Bonita



**4**   3
        24
        1

### Colgando En Tus Manos
**Carlos Baute Con Marta Sanchez**
De Mi Puño y Letra

**5***   5
         7

### Guapa
**Diego Torres**
Distinto

**THE DAILY NOISE** Billboard fuse

### Hot News & Features



**Roman Candle Keeps It In The Family**
29% | 4

**Runner Runner**
100% | 4



**Chelsea Lee: Girl Next Door**
88% | 7

Connect with Billboard.com

| 6 | 6 | | **Te Pido Perdon** |
| | 14 | | Tito "El Bambino" |
| | 4 | | El Patrón: La Victoria |



| 7* | 10 | | **Bachata En Fukuoka** |
| | 3 | | Juan Luis Guerra Y 440 |
| | 7 | | |



| 8* | 8 | | **Bien O Mal** |
| | 11 | | Julieta Venegas |
| | 8 | | Otra Cosa |



| 9 | 7 | | **Dile Al Amor** |
| | 25 | | Aventura |
| | 2 | | The Last |



| 10* | 11 | | **Stand By Me** |
| | 10 | | Prince Royce |
| | 10 | | Prince Royce |



Showing:  1-10   11-20 🔒

* Titles with the greatest airplay and sales gains this week.

## More Features

All features

Songs in the **Christian** Subscribe  Sign Up **Heatseakers**   iLike.com        Lala.com         Join Billboard  |  Log In    Connect
U**Billboard.com** Albums Columns           Albums Chart      NewsVideo Live     Chart            Find artists and music        All      Search

Recent Charts: Pop Songs, Radio Songs, Folk Albums, Billboard 200, Hot 100

More |

## Pop Songs

The week's hottest pop songs, ranked by mainstream top 40 radio airplay detections as measured by Nielsen BDS.

**Week of May 08, 2010**          **View Chart Archives**

| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall | Related Charts |
|---|---|---|---|---|
| | | | | Hot 100 |

Showing: 1-10   11-20

| | | | | Billboard 200 |
|---|---|---|---|---|
| | | | | Radio Songs |
| 1*  2 | | | | Digital Songs |
| 10 | **Rude Boy** | | | Heatseekers Songs |
| 1 | Rihanna | | | |
| | Rated R | | | |

▮News                           ▮Also Charted On

Chart Beat Wednesday: Diva Dom...      #2 Hot 100
Chart Highlights: Pop, Country...      #2 R&B/Hip-Hop So...
Rihanna's Fashion Evolution: P...      #2 Dance/Club Pla...
POTW: Taylor Swift, Jennifer H...      #1 Radio Songs
MGMT Top Billboard 200, Green ...      #7 Digital Songs

launch visualizer



**72%**  hate   1746 votes   love
**1079**
··

| 2  1 | | | | Hot News & Features |
|---|---|---|---|---|
| 19 | **In My Head** | | | |
| 1 | Jason Derulo | | | Roman Candle Keeps It In |
| | Jason Derulo | | | The Family |



29%      4

**Runner Runner**
100%      4

| 3*  5 | | | | Chelsea Lee: Girl Next Door |
|---|---|---|---|---|
| 13 | **Hey, Soul Sister** | | | 86%      7 |
| 3 | Train | | | |
| | Save Me, San Francisco | | | |



Connect with B**illboard.com**

| 4*  6 | | | |
|---|---|---|---|
| 10 | **Nothin' On You** | | |
| 4 | B.o.B Featuring Bruno Mars | | |

Pop Songs | Billboard.com

5* **Break Your Heart**
Taio Cruz Featuring Ludacris
Rokstarr

6      3 **Need You Now**
     14 Lady Antebellum
      2 Need You Now



7      4 **Telephone**
     21 Lady Gaga Featuring Beyonce
      1 The Fame Monster



8*     8 **Breakeven**
     20 The Script
      8 The Script



9*    13 **Your Love Is My Drug**
      4 Ke$ha
      9 Animal



10     9 **Carry Out**
     20 Timbaland Featuring Justin Timberlake
      8 Shock Value II



Showing:  1-10   11-20  🔒

------------------------------------
* Titles with the greatest airplay and sales gains this week.

**More Features**                                    All features

Songs in the | Christian scribe | Si Heatseakers | iLike.com | Lala.com
JK Billboard.com | Albums fans | Albums es0 | chart Live | Chart
Find artists and music

Join Billboard | Log In   Connect

All Search

Recent Charts: R&B/Hip-Hop Songs, Pop Songs, Radio Songs, Folk Albums, Billboard 200, Hot 100

More

# R&B/Hip-Hop Songs

The week's most popular R&B/Hip-Hop songs, ranked by radio airplay audience impressions as measured by Nielsen... more

**Week of May 08, 2010**      View Chart Archives



Chart Position      Weeks on Chart      Biggest Jump      Biggest Fall

Showing:  1-10   11-20   21-30   31-40   41-50 🔒

**Related Charts**

Hot 100

Gospel Songs

Radio Songs

Digital Songs

Rap Songs

| 1* | 1 | **Everything To Me** |
| | 14 | Monica |
| | 1 | Still Standing |



| News | Also Charted On |
| Chart Beat Wednesday: Top 40 M... | #44 Hot 100 |
| MGMT's Top Debut on Billboard ... | #17 Radio Songs |
| Monica, "Still Standing" | #21 Ringtones |
| Chart Beat Thursday: Justin Bi... | |
| Justin Bieber Tops Billboard 2... | |

♪ Lyrics


aunch visualizer

**72%**  hate  145 votes  love

38 ▪ ▪ ▪ ▪



AIRFORCE.COM

| 2* | 2 | **Rude Boy** |
| | 11 | Rihanna |
| | 2 | Rated R |

### Music Blog

**Diddy Visits Lil Wayne in Prison**

**Trina Advises Nicki Minaj on the Music Biz**

**Rick Ross Calls Himself a 'Victim' -- Say What!**

**Stacey Dash Calls Game 'Intelligent' -- Say What!**

**Ryan Phillippe Says He Raps Like Lil Wayne --
Say What!**

See All Music News at The Boombox

| 3* | 3 | **My Chick Bad** |
| | 11 | Ludacris Featuring Nicki Minaj |
| | 3 | Battle of the Sexes [Clean] |



THE DAILY NOISE  Billboard fuse

| 4* | 5 | **Neighbors Know My Name** |
| | 20 | Trey Songz |
| | 4 | Ready |

Hot News & Features

Case 1:10-cv-00129-RMC   Document 13-2   Filed 06/21/10   Page 65 of 137

| | | | |
|---|---|---|---|
| 5* | | **Over** | |
| | | Drake | |



**Roman Candle Keeps It In The Family**
29%     4

**Runner Runner**
100%     4

| 6 | 4 | **Hey Daddy (Daddy's Home)** |
|---|---|---|
| | 22 | Usher Featuring Plies |
| | | Raymond v Raymond |
| | 2 | |

**Chelsea Lee: Girl Next Door**
86%     7

| 7* | 7 | **Nothin' On You** |
|---|---|---|
| | 14 | B.o.B Featuring Bruno Mars |
| | 7 | |

Connect with **Billboard.com**



| 8* | 11 | **Un-Thinkable (I'm Ready)** |
|---|---|---|
| | 16 | Alicia Keys |
| | 8 | The Element of Freedom |

| 9* | 8 | **Lil Freak** |
|---|---|---|
| | 17 | Usher Featuring Nicki Minaj |
| | 8 | Raymond v Raymond |

| 10* | 15 | **There Goes My Baby** |
|---|---|---|
| | 16 | Usher |
| | 10 | There Goes My Baby |

Showing:   1-10   11-20   21-30   31-40   41-50

*Titles with the greatest airplay and sales gains this week.*

**More Features**

All features



Songs in the    Christian    Heatseakers    iLike.com    Lala.com
JK...Billboard.com    Albums    Albums    chart    Chart    Join Billboard | Log In
Recent Charts: R&B/Hip-Hop Songs, Pop Songs, Radio Songs, Folk Albums, Billboard 200, Hot 100    Find artists and music    Search

More

# Rap Songs

The week's most popular rap songs, ranked by mainstream R&B/hip-hop and rhythmic radio airplay audience impres... more

### Week of May 08, 2010    View Chart Archives

  It's solid.

| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall |
| --- | --- | --- | --- |

Showing: 1-10   11-15 🔒

**Related Charts**

Hot 100

R&B/Hip-Hop Songs

R&B/Hip-Hop Albums

Digital Songs

Ringtones

Rap Albums

**1***    1    **Nothin' On You**
14    B.o.B Featuring Bruno Mars
1

I **Also Charted On**

#1 Hot 100
#7 R&B/Hip-Hop Songs
#4 Pop Songs
#2 Radio Songs
#1 Digital Songs

launch visualizer

**66%**    hate    179 votes    love
0



**2***    2    **My Chick Bad**
10    Ludacris Featuring Nicki Minaj
2    Battle of the Sexes [Clean]



**3***    4    **Over**
8    Drake
3

**Hot News & Features**

  **Roman Candle Keeps It In The Family**
29%    4

**4**    3    **Say Something**
19    Timbaland Featuring Drake
Shock Value II



**Runner Runner**
100%    4

  **Chelsea Lee: Girl Next Door**
88%    7

Connect with **Billboard.com**

**5**          **BedRock**
               Young Money Featuring Lloyd
               We Are Young Money [Clean]

**6**     6    **How Low**
               Ludacris
          24   Battle of the Sexes [Clean]

          2

**7***    9    **Beamer, Benz, Or Bentley**
               Lloyd Banks Featuring Juelz Santana
          9

          7

**8**     7    **Steady Mobbin'**
               Young Money Featuring Gucci Mane
          26   We Are Young Money [Clean]

          6

**9***    11   **I'm Back**
               T.I.
          7

          9

**10***   13   **Roger That**
               Young Money
          4    We Are Young Money [Clean]

          10

Showing:   1-10   11-15

\* Titles with the greatest airplay and sales gains this week.

## More Features

**Your opinion could give you a chance to win $1000!**

**TAKE A SURVEY**

safecount.net   Start »

All features

Songs in the    Christian    Heatseakers    iLike.com    Lala.com    Join Billboard | Log In    Connect
Billboard.com    Albums    Albums    chart    Chart    All    Search
Recent Charts: Country Songs, Rock Songs, Rap Songs, R&B/Hip-Hop Songs, Pop Songs, Radio Songs, Folk Albums, Find artists and music
More

# Jazz Songs

The week's most popular smooth jazz songs, ranked by radio airplay detections as measured by Nielsen BDS.

**Week of May 08, 2010**    **View Chart Archives**

| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall | Related Charts |
|---|---|---|---|---|

Related Charts
Billboard 200
Jazz Albums
Adult Contemporary
Blues Albums
Classical Albums

Showing: 1-10   11-15

**1**   1
        22
        1

**Take Me There**
Jacklem Joyner
Lil' Man Soul



launch visualizer

hate   4 votes   love

**100%**
0......



**2**   2
        23
        2

**Ritmo De Otono**
Bernie Williams Featuring Dave Koz
Moving Forward



**3***   6
        26
        1

**Sunday Morning**
Euge Groove
Sunday Morning

**Hot News & Features**

   **Roman Candle Keeps It In The Family**
29%      4

**Runner Runner**
100%      4

**4***   8
        13
        4

**Bossa Blue**
Chris Standring
Blue Bolero

   **Chelsea Lee: Girl Next Door**
88%      7

Connect with Billboard.com

5                          **Retro Boy**
                           Richard Elliot
                           Rock Steady

6            3             **Till You Come To Me**
             26            Spencer Day
             3             Vagabond

7            5             **Brother Earl**
             15            Paul Brown + Marc Antoine
             5             Foreign Xchange

8*           11            **Christiane**
             10            Rick Braun
             8             All It Takes

9*           12            **Bogota By Bus**
             29            Jesse Cook
             5             The Rumba Foundation

10           7             **Chasing Pirates**
             28            Norah Jones
             7             The Fall

Showing:  1-10   11-15  🔒

*Titles with the greatest airplay and sales gains this week.*

**More Features**                                      All features

Songs in the    Christian      Heatseakers    iLike.com     Lala.com
Billboard.com   Albums         Albums                       Chart

Join Billboard | Log In

Recent Charts: Jazz Songs, Country Songs, Rock Songs, Rap Songs, R&B/Hip-Hop Songs, Pop Songs, Radio Songs, Hot

More

# Rock Songs

The week's most popular alternative, mainstream rock and triple A songs, ranked by radio airplay audience impr... more

**Week of May 08, 2010**    View Chart Archives



| Chart Position | Weeks on Chart | Biggest Jump | Biggest Fall |

Showing: 1-10   11-20   21-25

**1**    1

6

1

**Between The Lines**
Stone Temple Pilots

‖ News                                    ‖ Also Charted On

Chart Beat Thursday: Loretta L...         #1 Alternative So...
Chart Beat Thursday: Robin Wil...         #58 Canadian Hot 1...
Stone Temple Pilots, "Between ...
Stone Temple Pilots: The Billb...
Stone Temple Pilots, Welland T...



sunch visualizer

**62%**   hate   26 votes   love

0

**2**    2

21

1

**Your Decision**
Alice In Chains
Black Gives Way to Blue



**3***   5

12

3

**The Good Life**
Three Days Grace
Life Starts Now



**4**    3

45

3

**Savior**
Rise Against
Appeal to Reason

## Music Blog



AIRFORCE.COM

Dan Duggins, Former Hot Rod Circuit Drummer, Suffers Stroke

Jane's Addiction to Rock Hollywood on Cinco de Mayo

John Doe and Exene Cervenka Bring X Classics to New York

Scott Perry Serves Up the 'New Music Minute' -- Episode 23

Indian Jewelry, 'Oceans' -- Free MP3 Download

See All Music News at Spinner



THE DAILY NOISE   Billboard fuse

### Hot News & Features



Roman Candle Keeps It In The Family
29%   |   4

Runner Runner
100%   |   4

5* **1901**
Phoenix
Wolfgang Amadeus Phoenix



Chelsea Lee: Girl Next Door
68%    7

6    4
     38
     2

**Uprising**
Muse
The Resistance

Connect with Billboard.com



Your opinion could give you
a chance to win $1000!

TAKE A SURVEY

safecount.net        Start »

7*   8
     16
     7

**Resistance**
Muse
The Resistance

8    9
     11
     7

**Cryin' Like A Bitch!**
Godsmack
The Oracle

9    10
     15
     9

**Give Me A Sign (Forever And ...**
Breaking Benjamin
Dear Agony

10   11
     36
     3

**(If You're Wondering If I Wa...**
Weezer
Raditude

Showing:  1-10   11-20   21-25

* Titles with the greatest airplay and sales gains this week.

