UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TICKETMASTER ENTERTAINMENT, INC., and LIVE NATION ENTERTAINMENT, INC.,<br><br>*Defendants*. | Case: 1:10-cv-00139-RMC<br>Assigned to: Collyer, Rosemary M.<br>Assign. Date: 1/25/2010<br>Description: Antitrust |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED AMENDMENTS TO FINAL JUDGMENT**

Plaintiff Commonwealth of Pennsylvania, States of California, Arkansas, Arizona, Illinois, Iowa, Nebraska, Nevada, Ohio, Tennessee and Wisconsin and the Commonwealth of Massachusetts (collectively, "Moving States") hereby move the Court to extend the deadline to file proposed amendments to the Final Judgment entered in *United States, et al. v. Ticketmaster Entertainment, Inc., et al..*, Case No. 1:10-cv-00139-RMC from January 10, 2020 to January 24, 2020 for the purpose of allowing the Moving States to negotiate proposed amendments to the Final Judgment with Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster Entertainment, Inc. ("Ticketmaster") (collectively, "Defendants"). The motion to extend the deadline is in the interest of judicial efficiency and the public interest in antitrust enforcement, and there is no prejudice to any party.

On July 30, 2010, this Court entered the Final Judgment and retained its jurisdiction over that Order. Dkt. No. 15 ("Final Judgment"). In relevant part, the Final Judgment prohibits Defendants from taking certain actions to coerce venues, such as sports arenas or stadiums, into contracting with Defendant Ticketmaster. *Id.* §IX. The case file was closed on August 20, 2010. For reasons set forth in its Unopposed Motion to Reopen Proceedings, Dkt. 16, Plaintiff United States moved this Court to reopen the docket on December 19, 2019, and this Court reopened the docket on December 20, 2019. In so doing, the Court *sua sponte* provided that the "parties shall file their proposed amendments by January 10, 2020." Minute Order entered December 20, 2019. While the Plaintiff United States and the Defendants have reached a settlement in principle, including proposed clarifications and modifications of the Final Judgment, the Moving States have not yet been afforded an opportunity to negotiate and reach their own settlement in principle with Defendants.

The Moving States request that the Court extend the deadline by 14 days for *all* parties to be permitted to submit proposed amendments to the Final Judgment. The intervening period between the time the United States moved to reopen the docket upon achieving its settlement in principle and the January 10, 2020 deadline was consumed and impacted by year-end holidays. Consequently, the Moving States have been relegated with a compressed time-frame to negotiate and enter into their own settlement with Defendants to modify and supplement the Final Judgment. Section XIV ("Retention of Jurisdiction") of the Final Judgment enables "any party to this Final Judgment to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Final Judgment, to modify any of its provisions, to enforce compliance, and to punish violations of its provisions."

Extending the deadline serves both the public interest and judicial economy, and does not prejudice any party. First, the Court has previously determined that entry of the Final Judgment was in the public interest. Final Judgment, § XVI. Extending the deadline to permit *all* parties a meaningful opportunity to propose amendments to modify and supplement the Final Judgment to ensure future compliance therefore also serves the public interest. Second, extending the deadline is the most efficient way for the Moving States to participate in addressing the underlying allegations at issue in the case, rather than filing a separate action against Defendants. Third, there is no prejudice to any party. Defendants consented to the Court's retention of jurisdiction "to enforce compliance" with the Final Judgment and "to modify any of its provisions." Final Judgment § XIV.

As required by Local Rule 7(m), the Plaintiffs Commonwealth of Pennsylvania and State of California, on behalf of the Moving States, have conferred with Defendants, who have represented to the Moving States that they do not oppose extending the deadline.

## CONCLUSION

For the foregoing reasons, Moving States respectfully request the Court extend the deadline by 14 days for all parties to file proposed amendments to the Final Judgment.

Dated:  January 8, 2020

                                            Respectfully submitted,

                                               /s/  Joseph S. Betsko
                                          Joseph S. Betsko (PA Bar #82620)
                                          Senior Deputy Attorney General
                                          Antitrust Section
                                          Pennsylvania Office of Attorney General

Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone:  717-787-4530
Facsimile:  717-787-1190
Email:  jbetsko@attorneygeneral.gov

*Counsel for Commonwealth of Pennsylvania
and Moving States*