# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              *Plaintiffs*,<br><br>     v.<br><br>TICKETMASTER ENTERTAINMENT, INC., and LIVE NATION ENTERTAINMENT, INC.,<br><br>                              *Defendants*. | Case: 1:10-cv-00139-RMC<br>Assigned to: Collyer, Rosemary M.<br>Assign. Date: 1/25/2010<br>Description: Antitrust |

## UNOPPOSED MOTION TO MODIFY FINAL JUDGMENT AND
## ENTER PROPOSED AMENDED FINAL JUDGMENT

Plaintiffs Commonwealth of Pennsylvania and Massachusetts and States of Arizona, Arkansas, California, Florida, Illinois, Nebraska, Nevada, New Jersey, Ohio, Oregon, Rhode Island, Tennessee, Texas, and Washington (collectively, "Moving States") respectfully move the Court to modify the Final Judgment entered in *United States, et al. v. Ticketmaster Entertainment, Inc., et al.*, Case No. 1:10-cv-00139-RMC and enter the revised Proposed Amended Final Judgment which is attached to this motion as Exhibit 1 and supersedes the previously filed Proposed Amended Final Judgment, Dkt. 22-3.  Following the Court's January 9, 2020 Order granting the Moving States' Motion for Extension of Time to File Proposed Amendments, the Moving States have conferred with the United States and Defendants.  Further, the Moving States have submitted a single set of proposed amendments though this motion as required by the Order.  The United States does not oppose the Moving States' proposed

modifications or Moving States' Motion to enter the revised proposed Amended Final Judgment in lieu of the filing made by the United States on January 8, 2020.

Beginning on December 5, 2019, Moving States engaged in discussions with the United States regarding enforcement and modification of the 2010 Final Judgment.  Moving States then engaged in discussions with the United States on December 19, 2019 regarding the proposed amended final judgment and with the Defendants starting on January 13, 2020.  Subsequently, the Moving States and Defendants agreed to supplement the United States' filing at Dkt. 22 to provide for the Plaintiff States having enhanced compliance inspection rights and access to information from the proposed monitor, which we believe significantly enhances the Plaintiff States' ability to monitor and enforce the Proposed Amended Final Judgment, and to consolidate these significant enhancements for the Plaintiff States into one set of proposed amendments as ordered by this Court.  For the Court's convenience, a redline comparison of the United States' January 8, 2020 Proposed Amended Final Judgment and the instant Proposed Amended Final Judgment is attached hereto as Exhibit 2.

Further, the United States and Defendants have agreed to: (i) extend certain provisions by five and one half years, to December 31, 2025; (ii) clarify the parties' obligations under Section IX of the Final Judgment; (iii) strengthen the compliance provisions, including appointment of an independent monitor and imposition of certain monitoring, notice and reporting obligations on Defendants; (iv) add new provisions intended to make future investigation and enforcement of the Final Judgment more effective; and (v) order Defendants to pay the United States' fees and costs associated with investigation and prosecuting this Motion.  For the Court's convenience, a redline comparison of the July 30, 2010, Final Judgment and the United States' January 8, 2020 Proposed Amended Final Judgment is found at Dkt. 22-1 and attached as Exhibit 3.

The proposed modifications as consolidated in Exhibit 1 serve the purpose of the original Final Judgment by clarifying its terms and enhancing the Plaintiff States' and United States' ability to monitor and enforce compliance; they do not alter the essence of the remedy. The Court may enter the proposed Amended Final Judgment upon a finding that the modifications are in the public interest. *United States v. Western Elec. Co.*, 900 F. 2d 283, 305 (D.C. Cir. 1990); *United States v. Baroid Corp.*, 130 F. Supp. 2d 101, 103 (D.D.C. 2001). Moving States take no position as to whether notice and comment period is required under the Antitrust Procedures and Penalties Act, 15 U.S.C. 16(b)-(h) ("Tunney Act").

Defendants, the United States and the States of Iowa and Wisconsin do not oppose the entry of this Proposed Amended Final Judgment. The State of Louisiana takes no position at this time.

Dated: January 24, 2020

        Respectfully submitted,

        /s/ Joseph S. Betsko
Joseph S. Betsko (PA Bar #82620)
Senior Deputy Attorney General
Antitrust Section
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: 717-787-4530
Facsimile: 717-787-1190
Email: jbetsko@attorneygeneral.gov

*Counsel for Commonwealth of Pennsylvania and Moving States*