**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>TICKETMASTER ENTERTAINMENT, INC., and LIVE NATION ENTERTAINMENT, INC.,<br><br>　　　　　　　　*Defendants*. | Case: 1:10-cv-00139-RMC<br>Assigned to: Collyer, Rosemary M.<br>Assign. Date: 1/25/2010<br>Description: Antitrust |

**DECLARATION OF JOSEPH S. BETSKO**

I, Joseph S. Betsko, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Deputy Attorney General with the Antitrust Section of the Pennsylvania Office of Attorney General. I submit this declaration in support of the Moving States' Motion to Modify Final Judgment and Enter Amended Final Judgment ("Motion"). I am familiar with the matters set forth herein.

2. Representatives from the Pennsylvania Office of Attorney General, the California Office of Attorney General and the Iowa Office of Attorney General, in person or telephonically, met and conferred with counsel for the Antitrust Division of the United States Department of Justice and counsel for the Defendants on January 14, 2020, January 17, 2020, January 21, 2020 and January 23, 2020.

3. During the meet and confer on January 23, 2020, counsel for the Antitrust Division of the United States Department of Justice and counsel for the Defendants advised the Moving States, including the Pennsylvania Office of Attorney General, the California Office of Attorney General and the Iowa Office of Attorney General, that they would not oppose the entry of the Moving States' Proposed Amended Final Judgment.

　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 24, 2020

                                                /s/ Joseph S. Betsko
                                     Joseph S. Betsko (PA Bar #82620)