# Exhibit A

**KIRKLAND & ELLIS**



# Mark Filip, P.C.

Partner / Litigation

mark.filip@kirkland.com

**Chicago**   +1 312 862 2192

## Practices

- Litigation
- Government, Regulatory & Internal Investigations
- International Risk & Investigations
- Trials
- Securities, Shareholder & Derivative Litigation
- Class Action Litigation
- Crisis Response
- Workplace Compliance & Investigations — #MeToo
- Environmental

## Admissions & Qualifications

- 2010, District of Columbia
- 1995, Illinois

## Education

- Harvard Law School, J.D., *magna cum laude*, 1992
  Editor, *Harvard Law*

Mark Filip is a partner in Kirkland's Chicago and Washington, D.C., offices. Mark leads the Firm's government enforcement defense and internal investigations group, and he serves as one of the members of the Firm's worldwide management committee.

Mark has deep experience in both private practice and in government service. In private practice, he leads internal investigations for a wide array of boards and companies, which involve numerous industries, settings, and countries around the world. Mark also represents, for example, several multi-national healthcare companies in government investigations concerning their core products, and he led the government investigations defense of BP following the *Deepwater Horizon* Gulf of Mexico tragedy. Mark also helped defend General Motors in its recent criminal proceedings in the Southern District of New York. His clients include some of the largest financial institutions in the world, as well as Fortune 500 companies in diverse industries including professional sports, energy, defense contracting, mining, manufacturing, agricultural production, gaming, and heavy infrastructure. His experience includes investigations by the Department of Justice, Securities and Exchange Commission, Federal Trade Commission, Department of Labor, Environmental Protection Agency, Department of Defense, Department of Homeland Security, Congress, Federal Reserve, New York Department of Financial Services, state attorneys general, and foreign regulators, as well as special board committees convened

# KIRKLAND & ELLIS

Review

- University of Oxford, B.A., Jurisprudence, with Honors, 1990
  First Class Honors
  Marshall Scholarship Recipient
- University of Illinois at Urbana-Champaign, B.A., Economics & History, *summa cum laude*, 1988
  Student Member, University Board of Trustees

in response to shareholder demands.

On the civil side, Mark has an active class action defense practice. This includes, for example, a broad securities practice for clients in a variety of industries. Mark has substantial experience with the federal Multi-District Litigation process, and he has served as a judge in class action matters during his tenure on the federal bench, and as an advocate in such cases in private practice. He is also a fellow in the American College of Trial Lawyers.

Prior to joining Kirkland, Mark was at the U.S. Department of Justice, where he served as Deputy Attorney General of the United States after being unanimously confirmed by the U.S. Senate. As Deputy Attorney General, Mark was second-in-command of the Justice Department and oversaw all of its criminal and civil enforcement efforts. He also represented the Justice Department in its interactions with Congress, the White House, and other cabinet-level Departments, as well as with numerous foreign governments. Mark served as Acting Attorney General after the inauguration of President Obama, until U.S. Attorney General Eric Holder was confirmed. Mark has held numerous high-level security clearances and has successfully passed numerous extensive FBI and other background checks.

Prior to serving as Deputy Attorney General, Mark spent four years as a federal judge on the U.S. District Court for the Northern District of Illinois after being confirmed 96–0 by the U.S. Senate. During his time as a trial judge in Chicago, Mark presided over a full docket of federal cases, including lawsuits concerning intellectual property disputes, securities law, criminal law, antitrust issues, employment and sexual harassment laws, and a wide variety of commercial and property disputes.

As a young attorney, Mark served as an Assistant U.S. Attorney in Chicago, where he prosecuted a broad variety of criminal cases, including political, judicial, and police corruption, and financial and tax fraud.

**KIRKLAND & ELLIS**

## Clerk & Government Experience

Law Clerk, Justice Antonin Scalia, Supreme Court of the United States, 1993–1994

Law Clerk, Judge Stephen F. Williams, United States Court of Appeals for the District of Columbia Circuit, 1992–1993

## Recognition

Recognized as being among the world's leading investigations lawyers by *Who's Who Legal* : Investigations

Fellow, American College of Trial Lawyers

Honored by Martindale-Hubbell with the AV Preeminent™ award for The Highest Possible Ranking in Both Legal Ability & Ethical Standards

*Chambers USA* for Litigation: General Commercial, White-Collar Crime & Government Investigations and FCPA

*Chambers Global* for FCPA (USA)

**Awards**

Chicago Legal Aid Bureau's 2008 William H. Avery Award for Commitment to Pro Bono Legal Work and Public and Community Service

## Memberships & Affiliations

Served as one of four members of bi-partisan U.S. Secret Service Protective Mission Panel, which reported to Congress and the White House concerning its recommendations to improve the U.S. Secret Service's performance and capability to protect the White

**KIRKLAND & ELLIS**

House and President

Served as a member of U.S. Judicial Conference's Advisory Committee on Federal Criminal Rules

Chairman Emeritus, Board of Directors, University of Illinois Alumni Association

Member, Board of Visitors, Duke University School of Law