## More Features

All features

# Exhibit H

**Daryll Eaton- CAA**

AIM IM with deaton@caa.com3/12/07 3:45 PM
SH: VR
4:05 PM
DE: i will call you shortly..
DE: Warped is done. only one WDC play at meriweather. Same deal as last year with Ted, but only one show.
SH: excellent
SH: thank you
SH: VR on V?

**Mitch Okmin- The M.O.B. Agency**

AIM IM with mobster41112/8/08 2:46 PM
SH: mitchy
3:09 PM
MO: hey set
MO: h
MO: what up
3:39 PM
SH: what's up with no doubt
MO: im waiting on word
MO: jim working out LN deal
MO: im not really involved in the process
MO: but I will be involved after they do the deal
MO: im hangin in there
SH: have you asked him about merriweather
MO: weird for sure
MO: yep
SH: and
MO: if LN deal it will be at the bad traffic place
SH: where do you think he would play if there was not an LN deal
MO: not sure
MO: but he would have more than 1 offer on his desk
SH: what could I offer to get his attention
MO: I dont know
MO: I dont know what nissan offer is
MO: but the entire deal has some participation in ancillary shit
MO: that part is secret from me, and I dont know what it is, or commish it
3:49 PM
SH: if he wanted to, could he break Merriweather out from th deal and still get what he wants from the rest of the tour?
MO: I mentioned that
MO: I dont think he wants to rock the boat
MO: deal not done yet, from what I know...
SH: well ask him what makes it worth his while to keep dc out of that deal

PL001461

# Exhibit I

MO: whats the most u can pay
SH: no
SH: tell me what it would take
MO; I
MO: will tell him we talked
MO: he wont say anything...
MO: or he will say it will effect all the other markets...
MO: or he will say an # that u wont do
SH: well let's see which of those he says

## Mitch Okmin- The M.O.B. Agency

AIM IM with mobster4111/12/09 7:38 PM
SH: no doubt?
MO: no doubt
SH: what is the story
MO: u know the story
MO: y ask
SH: I don't
MO: sure u do
MO: take a guess
SH: LN tour?
MO: very good
SH: done?
MO: yeah
SH: Nissan?
MO: yep
SH: what about playing Merriweather as well
MO: no time in routing
MO: no 3 in row
SH: when is nissan
MO: best chance is that this does well and we go around again
SH: did you ever ask him question about how much I could pay where it didn't affect his LN deal
MO: or if u woulda gave me huge offer for v fest and we skip the market on this one
MO: I ask
MO: he gave no answer
SH: are they all LN venues
MO: I wish u gave me that big v fest offer
MO: if there is a shed they r playing it
MO: I tried the v fest thing
SH: there is no V Fest yet
MO: i know
SH: are they playing any other venues where there is an LN shed
MO: no
MO: if LN shed we play it

# Exhibit J

**From:**   Marty Diamond <mdiamond@paradigmagency.com>
**Sent:**   Friday, February 1, 2008 9:21 AM
**To:**     Seth Hurwitz <leseth@aol.com>
**Subject:** Re: Give it to me straight doc

None whatsoever
Sent wirelessly via BlackBerry from T-Mobile.

-----Original Message-----
From: Seth Hurwitz

Date: Fri, 01 Feb 2008 08:15:38
To:
Subject: Re: Give it to me straight doc

> 99 percent

And if that happens, I will have no shot at doing DC?

PL001471

# Exhibit K

**From:**        Rob Beckham <RBeckham@wma.com>
**Sent:**        Tuesday, November 21, 2006 2:45 PM
**To:**          Seth Hurwitz <leseth@aol.com>
**Subject:**     Re: Rascal Flatts

no, we can book non competitive markets. They are playing baltimore in feb
fyi


"Seth Hurwitz"
11/21/2006 01:43 PM

To
"Rob Beckham"
cc

Subject
Re: Rascal Flatts


> yes, they are exclusive

so you are not allowed to book anywhere but Live Nation venues?

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, re-transmit, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @WMA.com, and delete the message. E-mail communication is highly susceptible to spoofing, spamming, and other tampering, some of which may be harmful to your computer. If you are concerned about the authenticity of the message or the source, please contact the sender directly.

# Exhibit L

| | |
|---|---|
| From: | Mitch Okmin <mobster411@verizon.net> |
| Sent: | Tuesday, October 31, 2006 1:14 PM |
| To: | Seth Hurwitz <leseth@aol.com> |
| Subject: | Re: is there a Gwen tour? |

I dont know the answer, its up to Live Nation guys, and Im sure they
will put it in their shed, my involvement now is markets where there
are no Live nation sheds....

Mitch Okmin
MOB AGENCY
323-653-0427
Mobster411@verizon.net
PLEASE NOTE NEW EMAIL ADDRESS: MOBSTER411@VERIZON.NET
On Oct 31, 2006, at 6:11 AM, Seth Hurwitz wrote:

>> Looks like there will be....and Jim is selling the tour to Live
>> Nation....Im trying to hang in there...
>
> will I have an opportunity to bid on it for this market?

PL001485

# Exhibit M

SH: when is date here
MO: arenas only where no sheds like bakersfield, fresno, minneapolis and canada
SH: what would've happened if he told them he wanted to play merriweather
MO: not for me to tell them
MO: im barely involved
MO: I told jim
SH: what do you think would've happened if he tried to play merriweather
MO: I dont know
SH: when is the date
MO: Im sure they would want dc included
MO: mid june
MO: I dont know what else to tell u
SH: wasn't there a traffic issue somewhere that he looked bad with
MO: not really for that gwen show
MO: yeah I know

**Steve Kaul- Agency Group**
AIM IM with stevektag 2/2/09 3:34 PM
SH: ssshhhteeeve
SK: hi seth
SH: what's new
SK: same old shit
3:39 PM
SH: nickelback?
SK: working on their tour routing now
SH: will you be allowed to play merriweather as well
SK: maybe you should send me your offer as that could help
SH: good
SH: what should I offer
SK: $600,000 VS 95% of gross less the $8.00 per ticket you take off the top
3:50 PM
SH: tkts?
6:43 PM
SH: tkt prices?
SK: The ticket prices for the few April sheds are $81 gross P1, $61 p2, and $35 gross lawn
SH: lawn was 39 gross 2 yrs ago
SK: I assume with your shed having a smaller pavillion we could get away with $85 gross for most of the covered and maybe $40 lawn like we did a couple of years ago
SH: ok by me
6:50 PM
SH: well I'm in just need to write it up
SH: you spoken with mgmt about this?
SK: i will
SH: should we hold a date?
6:59 PM
SK: maybe 7/29
SK: I am still adjusting the routing so things could change
7:05 PM

SH: got your rap ready?

**Jonathan Adelman- Paradigm**
AIM IM with jonathanadelman2/17/09 12:52 PM
SH: on the fray...
SH: can I realease others than 16?
JA: yes
SH: how's that lookin
JA: ask me tomorrow
SH: why what happens then
JA: hopefully i will have more info on the ituation
SH: where is it at now
JA: in livenation hands
SH: what does that mean
SH: for them to decide?
JA: for them to come back with revied offer
JA: revised
SH: revised for Fray playing Merriweather?
JA: yup
SH: what are they saying now
JA: they want nissan
SH: and you told them you want to play Merriweather
JA: yup
SH: so...they are lowering their tour offer?
JA: well see
SH: is that what they're saying
JA: donr know
SH: right now they have a tour offer in, or just several of their buildings
JA: tour offer
SH: and you've told to revise without Nissan
JA: amongst other changes
SH: what do you think they'll do
JA: no clue
SH: did they ever say no nissan...no tour offer
JA: didnt get that far. will see what they say
SH: ok
SH: how does mgr feel about it

**Jonathan Adelman- Paradigm**
AIM IM with jonathanadelman2/23/09 7:48 PM
JA: live nation came back with $3 ticket. they do not want to to a percentage deal.
7:58 PM
SH: on a conf call
SH: listen...every one of these type situations have been settled by me being forced to pay them 25%
SH: ask them

PL001464

JA: i asked. they dont want to do a percentage deal.
SH: why not
JA: they were not happy with the results.
JA: seth. trying to help you get this date.
SH: I know but they want me to pay them more money than they know I will
SH: they want me to refuse
SH: if I refuse do I lose the show?
JA: if they threaten to pull the deal then yes. you lose
SH: well let's try it
SH: unless you are telling me we are at that point
JA: yes. we are at that point. its do or die
SH: so...if I don't pay them $3 per ticket I lose the show
JA: yes
SH: and if I do we're confirmed?
JA: yes
SH: fine
JA: and we go onsale march 13/14 or 20/21
SH: can we try $2?
JA: i will ask and settle on 2.50 if we can get away with it. if not then i'm pulling the trigger tonight
SH: go ahead and ask...do your best pls
SH: try for $2 or 25% as usual
SH: I think if you tell them that choice they won't want to blow it either
8:12 PM
JA: $3.00 per ticket. we are confirmed
JA: sorry
JA: they said no lower
SH: who are you dealing with
JA: perry/ ryan
JA: then it goes to garner/franks
SH: can I at leat raise the lawn tkt...right now it's where it was last time
JA: i have to ask the fray camp. they wanted to lower it!
8:33 PM
SH: when you say they were not happy with the results of 25%...what does that mean
JA: they said they didnt make enough $$
SH: you mean on previous shows?
JA: yes
SH: did they give you examples?
JA: no.
SH: they made 50K on Iron Maiden
8:40 PM
SH: what do you think of all this
JA: at this point i need to get this done and onsale. deal with the $3 and let them have it tomorrow
SH: did you call em back?
JA: yes

PL001465

JA: told them we are confirmed in DC
SH: well it doesn't sound like I have a choice if I want to play the Fray
JA: at this point the choice has been made. we are good
SH: well thank you for fighting to keep me in, even at this price
SH: but you don't like this either do you

**Chip Hooper- Paradigm**
AIM IM with chiphooper13/9/09 8:33 PM
SH: ?
CH: Are you in the office...
SH: mexico
SH: what's up
SH: could try cell but it's spotty
SH: we good?
CH: Almost
SH: cool
SH: I guess
SH: you need me?
SH: you were typing something
SH: fucking mosquitos are eating me up
SH: gotta shut down
CH: yes, i just need to finish this call
CH: we neeed to talk
SH: ok
SH: why what's up
CH: Phish
CH: want to chat for a sec
SH: try cell
SH: any issues?
CH: yes a big issue
SH: what's that
SH: come on already
8:52 PM
SH: I gotta go to dinner
CH: calling now
CH: ringing
8:56 PM
SH: man you scared me there for a minute
CH: I've got your back
SH: you really do
SH: thank you so much
CH: you're welcome
SH: caroline says thanks
SH: man that is so exciting
SH: an event
SH: how were they
CH: They were truly amazing

PL001466

SH: can't wait
SH I actually came to like them
CH: They are the most real band alive
SH: give me the Big C email
SH: having fish for dinner to celebrate
CH: you are confirmed on August 15
SH: wow
SH: send email
SH: ending the day on this note
CH: I didn't get yours yet
SH: says it went
SH: but it's coming from mexico
CH: I'll send it as soon as I get it, remember don't say anything to anyone until we all get our shit together regarding the announcement, etc., plus tomorrow I want to gover all of the details.
SH: you got it

**Steve Kaul- Agency Group**
AIM IM with stevektag 3/10/09 11:01 AM
SH: what happened to playing the best venue
SH: and them having that choice
SK: I tried to get them to play your venue - sorry it didnt happen - if sales are stong in the market perhaps we can take another look for this summer
SH: where would they have played had there been no 360 deal
11:06 AM
SH: if sales suck there, I will not get a show because people don't want to go to Nissan
SH: are you done responding?
SK: yes

**Steve Kaul- Agency Group**
AIM IM with stevektag 3/11/09 8:55 AM
SH: propoganda means untruths
SK: i got a low verbal score on my sats
SH: you called the nissan stuff propoganda
SK: im sure it's all true
SH: hundreds of pages of newspapers & blogs saying the same thing isn't propoganda
SK: yes your are right
SH: i got no gripe with you, I hope you know that
SK: i do - I wish LN didnt give the band millions of dollars but I need to deal with the situation even if I don't like it
SH: if they hadn't done this deal, we'd be doing Merriweather again wouldn't we
SK: I would have tried to get them to play the venue again - but there is a choice in the market and bands have made bad decisions in the past so who knows
SH: not too many choose that place...that's why they do these deals...to force people to play where they wouldn't otherwise
SK: there many other reasons too
SH: I am talking about why LN needs to do them

Exhibit N

SH: I understand the band's benefits
SH: that's what they offer the bands to get them to do it
SK: I know - LN also get's to cross the dates and protect their profits against some weak markets
- overall I think that may be the most compelling reason
SH: that makes sense
SH: but the bottom line is that they still need to get bands to play venues they
would not otherwise
SH: and that's my gripe with them
SH: in fact, I think it's illegal
SK: I think we played all of their venues before anyway
SH: they could still cross the venues they get
SH: without having to force people to play the other ones
SH: but they want it all
SH: the good news is, that's what's killing them
SK: yup - your in a good place - even if you don't win every battle - you still own the market
SH: I am very happy with our schedule & sales so far
SH: had a few LN deals that we got dates on...Fray, NIN
SH: anyway, you're a good guy, you tried, and none of this lessens my opinion of
you
SH: it's not like you became a weasel first chance you got
SH: like some people
SH: I will take care of this situation for all of us

**Ken Fermaglich- Agency Group**
AIM IM with kenftag5/8/09 10:58 AM
SH: what's your count
KF: 1000 tix in 30 minutes
KF: waiting for another update
KF: 80% pavilion sales
KF: 20% lawn
11:11 AM
kenfTAG has gone offline.
kenfTAG is now online.
11:21 AM
SH: what was presale
KF: presale through citibank was at 419 with $32,000 in the bank as of EOD yesterday
KF: it was a 3 day presale
KF: exclusive for Citibank only with no radio station
KF: involvement and very limited
SH: so that plus the 1000
KF: i don't htink so
KF: i think its a lump sum
KF: but i will check
1:17 PM
kenfTAG has gone offline.
1:29 PM
kenfTAG is now online.
1:33 PM
kenfTAG has gone offline.
1:42 PM

PL001468

Exhibit O

| | |
|---|---|
| **From:** | John Harrington <john@varietyart.com> |
| **Sent:** | Thursday, February 2, 2006 1:30 PM |
| **To:** | seth hurwitz seth <leseth@aol.com> |
| **Subject:** | Re: 311? |

On 2/2/06 9:36 AM, "Seth Hurwitz" <leseth@aol.com> wrote:

>> Time period is Aug 24 or 25
>
> holding both dates for you
>
> have you discussed Merriweather with the band?
>
>
>

Seth,
  Will discuss. Don?t think we would pull from Ted . Our Virginia Beach date
would go out the window if we did merriweather but I will pass on all
offers. $35.00 gross ticket. Will let you know support as soon as I lock it
down. Management for band is Adam Raspler. His number is 323-654-4094.
Regards John

--
John Harrington
Variety Artist's Int'l
1924 Spring Street
Paso Robles, CA 93446
P: 805 237 4275
F: 805 237 4283

PL001625

# Exhibit P

7363

**L.M.A., INC.**
dba MERRIWEATHER POST PAVILION
10475 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044
410-715-5550

7-COLUMBIA BANK
N-10145

6/17/2009

PAY TO THE
ORDER OF    Live Nation Worldwide, Inc.                    $  **23,241.00**

Twenty-Three Thousand Two Hundred Forty-One and 00/100 ─────────── DOLLARS

Live Nation Worldwide, Inc.

TWO SIGNATURES REQUIRED OVER $1000

MEMO:    Settlement

---

7363        Front  07/01/09        $23241.00

---

DEPOSIT    1167 02 6413

PAY ANY BANK

For Deposit Only

---

7363         Back   07/01/09        $23241.00

PL001414

WARPED TOUR Settlement w/ LIVE NATION
Event date: June 15, 2006
Merriweather Post Pavilion

**INCOME:**
Gross receipts (includes Parking)
Less Tax
Less Donation
TM Rebate
Merch House Share
F&B House Share
Warped vendor water sales
Tour reimbursable
**NET INCOME**

**EXPENSES:**
Talent
Advertising
Event expenses
License Fees
**NET EXPENSES**

**OVERAGE+/LOSS-**
25% to LIVE NATION                    $2,899.75

PL001420

3630

I.M.A., INC.
dba MERRIWEATHER POST PAVILION
10475 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044
410-715-5550

THE COLUMBIA BANK
65-233/550

7/5/2006

PAY TO THE
ORDER OF          LIVE NATION                                                          $ **2,899.75

Two Thousand Eight Hundred Ninety-Nine and 75/100************************************************** DOLLARS

LIVE NATION
7800 Cellar Door Drive
Bristow, VA 20136
Attn: Ted Mankin

TWO SIGNATURES REQUIRED OVER $1000

MEMO:          Warped Tour Settlement

---

I.M.A., INC.
dba MERRIWEATHER POST PAVILION          7/5/2006          3630
LIVE NATION                                                                2,899.75
Talent                    Warped Tour 6.15.06

Operation Account 01    Warped Tour Settlement                                    2,899.75

I.M.A., INC.
dba MERRIWEATHER POST PAVILION          7/5/2006          3630
LIVE NATION                                                                2,899.75
Talent                    Warped Tour 6.15.06

Operation Account 01    Warped Tour Settlement                                    2,899.75

PL001421

WARPED TOUR Settlement w/ LIVE NATION
Event date:  July 25, 2007
Merriweather Post Pavilion

INCOME:
Gross receipts (includes Parking)
Less Tax
Less Donation
TM Rebate
Merch House Share
F&B House Share
NET INCOME

EXPENSES:
Talent
Advertising
Event Staff (sec/ush/tt/bo/ops/parking)
Housekeeping
Rentals (fence, bike rack, spots, fork lifts, boards, towers)
Union
Other Production (video, runners, vehicles)
Catering (shop list, drinks, PBR, lighter fluid, ice, AS party)
Services (masseuse, concierge)
Insurance
Miscellaneous (permit, dj, photographer)
License Fees
NET EXPENSES

OVERAGE+/LOSS-
25% to LIVE NATION                                    $57,131

I.M.A., INC.
dba MERRIWEATHER POST PAVILION
10475 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044
410-715-5550

THE COLUMBIA BANK
65-233/550

8/9/2007

PAY TO THE
ORDER OF   LIVE NATION

$ **57,131.00

Fifty-Seven Thousand One Hundred Thirty-One and 00/100************************************************** DOLLARS

LIVE NATION
7800 Cellar Door Drive
Bristow, VA 20136
Attn: Ted Mankin

TWO SIGNATURES REQUIRED OVER $1000

MEMO:   WARPED TOUR -Settlement

---

I.M.A., INC.
dba MERRIWEATHER POST PAVILION
LIVE NATION                              8/9/2007                5049
Talent                    Warped Tour Settlement                 57,131.00

Operation Account 01   WARPED TOUR -Settlement                   57,131.00

I.M.A., INC.
dba MERRIWEATHER POST PAVILION
LIVE NATION                              8/9/2007                5049
Talent                    Warped Tour Settlement                 57,131.00

Operation Account 01   WARPED TOUR -Settlement                   57,131.00

PL001423

WARPED TOUR Settlement w/ LIVE NATION
Event date: July 16, 2008
Merriweather Post Pavilion

**INCOME:**
Gross receipts (includes Parking)
Less Tax
Less Charity @ $.25
Other
TM Rebate
Merch House Share
F&B House Share
**NET INCOME**

**EXPENSES:**
Talent
Advertising  (incl. Internet Marketing per deal)
Event Staff (sec/ush/tt/bo/ops/parking)
Housekeeping
Rentals (fence, bike rack, spots, forklifts, towers, bkstg AC, tables, chairs)
Union
Other Production (video, runners, vehicles)
Catering
Services (masseuse, concierge)
Insurance
Miscellaneous (permit, dj, photographer)
Other
License Fees
**NET EXPENSES**

**OVERAGE+/LOSS-**
**25% to LIVE NATION**                                      $60,078

PL001424

6245

I.M.A., INC.
423 MERRIWEATHER POST PAVILION
LOUISVILLE KENTUCKY PKWY
COLUMBIA, MD 21044
(410-715-5550

THE COLLEGIATE BANK
45120[?]M

5/1/2008

PAY TO THE
ORDER OF          LIVE NATION                                              $  **60,078.00

Sixty Thousand Seventy-Eight and 00/100                                        DOLLARS

LIVE NATION
7800 Cellar Door Drive
Bristow, VA 20136
Attn: Ted Mankin

TWO SIGNATURES REQUIRED OVER $100

MEMO:     Warped Tour Settlement

6245      Front  08/07/08      $60078.00

PAY to the order of
Cellar Door Venues, Inc.
375-4032
For Deposit Only

1511
12506

6245      Back   08/07/08      $60078.00

PL001425

WARPED TOUR Settlement w/ LIVE NATION
Event date:  July 14, 2009
Merriweather Post Pavilion
total paid attendance:

**INCOME:**
Gross receipts (includes Parking)
Less Tax
Less Charity @ $.25
Other
TM Rebate
Merch House Share
F&B House Share
**NET INCOME**

**EXPENSES:**
Talent
Advertising  (incl. Internet Marketing per deal)
Event Staff (sec/ush/tt/bo/ops/parking)
Housekeeping
Rentals (fence, bike rack, spots, forklifts, towers, bkstg AC, tables, chairs)
Union
Other Production (video, runners, vehicles)
Catering
Services (masseuse, concierge)
Insurance
Miscellaneous (permit, dj, photographer)
Other
License Fees
**NET EXPENSES**

**OVERAGE+/LOSS-**
**25% to LIVE NATION**                                          $39,990

C
T

7808

**I.M.A., INC.**
9106 MEADOW GATHER FORT PAVC 2014
8941 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044
785-712-3534

PNC COLLINS 1.52 X N
In banner

8/20/2009

PAY TO THE
ORDER OF ___ LIVE NATION                          $ *39,990.00.

Thirty-Nine Thousand Nine Hundred Ninety and 00/100 _____ DOLLARS

LIVE NATION:
7800 Cedar Door Drive
Bristow, VA 20136

TWO SIGNATURES REQUIRED OVER $1000

MEMO ___ Warped Tour @ Merriweather 7.14.2009

LIVE NATION
- FOR DEPOSIT ONLY -

↓ Do not endorse or write below this ↓

PL001427

IRON MAIDEN Settlement w/ LIVE NATION
Event date:  June 18, 2008
Merriweather Post Pavilion

**INCOME:**
Gross receipts (includes Parking)
Less Tax
Less Donation
TM Rebate  estimate
Merch House Share
F&B House Share
**NET INCOME**

**EXPENSES:**
Talent
Advertising
Event Staff (sec/ush/tt/bo/ops/parking)
Housekeeping
Rentals (fence, bike rack, spots, fork lifts, boards, towers)
Union
Other Production (video, runners, vehicles)
Catering
Services (masseuse, concierge)
Insurance
Miscellaneous (permit, dj, photographer)
License Fees
**NET EXPENSES**

**OVERAGE+/LOSS-**                                    $50,220
**25% to LIVE NATION**

PL001428



6036

50,220.00

50,220.00

6/29/2008

Iron Maiden - 6.18.08 @ Merriweather

**I.M.A., INC.**
**dba MERRIWEATHER POST PAVILION**
**LIVE NATION**
Show Expenses

Operation Account 01   Iron Maiden @ Merriweather 6.18.08



PL001429

# Exhibit Q

**From:**      Marcie Cardwell <marcie@macpresents.com>
**Sent:**      Friday, November 28, 2008 11:40 AM
**To:**        LeSeth@aol.com
**Subject:**   Re: John Mayer

No

marcie a. cardwell

mac presents

615.662.3522

----- Original Message -----

From: Seth Hurwitz <leseth@aol.com>

To: Marcie Cardwell

Sent: Fri Nov 28 10:30:24 2008

Subject: John Mayer

was that a LN tour?

PL001591

**Jean S. Parker**

| | |
|---|---|
| From: | Jean S. Parker [jeanp@930.com] |
| Sent: | Wednesday, July 30, 2008 8:00 PM |
| To: | 'Mankin, Ted' |
| Subject: | Live Nation: settlement JOHN MAYER |
| Attachments: | JohnMayer071308.LiveNation.settlement.xls |

1

PL001440

**JOHN MAYER Settlement w/ LIVE NATION**
Event date: July 13, 2008
Merriweather Post Pavilion

**INCOME:**
Gross receipts (includes Parking)
Less Tax
Less Donation
Less Auction to JOHN MAYER
TM Rebate
Merch House Share
F&B House Share
**NET INCOME**

**EXPENSES:**
Talent
Advertising
Event Staff (sec/ush/tt/bo/ops/parking)
Housekeeping
Rentals (fence, bike rack, spots, fork lifts, boards, towers)
Union
Other Production (video, runners, vehicles)
Catering
Services (masseuse, concierge)
Insurance
Miscellaneous (permit, dj, photographer)
Lawn repair
License Fees
**NET EXPENSES**

**OVERAGE+/LOSS-**
**25% to LIVE NATION**                           $24,454

PL001418

# THE COLUMBIA BANK

6246

**I.M.A., INC.**
c/a MERRIWEATHER POST PAVILION
10475 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044
410-715-5550

THE COLUMBIA BANK

8/1/2008

PAY TO THE
ORDER OF    LIVE NATION

$ **24,454.00

Twenty-Four Thousand Four Hundred Fifty-Four and 00/100********************************************************************* DOLLARS

LIVE NATION
7800 Cedar Door Drive
Braddoc, VA 20156
Attn: Ted Mankin

TWO SIGNATURES REQUIRED OVER $1000

MP401     John Mayer 7.13 Settlement

6246          Front 08/07/08      $24454.00

6246          Back  08/07/08      $24454.00

Pay to the order of
Cellar Door Venues Inc.

PL001419

Exhibit R

SH: got your rap ready?

**Jonathan Adelman- Paradigm**
AIM IM with jonathanadelman2/17/09 12:52 PM
SH: on the fray...
SH: can I realease others than 16?
JA: yes
SH: how's that lookin
JA: ask me tomorrow
SH: why what happens then
JA: hopefully i will have more info on the ituation
SH: where is it at now
JA: in livenation hands
SH: what does that mean
SH: for them to decide?
JA: for them to come back with revied offer
JA: revised
SH: revised for Fray playing Merriweather?
JA: yup
SH: what are they saying now
JA: they want nissan
SH: and you told them you want to play Merriweather
JA: yup
SH: so...they are lowering their tour offer?
JA: well see
SH: is that what they're saying
JA: donr know
SH: right now they have a tour offer in, or just several of their buildings
JA: tour offer
SH: and you've told to revise without Nissan
JA: amongst other changes
SH: what do you think they'll do
JA: no clue
SH: did they ever say no nissan...no tour offer
JA: didnt get that far. will see what they say
SH: ok
SH: how does mgr feel about it

**Jonathan Adelman- Paradigm**
AIM IM with jonathanadelman2/23/09 7:48 PM
JA: live nation came back with $3 ticket. they do not want to to a percentage deal.
7:58 PM
SH: on a conf call
SH: listen...every one of these type situations have been settled by me being forced to pay them 25%
SH: ask them

PL001454



PL001415

**Jean S. Parker**

| | |
|---|---|
| **From:** | Jean S. Parker  [jeanp@930.com] |
| **Sent:** | Wednesday, June 17, 2009 12:11 AM |
| **To:** | 'leseth@aol.com' |
| **Subject:** | settlement: Fray |
| **Attachments:** | settlement.fray.061609.xls |

Mark, tour accountant, asked about:
1. The $3/tix fee due Live Nation;
2. The $8k due Dega for catering.

I said it was an all-in deal plus neither of these was on the contract or other deal addendum.

... jean

1

PL001416

**Jean S. Parker**

| | |
|---|---|
| From: | Seth Hurwitz [leseth@aol.com] |
| Sent: | Wednesday, June 17, 2009 1:57 PM |
| To: | Jean Parker |
| Subject: | FW: The Fray - Merriweather Post Pavilion show |

need to send them the catering and $3 per tkt

make them separate checks

revise show report

----- Forwarded Message
From: Jonathan Adelman <jadelman@paradigmagency.com>
Date: Wed, 17 Jun 2009 13:53:03 -0400
To: Seth Hurwitz <leseth@aol.com>
Subject: The Fray - Merriweather Post Pavilion show

Pls make the check payable to: **Live Nation Worldwide, Inc.**

Mail to:

Live Nation
Attn: Tracy Sanchez
9348 Civic Center Dr
Beverly Hills, CA 90210

----- End of Forwarded Message

1

PL001417

# Exhibit S

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| 1976 | | |
| America | 1976 | Contemporary |
| Barry Manilow | 1976 | Contemporary |
| Carpenters | 1976 | Contemporary |
| James Taylor | 1976 | Contemporary |
| Janis Ian | 1976 | Contemporary |
| Linda Ronstadt | 1976 | Orchestra |
| Israel Philharmonic Orchestra | 1976 | POA |
| Philadelphia Orchestra | | |
| 41st International Eucharistic Congress: August 2: A concert of religious jazz with Ella Fitzgerald and Dave Brubeck Trio; Aug 5/6 Dance Theatre of Harlem, Marian Andersen, narrator. | 1976 | Special |
| 1977 | | |
| Gordon Lightfoot | 1977 | Contemporary |
| Jackson Browne | 1977 | Contemporary |
| James Taylor | 1977 | Contemporary |
| Linda Ronstadt | 1977 | Contemporary |
| Neil Sedaka | 1977 | POA |
| Philadelphia Orchestra | 1977 | Contemporary |
| Renaissance | 1977 | Dance |
| Stuttgart Ballet | | |
| 1978 | | |
| American Ballet Theatre | 1978 | Dance |
| Barry Manilow | 1978 | Contemporary |
| Boz Scaggs | 1978 | Contemporary |
| Cleo Lane/Kenny Rowein | 1978 | Contemporary |
| Crosby, Stills, Nash | 1978 | Contemporary |
| George Benson | 1978 | Contemporary |
| Grover Washington/Al Jarreau | 1978 | Contemporary |
| Jackson Browne | 1978 | Contemporary |
| Kris Kristofferson & Rita Coolidge | 1978 | Contemporary |
| Linda Ronstadt | 1978 | Contemporary |
| Manhattan Transfer/Jean Oliver | 1978 | Opera |
| Metropolitan Opera | 1978 | Contemporary |
| Peter, Paul, Mary | 1978 | POA |
| Philadelphia Orchestra | | |
| 1979 | | |
| America | 1979 | Contemporary |
| Joan Armatrading | 1979 | Contemporary |

MANN CENTER FOR THE PERFORMING ARTS
PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Ballet Highlights featuring Mikhail Baryshnikov and Peter Martins | 1979 | Dance |
| Shawn Cassidy | 1979 | Contemporary |
| Chicago | 1979 | Contemporary |
| Perry Como | 1979 | Contemporary |
| Gordon Lightfoot | 1979 | Contemporary |
| Metropolitan Opera | 1979 | Opera |
| Joni Mitchell | 1979 | Contemporary |
| Lucino Pavarotti in Recital (Benefit for Marian Andersen Library) | 1979 | Opera |
| Philadelphia Orchestra | 1979 | POA |
| Poco/Jimmy Buffet | 1979 | Contemporary |
| Renaissance | 1979 | Contemporary |
| James Taylor | 1979 | Contemporary |
|  |  |  |
| 1980 |  |  |
| Joan Armatrading | 1980 | Contemporary |
| George Benson | 1980 | Contemporary |
| Blues Brothers | 1980 | Contemporary |
| Jackson Browne | 1980 | Contemporary |
| Doobie Brothers | 1980 | Contemporary |
| Roberta Flack/Peabo Bryson | 1980 | Contemporary |
| Hall & Oates | 1980 | Contemporary |
| Al Jarreau | 1980 | Contemporary |
| Barry Manilow | 1980 | Opera |
| New York City Opera | 1980 | POA |
| Philadelphia Orchestra | 1980 | Contemporary |
| Santana | 1980 | Contemporary |
| South Side Johnny | 1980 | Contemporary |
| James Taylor | 1980 |  |
|  |  |  |
| 1981 |  |  |
| Ballet Highlights featuring Mikhail Baryshnikov | 1981 | Dance |
| Ballet Highlights featuring Gelsey Kirkland and Natalia Makarova | 1981 | Dance |
| Beach Boys | 1981 | Contemporary |
| Pat Benatar | 1981 | Contemporary |
| Peabo Bryson | 1981 | Contemporary |
| Christopher Cross | 1981 | Contemporary |
| Charlie Daniels Band | 1981 | Contemporary |
| Doobie Brothers | 1981 | Contemporary |
| Redd Fox | 1981 | Contemporary |
| Roberta Flack | 1981 | Contemporary |
| Millie Jackson | 1981 | Contemporary |
| Walter Jackson | 1981 | Contemporary |

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| **1981** | | |
| Al Jarreau | 1981 | Contemporary |
| Jefferson Starship | 1981 | Contemporary |
| Kansas | 1981 | Contemporary |
| Kool & The Gang | 1981 | Contemporary |
| Chuck Mangione | 1981 | Contemporary |
| Melissa Manchester | 1981 | Contemporary |
| Pat Metheny | 1981 | Contemporary |
| Peter, Paul, Mary | 1981 | POA |
| Philadelphia Orchestra | 1981 | Contemporary |
| Bonnie Raitt | 1981 | Contemporary |
| Santana | 1981 | Contemporary |
| James Taylor | 1981 | Contemporary |
| The Tubes | 1981 | Contemporary |
| | | |
| **1982** | 1982 | Contemporary |
| Air Supply | 1982 | Dance |
| American Ballet Theatre | 1982 | Contemporary |
| B - 52 ' s | 1982 | Contemporary |
| Beach Boys | 1982 | Contemporary |
| Elton John | 1982 | Contemporary |
| Gospel Keynotes | 1982 | Contemporary |
| King Crimson | 1982 | Dance |
| Kool Jazz Festival | 1982 | Contemporary |
| Al Jarreau | 1982 | Contemporary |
| Rickie Lee Jones | 1982 | Contemporary |
| Gordon Lightfoot | 1982 | Contemporary |
| Kenny Loggins/America | 1982 | Contemporary |
| Peter, Paul, Mary | 1982 | Contemporary |
| "P.O.P 82" | 1982 | POA |
| Philadelphia Orchestra | 1982 | Contemporary |
| Bonnie Raitt | 1982 | Contemporary |
| Santana | 1982 | Contemporary |
| Talking Heads | 1982 | Contemporary |
| James Taylor | 1982 | Contemporary |
| George Thorogood | 1982 | Contemporary |
| Barry White | | |
| | | |
| **1983** | 1983 | Dance |
| American Ballet Theatre | 1983 | Contemporary |
| Joan Armatrading | 1983 | Contemporary |
| Beach Boys | | |

[Page]

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Chicago | 1983 | Contemporary |
| Elvis Costello | 1983 | Contemporary |
| D - Train | 1983 | Contemporary |
| Flock of Seagulls | 1983 | Contemporary |
| Peter Gabriel | 1983 | Contemporary |
| Hall & Oates | 1983 | Contemporary |
| Al Jarreau | 1983 | Contemporary |
| Kool Jazz Festival | 1983 | Contemporary |
| Kenny Loggins | 1983 | Contemporary |
| Barry Manilow | 1983 | Contemporary |
| Men at Work | 1983 | Contemporary |
| Pat Metheny | 1983 | Contemporary |
| Bette Midler | 1983 | Contemporary |
| Joni Mitchell | 1983 | POA |
| Philadelphia Orchestra | 1983 | Contemporary |
| Smokey Robinson | 1983 | Contemporary |
| Stylistics | 1983 | Contemporary |
| Talking Heads | | |
| | | |
| 1984 | 1984 | Dance |
| American Ballet Theatre | 1984 | Contemporary |
| The Band / Al Stewart | 1984 | Contemporary |
| Peabo Bryson | 1984 | Contemporary |
| King Crimson | 1984 | Contemporary |
| Crosby, Stills, Nash | 1984 | Contemporary |
| John Denver | 1984 | Contemporary |
| The Eurythmics | 1984 | Contemporary |
| Jerry Garcia Band | 1984 | Contemporary |
| Go - Go's/Hooters/INXS | 1984 | Contemporary |
| Happy Together Tour | 1984 | Contemporary |
| Huey Lewis & The News | 1984 | Contemporary |
| Julio Iglesias | 1984 | Contemporary |
| Joe Jackson | 1984 | Contemporary |
| Kool Jazz Festival | 1984 | Contemporary |
| Cyndi Lauper/Hooters | 1984 | Contemporary |
| Moody Blues | 1984 | Dance |
| Pennsylvania Ballet Company | 1984 | Special |
| "Pershing 's Own" White House Army Band | 1984 | POA |
| Philadelphia Orchestra | 1984 | Contemporary |
| The Pretenders | 1984 | Contemporary |
| James Taylor / Randy Newman | 1984 | Contemporary |

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Thompson Twins/Berlin | 1984 | Contemporary |
| George Thorogood | 1984 | Contemporary |
| UNCF Gospel Benefit | 1984 | Gospel |
| 1985 | 1985 | |
| Al Jarreau | 1985 | Contemporary |
| Amy Grant | 1985 | Contemporary |
| Anne Murray | 1985 | Contemporary |
| Bryan Adams | 1985 | Contemporary |
| Crosby, Stills, Nash | 1985 | Contemporary |
| Dan Fogelberg | 1985 | Contemporary |
| Dire Straits | 1985 | Contemporary |
| Don Henley | 1985 | POA |
| Gala: Henry Mancini & James Galway Philadelphia Orchestra " In The Pink" | 1985 | Contemporary |
| Kenny Loggins | 1985 | Contemporary |
| Neil Young | 1985 | Contemporary |
| Pat Metheny | 1985 | Dance |
| Pennsylvania Ballet Company | 1985 | Contemporary |
| Petra | 1985 | POA |
| Philadelphia Orchestra | 1985 | Contemporary |
| Philly Fest | 1985 | Contemporary |
| Ray Charles/B.B. King | 1985 | Contemporary |
| REO Speedwagon | 1985 | Contemporary |
| Santana | 1985 | Contemporary |
| The Kinks | 1985 | Contemporary |
| Tom Petty | 1985 | Contemporary |
| 1986 | 1986 | Contemporary |
| Andreas Vollenweider | 1986 | Contemporary |
| Beach Boys | 1986 | Contemporary |
| Billy Ocean | 1986 | Contemporary |
| E.L.P. | 1986 | Contemporary |
| Jackson Browne | 1986 | Contemporary |
| James Taylor | 1986 | Contemporary |
| Joan Armatrading | 1986 | Contemporary |
| John Fogarty | 1986 | Dance |
| Kirov Ballet | 1986 | Contemporary |
| Lou Reed | 1986 | Contemporary |
| Moody Blues | 1986 | Dance |
| Pennsylvania Ballet Company | 1986 | POA |
| Philadelphia Orchestra | | |

# MANN CENTER FOR ...E PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Robert Palmer | 1986 | Contemporary |
| Santana | 1986 | Contemporary |
| Spyro Gyra | 1986 | Contemporary |
| Starship | 1986 | Contemporary |
| Steve Wynwood | 1986 | Contemporary |
| Stevie Ray Vaughan | 1986 | Contemporary |
| The Dramatics | 1986 | Contemporary |
| The Eurythmics | 1986 | Contemporary |
| The Monkees | 1986 | Contemporary |
| Van Morrison | 1986 | Contemporary |
| Whitney Houston | 1986 | Contemporary |
| Wyndham Hill Jazz | 1986 | Contemporary |
| | | |
| 1987 | | |
| Al Green - Gospel | 1987 | Contemporary |
| Al Jarreau/ Chaka Kahn | 1987 | Contemporary |
| B.B. King | 1987 | Contemporary |
| Crosby, Stills, Nash | 1987 | Contemporary |
| Dan Fogelberg | 1987 | Contemporary |
| David Sanborn | 1987 | Contemporary |
| James Taylor | 1987 | Contemporary |
| Neil Young | 1987 | Contemporary |
| New Order | 1987 | Contemporary |
| Pat Metheny | 1987 | Dance |
| Pennsylvania Ballet Company | 1987 | POA |
| Philadelphia Orchestra | 1987 | Contemporary |
| Phyllis Hyman | 1987 | Contemporary |
| Soul Revival | 1987 | Contemporary |
| Stevie Ray Vaughan/Greg Allman | 1987 | Contemporary |
| The Bangles | 1987 | Contemporary |
| The Kinks | 1987 | Contemporary |
| The Monkees | 1987 | Contemporary |
| The Moody Blues | 1987 | Contemporary |
| The O'Jays | 1987 | Contemporary |
| | | |
| 1988 | | |
| "Alexander Nevsky" Film with Philadelphia Orchestra | 1988 | Film |
| Bob Dylan | 1988 | Contemporary |
| Bruce Hornsby | 1988 | Contemporary |
| Crosby, Stills, Nash | 1988 | Contemporary |
| Dan Fogelberg | 1988 | Contemporary |

MANN CENTER FOR ...E PERFORMING ARTS
PERFORMANCE HISTORY

| Artist | YEAR | SERIES |
|---|---|---|
| Debbie Gibson | 1988 | Contemporary |
| Gospel Show:  Walter Hawkins Family | 1988 | Contemporary |
| James Taylor | 1988 | Contemporary |
| Jethro Tull | 1988 | Contemporary |
| Jimmy Buffet | 1988 | Contemporary |
| Linda Ronstadt | 1988 | Contemporary |
| Neil Young | 1988 | POA |
| Philadelphia Orchestra | 1988 | Contemporary |
| Phyllis Hyman | 1988 | Contemporary |
| Robert Palmer | 1988 | Dance |
| Royal National Ballet of Spain | 1988 | Contemporary |
| Sade | 1988 | Contemporary |
| Sam Kinison | 1988 | Contemporary |
| Squeeze and the Smithereens | 1988 | Contemporary |
| Steve Wynwood | 1988 | Contemporary |
| Tiffany | 1988 | Contemporary |
| UB40 | 1988 | Contemporary |
|  |  |  |
| 1989 | 1989 | Broadway |
| "Cats" | 1989 | Contemporary |
| 10,000 Maniacs/ Adrian Belu/The Horseflies Ziggy Marley | 1989 | Contemporary |
| Al Jarreau / Take Six | 1989 | Contemporary |
| Amy Grant | 1989 | Contemporary |
| Average White Band/Rare Earth/War/Bad Finger | 1989 | Contemporary |
| Bee Gees | 1989 | Contemporary |
| Carole King | 1989 | Contemporary |
| Cher | 1989 | Contemporary |
| Don Henley / Edie Brickell | 1989 | Contemporary |
| Elvis Costello | 1989 | Contemporary |
| Fine Young Cannibals /De La Soul /The Mint Juleps | 1989 | Contemporary |
| Jackson Browne | 1989 | Contemporary |
| Jefferson Airplane | 1989 | Contemporary |
| Jimmy Buffet / Neville Brothers | 1989 | Contemporary |
| Kenny G | 1989 | Contemporary |
| Legends of Motown – Temptations/Dramatics/Blue Notes | 1989 | Contemporary |
| Little Feat / Melissa Etheridge | 1989 | Contemporary |
| New Kids on The Block | 1989 | Contemporary |
| New Order / Public Image Limited /Sugarcubes | 1989 | Contemporary |
| Pat Metheny | 1989 | POA |
| Philadelphia Orchestra | 1989 | Contemporary |
| Phyllis Hyman | 1989 | Contemporary |

[Page]

# MANN CENTER FOR The PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| REM / Throwing Muses | 1989 | Contemporary |
| Rick Astley / Martika | 1989 | Contemporary |
| Ringo Starr and His All Star Band | 1989 | Contemporary |
| Rod Stewart | 1989 | Contemporary |
| Stevie Nicks | 1989 | Contemporary |
| Stop The Violence | 1989 | Contemporary |
| The Kinks / John Eddie | 1989 | Contemporary |
| Tom Petty & The Heartbreakers / The Replacements | 1989 | Contemporary |
| | | |
| 1990 | 1990 | |
| Allman Brothers | 1990 | Contemporary |
| Anita Baker | 1990 | Contemporary |
| B - 52 's | 1990 | Contemporary |
| Bonnie Raitt | 1990 | Contemporary |
| Crosby, Stills, Nash | 1990 | Contemporary |
| Garrison Keillor | 1990 | Contemporary |
| James Taylor | 1990 | Contemporary |
| Jimmy Buffett | 1990 | Contemporary |
| Kenny G / Michael Bolton | 1990 | Contemporary |
| Little Feat | 1990 | Contemporary |
| Metropolitan Male Ensemble | 1990 | POA |
| Philadelphia Orchestra | 1990 | Contemporary |
| Rickie Lee Jones | 1990 | Contemporary |
| Richard Marx | 1990 | Contemporary |
| Sinead O' Connor | 1990 | Contemporary |
| Steve Miller Band | 1990 | Contemporary |
| Stevie Ray Vaughan/Joe Cocker | 1990 | Contemporary |
| Tears For Fears | 1990 | Contemporary |
| The Moody Blues | 1990 | Contemporary |
| Tracey Chapman | 1990 | Contemporary |
| UB40 | 1990 | Contemporary |
| | | |
| 1991 | 1991 | |
| Allman Brothers | 1991 | Contemporary |
| Bob Weir & Rob Wasserman | 1991 | Contemporary |
| Bonnie Raitt | 1991 | Contemporary |
| Bugs Bunny on Broadway | 1991 | Contemporary |
| Doobie Brothers | 1991 | Contemporary |
| Elvis Costello | 1991 | Contemporary |
| Freddy Jackson | 1991 | Contemporary |
| Gospel Show | 1991 | Contemporary |

[Page]

## MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|--------|------|--------|
| Huey Lewis And The News | 1991 | Contemporary |
| Indigo Girls | 1991 | Contemporary |
| Jazz Explosion | 1991 | Contemporary |
| Jimmy Buffett | 1991 | Contemporary |
| Manheim Steamroller | 1991 | Contemporary |
| Michael Bolton | 1991 | Contemporary |
| Music of Andrew Lloyd Weber / Michael Crawford | 1991 | Contemporary |
| Nelson | 1991 | POA |
| Philadelphia Orchestra | 1991 | Contemporary |
| Styx | 1991 | Contemporary |
| The Moody Blues | 1991 | Contemporary |
| The Steve Miller Band | 1991 | Contemporary |
| White Oak Dance Project | 1991 | Dance |
| Ziggy Marley And The Melody Makers | 1991 | Contemporary |
| | | |
| 1992 | | |
| Allman Brothers / Tom Cochrane | 1992 | Contemporary |
| Blues Fest - B.B. King / Buddy Guy / Dr. John / The Fabulous Thunderbirds | 1992 | Contemporary |
| Blues Notes / Stylistics | 1992 | Contemporary |
| Bob Wier & Rob Wasserman/Bruce Cockburn/Michelle Cockburn | 1992 | Contemporary |
| Caring in Concert - Burt Bacharach, Elayne Boosler, Roberta Flack, & Dionne Warwick | 1992 | |
| Crosby, Stills, Nash | 1992 | Contemporary |
| Dolly Parton / Mike Reid | 1992 | Contemporary |
| Emerson / Lake, & Palmer/Bonham | 1992 | Contemporary |
| En Vogue / Arrested Development | 1992 | |
| Gerald Levert | 1992 | Contemporary |
| Harry Connick, Jr. | 1992 | Contemporary |
| Indigo Girls | 1992 | Contemporary |
| James Taylor | 1992 | Contemporary |
| Jimmy Buffett / Evangeline | 1992 | Contemporary |
| Joe Cocker / Neville Brothers | 1992 | Contemporary |
| Lavert | 1992 | Contemporary |
| Lynrd Skynrd / Delbert McClinton | 1992 | Contemporary |
| Morrisey | 1992 | Contemporary |
| Natalie Cole / Ottmar Liebert & Luna Negra | 1992 | Contemporary |
| Parliament Funkadelic / Ohio Players | 1992 | POA |
| Philadelphia Orchestra | 1992 | |
| Philly Pops - Leonard Bernstein Tribute | 1992 | Contemporary |
| Philly Pops - The Pops on Broadway | 1992 | Contemporary |
| Santana / Phish | 1992 | Contemporary |
| Sounds of Freedom : Aretha Franklin, Charles Dutoit, Phila. Orch. | | |

MANN CENTER FOR The PERFORMING ARTS
PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Steve Miller / Curtis Salgado and The Stilettos | 1992 | Contemporary |
| WIOQ / Monster Rock Concert | 1992 | Contemporary |
| World Beat Tour 92 | 1992 | Contemporary |
| WXPN Benefit - Five Star Night | 1992 | Contemporary |
| 10,000 Maniacs | 1992 | Contemporary |
| | | |
| 1993 | | |
| Al Jarreau / David Sanborn | 1993 | Contemporary |
| Allman Brothers | 1993 | Contemporary |
| Barry Manilow | 1993 | Contemporary |
| Butthole Surfers & Stone Temple Pilots | 1993 | Contemporary |
| Carol King | 1993 | Contemporary |
| David Crosby & Graham Nash | 1993 | Contemporary |
| Def Leppard | 1993 | Contemporary |
| Duran, Duran | 1993 | Contemporary |
| Dwight Yokum | 1993 | Contemporary |
| Jethro Tull /Procol Harum | 1993 | Contemporary |
| John Prince | 1993 | Contemporary |
| Kenny G/Peabo Bryson | 1993 | Contemporary |
| Kinks | 1993 | Contemporary |
| Mary Chapin Carpenter | 1993 | Contemporary |
| Midnight Oil, Hot House Flowers, Ziggy Marley | 1993 | Contemporary |
| Moody Blues | 1993 | Contemporary |
| Pat Metheny | 1993 | POA |
| Philadelphia Orchestra | 1993 | Contemporary |
| Phish | 1993 | Contemporary |
| Sade | 1993 | Contemporary |
| Spin Doctors | 1993 | Contemporary |
| Steve Miller | 1993 | Contemporary |
| Travis Tritt | 1993 | Contemporary |
| UB - 40 | 1993 | Special |
| WIOQ / Monster 5 | 1993 | Special |
| WXPN Benefit | 1993 | POA |
| POA 6/21/93: Lawrence Foster, conductor; Stephen Kovacevich, piano | | |
| POA 6/23/93: Lawrence Foster, conductor; Richard Woodhams, oboe; Anthony Gigliotti, clarinet; Nolan Miller, horn; Bernard Garfield, basson | 1993 | POA |
| POA 6/24/93: Lawrence Foster, conductor; Pinchas Zukerman, violin; Linda Hohenfeld, soprano | 1993 | POA |
| POA 6/28/93: Charles Dutoit, conductor; Itzhak Perlman, violin | 1993 | POA |
| POA 6/30/93: Charles Dutoit, conductor; Yo-Yo Ma, cello | 1993 | POA |
| POA 7/1/93: Charles Dutoit, conductor; Jard Van Nes, mezzo-soprano; Richard Margison, tenor | 1993 | POA |
| POA 7/5/93: Yuri Temirkanov, conductor | 1993 | POA |

## MANN CENTER FOR THE PERFORMING ARTS
### PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| POA 7/6/93 (Children's Concert): Mark Laycock, conductor; Victoria Anne Hurt, cello; Fernando Mancillas, tenor; Positively to the Point Dancers | 1993 | POA |
| POA 7/7/93: Yuri Temirkanov, conductor; Artur Pizarro, piano | 1993 | POA |
| POA 7/8/93: Yuri Temirkanov, conductor | 1993 | POA |
| POA 7/12/93: Libor Pesek, conductor; Andre Watts, piano | 1993 | POA |
| POA 7/14/93: Libor Pesek, conductor; Olli Mustonen, piano | 1993 | POA |
| POA 7/15/93: Libor Pesek, conductor; Sarah Chang, violin | 1993 | POA |
| POA 7/19/93: Charles Dutoit, conductor; Horacio Gutierrez, piano | 1993 | POA |
| POA 7/21/93: Charles Dutoit, conductor | 1993 | POA |
| POA 7/22/93: Erich Kunzel, conductor; Doc Severinsen, trumpet | 1993 | POA |
| POA 7/26/93: Charles Dutoit, conductor; Louis Lortie, piano | 1993 | POA |
| POA 7/27/93 (Children's Concert): Mark Laycock, conductor; Angelia Sumi Cho, violin | 1993 | POA |
| POA 7/28/93: Ion Marin, conductor; Yuri Bashmet, viola | 1993 | POA |
| POA 7/29/93: Charles Dutoit, conductor; Chantal Juillet, violin | 1993 | POA |
| **1994** | | |
| Allman Brothers - H.O.R.D.E./Cyeomotogoat, Pride & Glory, God Street Wine, The Authority, Big Head Todd & The Monsters, Screamin' Cheeta Wheelies, Blues Traveler, Rusted Root | 1994 | Contemporary |
| Bonnie Raitt/Bruce Hornsby (2 performances) | 1994 | Contemporary |
| CSN/Fleetwood Mac (2 Performances) | 1994 | Contemporary |
| Elvis Costello/Crash Test Dummies | 1994 | Contemporary |
| Harry Connick, Jr./LeRoy Jones Quintet | 1994 | Contemporary |
| Indigo Girls/Kristen Hall | 1994 | Contemporary |
| Jackson Browne/John Hiatt | 1994 | Contemporary |
| James Brown | 1994 | Contemporary |
| James Taylor | 1994 | Contemporary |
| John Mellencamp/Texas | 1994 | Contemporary |
| Melissa Etheridge/Billy Pilgrim | 1994 | Contemporary |
| Metallica | 1994 | Contemporary |
| Moody Blues (2 performances) | 1994 | Contemporary |
| Phish | 1994 | Contemporary |
| Roger Daltrey | 1994 | Contemporary |
| Salt-N-Pepa/R. Kelly | 1994 | Contemporary |
| Santana/Buddy Guy | 1994 | Contemporary |
| Sawyer Brown, Aaron Tippen | 1994 | Contemporary |
| Spin Doctors/Gin Blossoms/Cracker/Vinx | 1994 | Contemporary |
| Steve Miller | 1994 | Contemporary |
| Stevie Nicks/Rets Arbrutis | 1994 | Contemporary |
| Stone Temple Pilots/Meat Puppets, Jawbox | 1994 | Contemporary |
| Traffic/Subdudes | 1994 | Contemporary |

[Page]

MANN CENTER FOR THE PERFORMING ARTS
PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| 1995 | | |
| Barry White/Gerald Levert/Chante Moore | 1995 | Contemporary |
| Bonnie Raitt/Charles & Ruth Brown | 1995 | Contemporary |
| Carly Simon/Hall & Oates | 1995 | Contemporary |
| Comedy, Teddy Carpenter, Simply Marvelous, Tracy Morgan, Jemmerio is Jemmerio & Brother Man | 1995 | Contemporary |
| Congressional Medal of Honor | 1995 | Contemporary |
| Dave Mathews/Dion Farris | 1995 | Contemporary |
| Duran Duran/General Public, Cratfields, Chris Isaak | 1995 | Contemporary |
| Earth, Wind & Fire/Rachel Ferrell & George Duke | 1995 | Contemporary |
| Foreigner/Fire House | 1995 | Contemporary |
| Graham Central Station/BT Express | 1995 | Contemporary |
| H.O.R.D.E. Festival: Black Crowes, Blues Traveler, Ziggy Marley, Morphine, God Street Wine, Wilco, | 1995 | Contemporary |
| Mother Hips & Red Thunder | 1995 | Contemporary |
| Hootie & The Blowfish/Dillon Fence | 1995 | Contemporary |
| Jesus Christ Superstar | 1995 | Contemporary |
| John Tesh | 1995 | Contemporary |
| Live/Cheryl Wheeler/Buffalo Tom | 1995 | Contemporary |
| Mary Chapin Carpenter/Mavericks | 1995 | Contemporary |
| Pat Metheny/Take 6 | 1995 | Contemporary |
| Phish | 1995 | Contemporary |
| Santana/Jeff Beck & Keb Mo | 1995 | Contemporary |
| Sarah McLaughlin/Chieftains & Ron Sexsmith | 1995 | Contemporary |
| Seal/Desree | 1995 | Contemporary |
| Soul Asylum/Jayhawks/Mathew Sweet & Victoria Williams | 1995 | Contemporary |
| Tim McGraw/Little Texas & Blackhawk | 1995 | Contemporary |
| Yanni | 1995 | Contemporary |
| 1996 | | |
| POA 6/14/96: "Potemkin" Film -- Vassily Sinaisky, conductor | 1996 | POA |
| Brooks & Dunn | 1996 | Contemporary |
| Celine Dion/Soul Attorneys | 1996 | Contemporary |
| Chieftains/Nanci Griffith | 1996 | Contemporary |
| Donna Summer/Sarge | 1996 | Contemporary |
| Elvis Costello/Ron Sexsmith | 1996 | Contemporary |
| Isley Brothers/Rose Royce/Bobby Womack | 1996 | Contemporary |
| Jackson Browne/Shawn Colvin | 1996 | Contemporary |
| James Taylor (2 performances) | 1996 | Contemporary |
| Joan Armatrading/Richard Thompson | 1996 | Contemporary |
| King Crimson/Vernon Reid | 1996 | Contemporary |
| Meatloaf | 1996 | Contemporary |

[Page]

MANN CENTER FOR THE PERFORMING ARTS
PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| **1997** | | |
| Bob Dylan/Ani DiFranco | 1997 | Contemporary |
| Indigo Girls (5/30/97) | 1997 | Contemporary |
| Styx/Pat Benatar (7/6/97) | 1997 | Contemporary |
| Supertramp (7/18/97) | 1997 | Contemporary |
| POA 7/21/97: Tchaikovsky with Fireworks; Charles Dutoit, conductor; Jean-Philippe Collard, piano | 1997 | POA |
| James Taylor (2 performances) (7/25 - 7/26) | 1997 | Contemporary |
| Itzhak Perlman Goes Klezmer (7/29/97) | 1997 | Contemporary |
| Mary Chapin Carpenter (8/2/97) | 1997 | Contemporary |
| Sheryl Crow (8/16/97) | 1997 | Contemporary |
| | | |
| **1998** | | |
| Andre Raphel Smith | 1998 | POA - Conductor |
| Ani DiFranco | 1998 | Contemporary |
| Ann Di Franco | 1998 | Singer / Songwriter / Guitarist |
| Anthony Dean Griffey | 1998 | POA - Tenor (POA and Mann Debut) |
| B52'S | 1998 | Contemporary |
| Benita Valente | 1998 | POA - Soprano |
| Bernadette Peters | 1998 | The Philly Pops Guest Artist |
| Betty Carter | 1998 | Jazz @ The Mann |
| Bruce Cockburn | 1998 | Contemporary |
| Buddy Guy/Jonny Lang | 1998 | Contemporary |
| Charles Dutoit | 1998 | POA - Conductor |
| Chee - Yun | 1998 | POA - Violin (POA and Mann Debut) |
| Chen - Ye Yuan | 1998 | POA - Baritone (POA and Mann Debut) |
| Count Basie Orchestra | 1998 | Jazz at the Mann |
| Culture Club/Human League/Howard Jones | 1998 | Contemporary |
| Dan Fogelberg | 1998 | Contemporary |
| Dar Williams | 1998 | Contemporary |
| Dave Brubeck | 1998 | Jazz at the Mann - Piano |
| David Alan Miller | 1998 | POA - Conductor |
| Doc Severinsen | 1998 | The Philly Pops Guest Conductor (Mann Debut) |
| Emil De Cou | 1998 | POA - Conductor (POA and Mann Debut) |
| Grover Mitchell with Count Basie Orchestra | 1998 | Jazz at the Mann - Conductor |
| Helen Huang | 1998 | POA - Piano (Mann Debut) |
| Henriette Schellenberg | 1998 | POA - Soprano |
| Hilary Hahn | 1998 | POA - Violin (Mann Debut) |
| Ivan Fischer | 1998 | POA - Conductor (POA and Mann Debut) |
| James DePreist | 1998 | POA - Conductor |
| Janis Taylor | 1998 | POA - Mezz Soprano |

# MANN CENTER FOR The PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Kathy O'Connell | 1998 | WXPN - Narrator for Trout Fishing |
| Keith Lockhart | 1998 | POA - Conductor (POA and Mann Debut) |
| Kyoko Takezawa | 1998 | POA - Violin |
| Leila Josefowicz | 1998 | POA - Violin |
| Lincoln Center Jazz Orchestra w/Wynton Marsalis | 1998 | Mann Debut |
| Marin Alsop | 1998 | POA - Conductor (Mann Debut) |
| Martha Argerich | 1998 | POA - Piano |
| Maximiano Valdes | 1998 | POA - Conductor (POA and Mann Debut) |
| Mendelsohn Club | 1998 | |
| Nancy Wilson | 1998 | Jazz at the Mann Guest Singer (Mann Debut) |
| Navah Perlman | 1998 | POA - Piano (POA and Mann Debut) |
| Nelson Freire | 1998 | POA - Piano (POA and Mann Debut) |
| Orli Shaham | 1998 | POA - Piano |
| Pepe Romero | 1998 | POA - Guitar |
| Peter Nero | 1998 | The Philly Pops |
| Pinchas Zukerman | 1998 | POA - Violin |
| Preservation Hall Jazz Band | 1998 | Jazz @ The Mann |
| Richard Thompson/Dar Williams/Bruce Coburn | 1998 | Contemporary |
| Riverdance | 1998 | Dance |
| Sinead O' Connor | 1998 | Contemporary |
| Terrence Wilson | 1998 | POA - Piano (Mann Debut) |
| The Canadian Brass | 1998 | POA. |
| The Chieftans/Sinead O'Connor | 1998 | Contemporary |
| Thomas Dausgaard | 1998 | POA - Conductor (POA and Mann Debut) |
| Trout Fishing in America | 1998 | Family Concert |
| Trout Fishing in America | 1998 | Folk Group ( Mann Debut) |
| Van Cliburn | 1998 | POA - Piano |
| Wynton Marsalis w/Lincoln Center Jazz Orch. | 1998 | Jazz at the Mann - Conductor |
| | | |
| 1999 | 1999 | |
| Mary Chapin Carpenter and Shawn Colvin | 1999 | Contemporary |
| Natalie Merchant | 1999 | Contemporary |
| George Benson and Boney James | 1999 | Jazz at the Mann |
| Seal | 1999 | Contemporary |
| Charles Dutoit,Conductor; Emanuel Ex, Piano | 1999 | POA |
| James Deproist, Conductor; Nadja Salerno-Sonnenberg, Violin | 1999 | POA |
| Marin Alsop, Conductor; Audra McDonald, Soprano | 1999 | POA |
| Ani DiFranco and Maceo Parker | 1999 | Contemporary |
| Leslie B. Dunner, Conductor; Kishna Davis, Soprano | 1999 | POA |
| James DePreist, Conductor; Fazil Say, Piano | 1999 | POA |
| Bobby McFerrin, Conductor | 1999 | POA |

[Page]

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST(S) | YEAR | SERIES |
|---|---|---|
| Sarah Brightman | 1999 | Pops at the Mann |
| Zdenek Macal, Conductor;  Jon Kimura Parker, Piano | 1999 | POA |
| Itzhak Perlman, Conductor and Violin;  Navah Perlman, Piano | 1999 | POA |
| Zdenek Macal, Conductor;Pascal Roge, Piano | 1999 | POA |
| Bad Company : Ten Years Ater | 1999 | Contemporary |
| Roberto Abbado, Conductor; Joshua Bell, Violin | 1999 | POA |
| Andre Raphel Smith, Conductor; Gregory DeTurck, Pianist | 1999 | POA |
| Roberto Abbado, Conductor | 1999 | POA |
| Thomas Dausgaard, Conductor; Horacio Gutiérrez, Piano | 1999 | POA |
| Charles Dutoit,Conductor;  Peter Serkin, Piano | 1999 | Pops at The Mann |
| Rosemary Clooney | 1999 | POA |
| Charles Dutoit, Conductor | 1999 | POA |
| Charles Dutoit, Conductor;  Leonidas Kavakos, Violin | 1999 | Contemporary |
| Whitney Houston | 1999 | POA |
| Charles Dutoit, Conductor; Frederica von Stade | 1999 | POA |
| Charles Dutoit, Conductor; "Buzz" Aldrin, Narrator | 1999 | POA |
| Charles Dutoit, Conductor | 1999 | POA |
| A Battle of the Swing Bands with George Gee's Jump, Jive and Wailers, Bill Elliott Swing Orchestra, | 1999 | Jazz at The Mann |
| City Rhythm Orchestra | 1999 | Pops at the Mann |
| A Broadway Evening with Betty Buckley | 1999 | Pops at The Mann |
| Marvin Hamlisch with the Mann Festival Orchestra | 1999 | Free Education |
| World Rhythms | 1999 | |
| The Ellington Experience with Diane Schuur and Duke Ellington Orchestra | 1999 | Jazz at The Mann |
| An Evening with Celia Cruz | 1999 | Jazz at The Mann |
| Kenny Rogers and Anne Murray | 1999 | Contemporary |
| Al Jarreau Dave Koz Chris Botti | 1999 | Contemporary |
| Sarah Brightman | 1999 | PECO Pops @ The Mann |
| Riverdance | 1999 | Dance |
| B.B. King Blues Festival | 1999 | Contemporary |
| **2000** | | |
| Houston Grand Opera | 2000 | Opera |
| Aquila Theatre Company | 2000 | Shakespeare |
| Sherrie Maricle & Diva | 2000 | Inquirer Jazz @ The Mann Series - Sherrie/Drum |
| Vanessa Rubin | 2000 | Inquirer Jazz @ The Mann Series/Vocalist |
| Odetta | 2000 | Inquirer Jazz @ The Mann Series/Vocalist/Guitar |
| Flora Purim & Airto | 2000 | Inquirer Jazz @ The Mann Series/Brazilian Jazz |
| Mavis Staples | 2000 | Inquirer Jazz @ The Mann Series/Blues/Gospel |
| Keiko Matsui | 2000 | Inquirer Jazz @ The Mann Series/Jazz Piano |
| Regina Carter Quintet | 2000 | Inquirer Jazz @ The Mann Series/Jazz Violin |

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTISTS | YEAR | SERIES | Date |
|---|---|---|---|
| Sonia Sanchez, Poet | 2000 | Inquirer Jazz @ The Mann Series | |
| Cesaria Evora | 2000 | Inquirer Jazz @ The Mann Series/Cape Verdean Blues | |
| Compay Segundo | 2000 | Inquirer Jazz @ The Mann Series/From Buena Vista Social Club | |
| Dottie Peoples | 2000 | Gospel @ The Mann - Sunoco Welc. Amer. | |
| Wilmington Chester Mass Choir | 2000 | Gospel @ The Mann - Sunoco Welc. Amer. | |
| Tri-State Mass Choir | 2000 | Gospel @ The Mann - Sunoco Welc. Amer. | |
| Gabriel Hardeman Delegation | 2000 | Gospel @ The Mann - Sunoco Welc. Amer. | |
| Metropolitan Male Ensemble | 2000 | PECO Pops @ The Mann | |
| Burt Bacharach | 2000 | PECO Pops @ The Mann/Romantic Broadway | |
| Michael Feinstein & Linda Eder with MFO | 2000 | Performed piece he composed for Michael Feinstein | |
| John Bucchino/Pianist & Composer | 2000 | PECO Pops @ The Mann | |
| Tony Bennett with special guest Diana Krall | 2000 | PECO Pops @ The Mann | |
| Garrison Keillor with MFO | 2000 | PECO Pops @ The Mann | |
| Bernadette Peters with MFO | 2000 | Contemporary | |
| Sarah Brightman with MFO | 2000 | Contemporary Schmaltz | |
| Andre Rieu | 2000 | Contemporary | |
| Indigo Girls | 2000 | Contemporary- Concert with PET Sounds as encore | |
| An Evening with Brian Wilson with full orch | 2000 | Broadway | |
| RENT | 2000 | Contemporary | |
| Savage Garden | 2000 | | |
| | | | |
| 2001 | 2001 | Broadway @ The Mann | May 15 - May 20 |
| Fiddler on the Roof | 2001 | Arts in The Park | June 1 - June 2 |
| Dance Theatre of Harlem | 2001 | Free Education Concert | 1-Jun |
| Dance Theatre of Harlem (Open Rehearsal) | 2001 | Arts in The Park | June 15 - June 16 |
| Houston Grand Opera "Carmen" | 2001 | Jazz @ The Mann | 19-Jun |
| Lincoln Center Jazz Orchestra | 2001 | Arts in The Park | 21-Jun |
| Aquila Theatre Company "Much Ado About Nothing" | 2001 | POA | 25-Jun |
| Opening Night - Emmanuel Krivine and Yo-Yo Ma | 2001 | POA | 27-Jun |
| Master & Student -Itzhak Perlman and Ilya Gringolts | 2001 | POA | 28-Jun |
| A Romantic Evening - Emmanuel Krivine and Jean-Yves Thibaudet | 2001 | Pops @ The Mann | 29-Jun |
| Donny Osmond | 2001 | Sunoco Welcome America | 1-Jul |
| Shirley Caesar | 2001 | POA | 2-Jul |
| Latin Fiesta - Raymond Harvey and Manuel Barrueco | 2001 | POA | 3-Jul |
| American Pictures - JoAnn Falletta and Nadja Sonnenberg | 2001 | POA | 5-Jul |
| Symphonic Melodies - Rossen Milanov and Leila Josefowicz | 2001 | Pops @ The Mann | 7-Jul |
| Irish Tenors -The Ellis Island Concert | 2001 | POA | 9-Jul |
| All Rachmaninoff - Zdenek Macal and Helene Grimaud | 2001 | POA | 11-Jul |
| A Little Night Music - Paul Gemignani | 2001 | POA | 12-Jul |
| A Little Night Music - Paul Gemignani | 2001 | POA | 16-Jul |
| Tchaikovsky Spectacular - Carlos Kalmar and Freddy Kempf | | | |

[Page]

## MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES | DATE |
|---|---|---|---|
| Musical Storybook - George Daugherty and Peter Dennis | 2001 | POA | 18-Jul |
| Czech & Hungarian Classics - Carlos Kalmar and Andre Watts | 2001 | POA | 19-Jul |
| A Broadway Evening - David Alan Miller and Dawn Upshaw | 2001 | POA | 23-Jul |
| A Finnish Festival - Rafael Bruhbeck de Burgos and Pekka Kuusisto | 2001 | POA | 25-Jul |
| The Resurrection Symphony - Rafael Bruhbeck de Burgos | 2001 | POA | 26-Jul |
| Harry Belafonte | 2001 | Pops @ The Mann | 27-Jul |
| Chicago | 2001 | Contemporary | 29-Jul |
| Jazz Rhythms and Expressions | 2001 | Free Education Concert | 30-Jul |
| Trey Anastasio | 2001 | Contemporary | 2-Aug |
| Bela Fleck -Keb Mo' and the Flecktones | 2001 | Contemporary | 3-Aug |
| Voices of our Children : An American Treasure | 2001 | Free Education Concert | 6-Aug |
| Natalie Cole | 2001 | Pops @ The Mann | 8-Aug |
| Lyle Lovett and Shawn Colvin | 2001 | Contemporary | 9-Aug |
| Case and Alicia Keys | 2001 | Contemporary | 11-Aug |
| Celebration of International Dance | 2001 | Free Education Concert | 13-Aug |
| Ray Charles | 2001 | Pops @ The Mann | 14-Aug |
| Broadway our Way | 2001 | Free Education Concert | 20-Aug |
| Yes with The Mann Festival Orchestra | 2001 | Contemporary | 21-Aug |
| Israel Philharmonic Orchestra - Zubin Mehta | 2001 | Arts in The Park | 27-Aug |
| Riverdance : The Show | 2001 | Broadway @ The Mann | Sep 5 - Sep 9 |
| Marvin Hamlisch and Linda Eder | 2001 | Pops @ The Mann | 14-Sep |
| Ben Vereen | 2001 | Pops @ The Mann | 21-Sep |
| Savoy Company's 100 Years of Gilbert & Sullivan | 2001 | Arts in The Park | 22-Sep |
| Randy Newman | 2001 | Pops @ The Mann | 28-Sep |
| | | | |
| **2002** | | | |
| Peter Nero and The Philly Pops | 2002 | Rental | 19-May |
| Indigo Girls - Opening act K's Choice | 2002 | Contemporary | 31-May |
| John Prine & Dar Williams | 2002 | Contemporary | 1-Jun |
| Mannheim Steamroller | 2002 | Contemporary | 8-Jun |
| Harry Connick, Jr. | 2002 | Contemporary | 9-Jun |
| The Gershwins' Porgy and Bess | 2002 | Arts in the Park | June 14 & June 15 |
| H.M.S. Pinafore - N.Y. Gilbert and Sullivan Players | 2002 | Arts in the Park | 18-Jun |
| The Mellon Jazz Festival - Natalie Cole, Chuck Mangione, Eddie Palmieri Y La Perfecta, Kenny | 2002 | Jazz | 22-Jun |
| Garrett Quartet | 2002 | Rental | 28-Jun |
| Shut Up and Dance | 2002 | Contemporary | 29-Jun |
| Down from the Mountain - O' Brother, Where Art Thou? | 2002 | Contemporary | 1-Jul |
| Opening Night - Andrew Litton and Itzhak Perlman | 2002 | Philadelphia Orchestra | 3-Jul |
| American Pageant - JoAnn Falletta and Christopher O'Riley | 2002 | Philadelphia Orchestra | 5-Jul |
| Pictures at an Exhibition - JoAnn Falletta and Han-Na Chang | 2002 | Philadelphia Orchestra | 9-Jul |
| Tchaikovsky Spectacular - Carlos Kalmar and Arnaldo Cohen | 2002 | Philadelphia Orchestra | |

[Page]

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES | |
|---|---|---|---|
| A Night at the Opera - Carlos Kalmar, Alessandra Marc, and Guido Paevatalu | 2002 | Philadelphia Orchestra | 10-Jul |
| The Fabulous Philadelphians - Carlos Kalmar and Tzimon Barto | 2002 | Philadelphia Orchestra | 11-Jul |
| Foot Works - Young People's Concert Series | 2002 | The Young People's Concert Series | 12-Jul |
| Bugs Bunny on Broadway - George Daugherty | 2002 | Philadelphia Orchestra | 16-Jul |
| All - Beethoven - Rafael Fruhbeck de Burgos and Alon Goldstein | 2002 | Philadelphia Orchestra | 17-Jul |
| Latin Spectacular - Rafael Fruhbeck de Burgos and Elmar Oliveira | 2002 | Philadelphia Orchestra | 18-Jul |
| Kodo Drummers of Japan | 2002 | Arts in the Park | 20-Jul |
| Willie Nelson and Lee Ann Womack | 2002 | Contem | 21-Jul |
| French Accents - Emmanuel Krivine and Louis Lortie | 2002 | Philadelphia Orchestra | 23-Jul |
| A Broadway Evening - Paul Gemignani, Maureen O' Flynn and Jerry Hadley | 2002 | Philadelphia Orchestra | 24-Jul |
| Grand Finale - Emmanuel Krivine, Kalichstein-Laredo-Robinson Trio | 2002 | Philadelphia Orchestra | 25-Jul |
| Barry Manilow | 2002 | Contemporary | July 26 & July 27 |
| Celebration of International Dance - Young People's Concert Series | 2002 | The Young People's Concert Series | 29-Jul |
| Art Garfunkel with the Mann Festival Orchestra | 2002 | Pops | 31-Jul |
| Roberta Flack and Isaac Hayes | 2002 | Pops | 3-Aug |
| Play Ball! And Urban Moves - Young People's Concert Series | 2002 | The Young People's Concert Series | 5-Aug |
| Hop - Scotch To Hip-Hop - Young People's Concert Series | 2002 | The Young People's Concert Series | 7-Aug |
| Bela Fleck and The Flecktones - Special guest Keller Williams | 2002 | Contemporary | 8-Aug |
| Ray Charles and Regina Belle | 2002 | Pops | 11-Aug |
| Opera Meets Broadway - Frederica von Stade, Samuel Ramey and David Alan Miller with The Chamber Orchestra of Philadelphia | 2002 | Arts in the Park | 13-Aug |
| Beyond the Boundaries | 2002 | The Young People's Concert Series | 14-Aug |
| The Irish Tenors - Finbar Wright, Anthony Kearns, and Ronan Tynan with The Mann Festival Orchestra | 2002 | Pops | 15-Aug |
| The Boston Pops Esplanade Orchestra - Keith Lockhart | 2002 | Arts in the Park | 20-Aug |
| Tony Bennett | 2002 | Pops | 21-Aug |
| Unlimited Sunshine 2002 - CAKE, The Flaming Lips, De La Soul, Modest Mouse, Kinky | 2002 | Contemporary | 22-Aug |
| Diana Krall | 2002 | Contemporary | 23-Aug |
| B.B. King Blues Fest - B.B. King, Susan Tedeschi and The Fabulous Thunderbirds | 2002 | Contemporary | 28-Aug |
| RENT | 2002 | Broadway | Sept. 5 - Sept. 8 |
| Michael Flatley's Lord of the Dance | 2002 | Broadway | Sept. 12 - Sept 15 |
| **2003** | | | |
| Movie Music of Spike Lee & Terence Blanchard with Spike Lee, Terence Blanchard, Angelique Kidjo, | 2003 | Arts in the Park | |
| Floetry and Angie Stone | 2003 | Arts in the Park | |
| Flamenco Festival USA: Compania Maria Pages, Farruquito and Farruco | 2003 | | |
| Denyce Graves with special guests Patti LaBelle and Take 6: A Jazz, Gospel and Classical Spectacular | 2003 | Arts in the Park | |
| Norah Jones with very special guest Gillian Welch | 2003 | Contemporary | |
| Ben Harper and Jack Johnson with very special guest Kid Koala | 2003 | Contemporary | |
| Albert Bergeret with NY Gilbert & Sullivan Players: Pirates of Penzance | 2003 | Arts in the Park | |
| Jackson Browne, Stever Earle & The Dukes, Keb' Mo' | 2003 | Contemporary | |

[Page]

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES |
|---|---|---|
| Mormon Tabernacle Choir | 2003 | Arts in the Park |
| Linda Eder with special Guest Frank Wildhorn and The Mann Festival Orchestra | 2003 | PECO Pops |
| "Weird Al" Jankovic: The Poodle Hat Tour | 2003 | Contemporary |
| Blue Man Group: All New Rock Concert Experience | 2003 | Contemporary |
| John Hiatt & The Coners, Robert Cray Band, Blind Boys of Alabama | 2003 | Contemporary |
| Michael Feinstein with special guest Jane Monheit and The Mann Festival Orchestra | 2003 | PECO Pops |
| The World Greatest Singing Groups: The Temptations, The Four Tops, The Whispers, The O' Jays | 2003 | Contemporary |
| Newport Jazz Festival in Philadelphia: George Benson, India.Aire, Pieces of a Dream | 2003 | Contemporary |
| Three Mo' Tenors | 2003 | PECO Pops |
| Jethro Tull | 2003 | Contemporary |
| Boston Pops Esplanade Orchestra with Keith Lockhart, conductor:  Baby Boomer Bash | 2003 | Arts in the Park |
| Hall and Oates, Kenny Loggins | 2003 | Contemporary |
| Opening Night:  Gerard Schwarz and Andre Watts | 2003 | Philadelphia Orchestra |
| Musical Magic:  Mario Venzago and Sarah Chang | 2003 | Philadelphia Orchestra |
| All-Beethoven I: Mario Venzago and Louis Lortie | 2003 | Philadelphia Orchestra |
| John Williams Salutes the Silver Screen:  John Williams | 2003 | Philadelphia Orchestra |
| Young Artist Debut Night:  Roberto Minczuk and Yundi Li | 2003 | Philadelphia Orchestra |
| Spanish Sunset:  Roberto Minczuk, Pepe Romero and The Romeros | 2003 | Philadelphia Orchestra |
| All-Beethoven II: Hans Graf and Itzhak Perlman | 2003 | Philadelphia Orchestra |
| All-Rachmaninoff: Hans Graf and Garrick Ohlsson | 2003 | Philadelphia Orchestra |
| Italian Serenade: Rossen Milanov and Stuart Neill | 2003 | Philadelphia Orchestra |
| Tchaikovsky with Fireworks: Rossen Milanov and Michael Ludwig | 2003 | Philadelphia Orchestra |
| New World: Neame Jarvi and Markus Groh | 2003 | The Young People's Concert Series |
| The Monkey King:  The Philadelphia Chinese Opera Society | 2003 | The Young People's Concert Series |
| International Drum Summit:  Caribbean Youth Steel Drum Orchestra, Spoken Hand Orchestra | 2003 | The Young People's Concert Series |
| Expressions of Global Dance:  Universal Africal Drum & Dance Ensemble, Flamenco Ole | 2003 | The Young People's Concert Series |
| Play Ball!  The Rock School for Dance Education | 2003 | The Young People's Concert Series |
| The Tower of Power:  Freedom Theatre Performing Arts Training School | 2003 | The Young People's Concert Series |
| | | |
| **2004** | | |
| Hootie & the Blowfish: Special Guest Edwin McCain | 2004 | PECO Pops |
| Albert Bergeret with New York Gilbert & Sullivan Players - The Mikado | 2004 | Arts in the Park |
| Maze Featuring Frankie Beverly with Gerald Levert and Anthony Hamilton | 2004 | Contemporary |
| Doobie Brothers: Special Guest Little Feat | 2004 | PECO Pops |
| Indigo Girls: Special Guest Cordero - Perfect World Tour | 2004 | Contemporary |
| Diana Krall: Special Guest Orabelle | 2004 | Contemporary |
| Carmina Burana: Rossen Milanov, Janice Chandler-Eterne, Stephen Powell,     Richard Troxell, | 2004 | Philadelphia Orchestra |
| Philadelphia Singers Chorale, Keystone State Boychoir | 2004 | Contemporary |
| Styx, Peter Frampton, Nelson | 2004 | Contemporary |
| Harry Connick, Jr. | 2004 | PECO Pops |
| Linda Ronstadt | | |

| | |
|---|---|
| | 4-Jun |
| | 8-Jun |
| | 12-Jun |
| | 15-Jun |
| | 18-Jun |
| | 19-Jun |
| | 24-Jun |
| | 25-Jun |
| | 28-Jun |
| | 29-Jun |

[Page]

## MANN CENTER FOR THE PERFORMING ARTS PERFORMANCE HISTORY

| ARTIST(S) | YEAR | SERIES | |
|---|---|---|---|
| Bugs Bunny on Broadway: George Daugherty | 2004 | Philadelphia Orchestra | 6-Jul |
| All- Beethoven:Gerard Schwarz, Helene Grimaud | 2004 | Philadelphia Orchestra | 7-Jul |
| An Evening of George Gershwin: Rossen Milanov, Nancy Wilson, Stewart Goodyear | 2004 | Philadelphia Orchestra | 8-Jul |
| The Irish Tenors - Ronan Tynan, Anthony Kearns, Finbar Wright | 2004 | PECO Pops | 9-Jul |
| Lord of the Rings Symphony: John Mauceri, Keystone State Boychoir, Philadelphia Singers | 2004 | Philadelphia Orchestra | 13-Jul |
| Chorale | 2004 | Philadelphia Orchestra | 14-Jul |
| Bell and Brahms: Roberto Minczuk, Joshua Bell | 2004 | Contemporary | 15-Jul |
| Boney James: Very Special Guest KEM | 2004 | Philadelphia Orchestra | 19-Jul |
| Canadian Brass: Raymond Harvey | 2004 | Philadelphia Orchestra | 20-Jul |
| Gipsy Kings | 2004 | Arts in the Park | 21-Jul |
| An Evening of Lerner and Loewe: Marvin Hamlisch, Teri Hansen, J. Mark McVey, Rocky Paterra | 2004 | Philadelphia Orchestra | 22-Jul |
| Perlman Romancing the Violin: Miguel Harth-Bedoya, Itzhak Perlman | 2004 | Philadelphia Orchestra | 27-Jul |
| Tchaikovsky Spectacular with Fireworks!: Luis Biava, Jon Kimura Parker | 2004 | Philadelphia Orchestra | 28-Jul |
| Lang Lang Plays Rach 2: Luis Biava, Lang Lang, William Stokking | 2004 | Philadelphia Orchestra | 29-Jul |
| Bobby and Bolero! Bobby McFerrin, The Philadelphia Singers Chorale | 2004 | Philadelphia Orchestra | 8-Aug |
| Alanis Morissette and Barenaked Ladies | 2004 | Contemporary | 9-Aug |
| Neil Sedaka: Special Guest The Klezmatics | 2004 | PECO Pops | 10-Aug |
| The Boston Pops: Faith Prince, Keith Lockhart | 2004 | Arts in the Park | 12-Aug |
| Tony Bennett | 2004 | PECO Pops | 13-Aug |
| Bryan Adams: Special Guest Mr. North | 2004 | Contemporary | 17-Aug |
| Michael W. Smith, Mercy Me: With Special Guest David Crowder | 2004 | Contemporary (Jazz) | 21-Aug |
| George Benson, Will Downing | 2004 | Arts in the Park | 23-Aug |
| Les Ballets Africains: Italo Zambo, artistic director | 2004 | Contemporary | 4-Sep |
| Norah Jones: Special Guest Amos Lee | 2004 | Young People's Concert Series | 16-Jul |
| The Return of the Monkey King: The Philadelphia Chinese Opera Society | | | |
| International Dance Voyage: Universal African Dance & Drum Ensemble, | 2004 | Young People's Concert Series | 23-Jul |
| Coyle School of Irish Dance, Point Breeze Performing Arts Dance Ensemble | 2004 | Young People's Concert Series | 30-Jul |
| Rock Rhapsody: Rock School for Dance Education | 2004 | Young People's Concert Series | 4-Aug |
| A Moment of Sharing: Freedom Theatre Performing Arts Training Program | | | |
| Classics, Jazz, Latin & Hip Grooves: Sedgwick Arts Youth Jazz & Percussion Band, Mateo Jimenez, | 2004 | Young People's Concert Series | 11-Aug |
| Time for Three | | | |
| 2005 | | | |
| Gipsy Kings Live - Back to Our "Roots" | 2005 | Arts in the Park | 21-May |
| | 2005 | PECO Pops | 22-May |
| Alison Krauss & Union Station | 2005 | Contemporary | 4-Jun |
| B.B. King, special guest Dr. John, The Robert Cray Band | 2005 | Contemporary (Jazz) | 22-Jun |
| Hot Summer Nights Featuring Al Jarreau, Boney James, Cassandra Wilson | 2005 | Contemporary (Jazz) | 24-Jun |
| Lynyrd Skynyrd | 2005 | Contemporary | 25-Jun |
| Mark Knopfler | 2005 | Sunoco Welcome America | 26-Jun |
| Donnie McClurkin | 2005 | Contemporary | 27-Jun |
| Maze Featuring Frankie Beverly | 2005 | Contemporary | |

[Page]

## MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES | |
|---|---|---|---|
| Opening Niht: Andrew Litton, conductor, Sarah Chang, violin | 2005 | Philadelphia Orchestra | 6-Jul |
| Time for Three: Rossen Milanov, conductor, Zachary DePue, violin, Nicolas Kendall, violin, Ranaan Me | 2005 | Philadelphia Orchestra | 7-Jul |
| Star Wars and Other Movie Favorites: David Amado, conductor | 2005 | Philadelphia Orchestra | 8-Jul |
| Andrew von Oeyen Debut: Asher Fisch, conductor, Andrew von Oeyen, piano | 2005 | Philadelphia Orchestra | 12-Jul |
| That's Amore!: Asher Fisch, conductor, Salvatore Licitra, tenor | 2005 | Philadelphia Orchestra | 13-Jul |
| Lord of the Rings Symphony: Markus Huber, conductor, Kaitlin Lusk, vocalist | 2005 | Philadelphia Orchestra | 15-Jul |
| Michael McDonald: Special Guest: Joan Osborne | 2005 | PECO Pops | 16-Jul |
| Itzhak & Beethoven: Itzhak Perlman, conductor and violin | 2005 | Philadelphia Orchestra | 19-Jul |
| Bebe Neuwirth Sings Weill and Kander & Ebb: Leslie Stifelman, conductor, Bebe Neuwirth, vocalist | 2005 | Philadelphia Orchestra | 20-Jul |
| Tchaikovsky with Fireworks!: Giancarlo Guerrero, conductor, David Kim, violin | 2005 | Philadelphia Orchestra | 21-Jul |
| Magic of the Flute: Joann Falletta, conductor, James Galway, flute, Jeanne Galway, flute | 2005 | Philadelphia Orchestra | 26-Jul |
| An Evening with Vanessa Williams: Rob Mathes, conductor, Vanessa Williams, vocalist | 2005 | Philadelphia Orchestra | 27-Jul |
| Beethoven's Ninth Symphony: Rossen Milanov, conductor, Lisa Daltirus, soprano, Elizabeth Bishop, me | 2005 | Philadelphia Orchestra | 28-Jul |
| The bolshoi Ballet and Orchestra: Spartacus | 2005 | Arts in the Park | August 2/3 |
| Lucinda Williams: special guest: Susan Tedeschi | 2005 | Contemporary | 4-Aug |
| Kenny Rogers: Special Guest Judy Collins (cancelled on the second half) | 2005 | PECO Pops | 9-Aug |
| The Boston Pops Esplanade Orchestra: Keith Lockhart, conductor, special guest Linda Eder | 2005 | Arts in the Park | 10-Aug |
| The Music of Led Zeppelin (cancelled) | 2005 | Contemporary | 11-Aug |
| TRIO!:Stanley Clarke, Bela Fleck, Jean-Luc Ponty, Special Guest Joe Sample | 2005 | PECO Pops | 12-Aug |
| Gilberto Santarosa, India "The Princes of Salsa", Frankie Negron (Cancelled Gilberto) | 2005 | Arts in the Park | 13-Aug |
| Brian Wilson - Smile Tour | 2005 | PECO Pops | 16-Aug |
| Dolly Parton | 2005 | Contemporary | 20-Aug |
| Al Green: Special Guest The Four Tops | 2005 | PECO Pops | 25-Aug |
| Gerald LeVert | 2005 | Contemporary | 26-Aug |
| Bob Weir, Ratdog, Bruce Hornsby & The Noisemakers | 2005 | Contemporary | 30-Aug |
| Kidz Kickin' It @ The Mann: New York Stage Original Tap Kids (10 AM and noon) | 2005 | Young People's Concert Series | 2-Jun |
| Glabal Dance Rhythms: Universal African Dance & Drum Ensemble, Cambodian Performing Arts You | 2005 | Young People's Concert Series | 11-Jun |
| We Lift Our Voices to Sing: The Boys Choir of Harlem | 2005 | Young People's Concert Series | 22-Jun |
| Rock Rhapsody: The Rock School For Dance Education | 2005 | Young People's Concert Series | 25-Jun |
| Jazz, Strings & Things : Mt. Airy Cultural Youth Jazz Ensemble, Mt. Carmel String Ensemble, Sankofa | 2005 | Young People's Concert Series | 8-Aug |
| **2006** | | | June 14 and 15 |
| The Shangri-La Chinese Acrobats | 2006 | Young People's Concert Series | 18-Jun |
| Rainbow of Father's Concert: Dawn, Grace Little, The Intruders, The Blue Notes, The Delfonics | 2006 | Contemporary | 20-Jun |
| Opening Night 30th Anniversary: Itzhak Perlman | 2006 | Philadelphia Orchestra | 21-Jul |
| "Emperor": Peter Oundjian, conductor, Emanuel Ax, piano | 2006 | Philadelphia Orchestra | 22-Jul |
| Music of Fantasia: Rossen Milanov, conductor, Hilary Hahn, violin | 2006 | Philadelphia Orchestra | 23-Jul |
| P.D.Q Bach (Cancelled) | 2006 | Arts in the Park | 24-Jul |
| Maze with Frankie Beverly and Will Downing | 2006 | Contemporary | 26-Jun |
| Tchaikovsky Symphony No. 5: Andrew Litton, conductor, Stewart Goodyear, piano | 2006 | Philadelphia Orchestra | |

## MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES | |
|---|---|---|---|
| Brahms and Beethoven: Andrew Litton, conductor, David Kim, violin | 2006 | Philadelphia Orchestra | 27-Jun |
| 30th Annivesary Gala: Rossen Milanov, conductor, Yo-Yo Ma, cello | 2006 | Philadelphia Orchestra | 28-Jun |
| Beethoven and Bernstein: Rossen Milanov, conductor, David Bilger, trumpet, Alon Goldstein, piano, Rit | 2006 | Philadelphia Orchestra | 29-Jun |
| Sunoco Welcome America (SWA): Shirley Caesar, Dottie Peoples, Billy Thompson | 2006 | Arts in the Park | 2-Jul |
| Gipsy Kings | 2006 | Contemporary | 7-Jul |
| Anita Baker | 2006 | Young People's Concert Series | 8-Jul |
| The 5 Browns | 2006 | Philadelphia Orchestra | 10-Jul |
| Rachmaninoff Piano Concerto No. 2 in C minor: Rossen Milanov, conductor, Cristina Ortiz, piano | 2006 | Philadelphia Orchestra | 11-Jul |
| Tchaikovsky with Fireworks: Gregory Vadja, conductor, Joyce Yang, piano | 2006 | Philadelphia Orchestra | 12-Jul |
| Brahms Piano Concerto No. 2 in B-Flat Major: Gerard Schwarz, conductor, Peter Serkin, piano | 2006 | Philadelphia Orchestra | 13-Jul |
| Bugs Bunny on Broadway: George Daugherty, conductor | 2006 | Philadelphia Orchestra | 14-Jul |
| Bonnie Raitt and Keb Mo' | 2006 | Contemporary | 15-Jul |
| Dvorak and Bartok: Andrey Boreyko, conductor, James Ehnes, violin | 2006 | Philadelphia Orchestra | 17-Jul |
| Ravel, Piano Concerto in G-Major: Andrey Boreyko, conductor, Jean-Yves Thibaudet, piano | 2006 | Philadelphia Orchestra | 18-Jul |
| An Evening of Carmen: James Gaffigan, conductor, Denyse Graves, mezzo-soprano | 2006 | Philadelphia Orchestra | 19-Jul |
| Beethoven's 9th: Rossen Milanov, conductor, Philadelphia Choral Singers | 2006 | Philadelphia Orchestra | 20-Jul |
| Patti LaBelle and Charlie Wilson | 2006 | Peco Pops | 21-Jul |
| Joe, Keyshia Cole, Eric Roberson, Vivian Green | 2006 | Contemporary | 22-Jul |
| Ian Anderson | 2006 | Peco Pops | 24-Jul |
| Linda Eder and Michael Feinstein | 2006 | Peco Pops | 25-Jul |
| Carribean Rhythms: The Caribbean Youth Panoramics Steel Pan Orchestra, Capoeira Troupe | 2006 | Young People's Concert Series | 26-Jul |
| PLAY! A Video Game Symphony | 2006 | Peco Pops | 27-Jul |
| Oz with Orchestra (Cancelled) | 2006 | Arts in the Park | 28-Jul |
| Rhapsody of Rock: The Rock School for Dance Education | 2006 | Young People's Concert Series | 31-Jul |
| The Irish Tenors | 2006 | Peco Pops | 3-Aug |
| George Benson, Al Jarreau, and Raul Midon | 2006 | Contemporary | 5-Aug |
| Universal African Dance & Drum Ensemble, African Stiltwalker Ballet, Linda Goss, Storyteller | 2006 | Young People's Concert Series | 7-Aug |
| Tony Bennett | 2006 | Peco Pops | 8-Aug |
| Peter Nero and the Philly Pops | 2006 | Contemporary | 10-Aug |
| George Clinton, Ohio Players, Abstract Band | 2006 | Contemporary | 19-Aug |
| The Boston Pops Esplanade Orchestra: Keith Lockhart, conductor, Rockapella | 2006 | Arts in the Park | 24-Aug |
| | | | |
| **2007** | | | |
| Damien Rice | 2007 | Contemporary (Live Nation) | 24-May |
| Peter Nero and the Philly Pops - Jennifer Holliday | 2007 | Contemporary | 1-Jun |
| Kids Kickin' It @ The Mann - Russian American Kids Circus | 2007 | Young People's Concert Series | June 5 and 6 |
| Jazz at Lincoln Center Orchestra (Lincoln Center Jazz Orchestra) | 2007 | Jazz | 15-Jun |
| John Prine with Special Guest Patty Griffin | 2007 | Contemporary | 16-Jun |
| Lyle Lovett and k.d. Lang | 2007 | Contemporary | 19-Jun |
| Celtic Woman | 2007 | Peco Pops | 23-Jun |

[Page]

# MANN CENTER FOR THE PERFORMING ARTS
## PERFORMANCE HISTORY

| ARTIST | YEAR | SERIES | DATE |
|---|---|---|---|
| Ode to Joy - Rossen Milanov, conductor, Arianna Zuckerman, soprano, Jennifer Hines, mezzo-soprano, Steven Tharp, tenor, Stephen Powell, baritone, The Philadelphia Singers | 2007 | Philadelphia Orchestra | 26-Jun |
| Perlman Plays Mendelssohn - Rossen Milanov, conductor, Itzhak Perlman, violin | 2007 | Philadelphia Orchestra | 27-Jun |
| Tchaikovsky's Symphony No. 4 - Ludovic Morlot, conductor, Alisa Weilerstein, cello | 2007 | Philadelphia Orchestra | 28-Jun |
| The Royal Ballet - Romeo and Juliet | 2007 | Arts in the Park | July 10 and 11 |
| The Royal Ballet - Swan Lake | 2007 | Arts in the Park | July 12 and 13 |
| The Decemberists | 2007 | Contemporary | 15-Jul |
| Clay Aiken | 2007 | Peco Pops | 17-Jul |
| Voices, Rhythms & Rhythms - Philadelphia Boys Choir, Sandtown Children of Praise | 2007 | Young People's Concert Series | 18-Jul |
| Lang Lang Plays Beethoven - Long Yu, conductor, Lang Lang, piano | 2007 | Philadelphia Orchestra | 18-Jul |
| Midori Plays Tchaikovsky - Rossen Milanov, conductor, Midori, violin | 2007 | Philadelphia Orchestra | 19-Jul |
| Watts Returns - Rossen Milanov, conductor, Andre Watts, piano | 2007 | Philadelphia Orchestra | 20-Jul |
| An Asian Experience - Nai-Ni Chen Dance Company, Taiko Masala Master Drummers | 2007 | Young People's Concert Series | 23-Jul |
| Morrissey with Special Guest Kristeen Young | 2007 | Contemporary (Live Nation) | 23-Jul |
| Peter and the Wolf - Rossen Milanov, conductor, Elissa Lee Koljonen | 2007 | Philadelphia Orchestra | 25-Jul |
| "From The New World!" - Jun Markl, conductor, Christopher O'Riley, piano | 2007 | Philadelphia Orchestra | 26-Jul |
| Tchaikovsky With Fireworks - Rossen Milanov, conductor, Krassimira Stoyanova, soprano | 2007 | Philadelphia Orchestra | 27-Jul |
| Maze Featuring Frankie Beverly | 2007 | Contemporary (Live Nation) | 29-Jul |
| Rock Rhapsody - Rock School for Dance Education | 2007 | Young People's Concert Series | 30-Jul |
| The Hills Are Alive - Peter Nero and the Philly Pops, von Trapp Children | 2007 | Contemporary | 31-Jul |
| Multicultural Encounters - Coyle School of Irish Dance, Dance Japan/Sachiyo Ito & Company, Kulu Mele African American Dance Company | 2007 | Young People's Concert Series | 1-Aug |
| Bryan Adams with Special Guest George Thorogood & The Destroyers | 2007 | Contemporary (Live Nation) | 2-Aug |
| Smokey Robinson | 2007 | Contemporary | 3-Aug |
| CeCe Winans with Donald Lawrence | 2007 | Gospel | 4-Aug |
| Crowded House with Special Guest Pete Yorn | 2007 | Contemporary (Live Nation) | 6-Aug |
| Michael Buble | 2007 | Contemporary (Live Nation) | August 7 and 8 |
| Hippiefest - A Concert for Peace and Love | 2007 | Peco Pops | 9-Aug |
| Alison Krauss with Union Station featuring Jerry Douglas | 2007 | Peco Pops | 14-Aug |
| Linda Ronstadt with Special Guest Tuck & Patti | 2007 | Contemporary | 15-Aug |
| Rufus Wainwright with Special Guest Neko Case | 2007 | Contemporary (Live Nation) | 17-Aug |
| Nickle Creek and Fiona Apple | 2007 | Contemporary (Live Nation) | 18-Aug |
| Mandrill with Special Guest War | 2007 | Contemporary | 25-Aug |
| Elvis Costello with The Mann Festival Orchestra | 2007 | Peco Pops | 8-Sep |