**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*. <br><br> *Plaintiffs*, <br><br> v. <br><br> TICKETMASTER ENTERTAINMENT, INC., and LIVE NATION ENTERTAINMENT, INC., <br><br> *Defendants*. | Case: 1:10-cv-00139-RMC <br> Assigned to: Collyer, Rosemary M. <br> Assign. Date: 1/25/2010 <br> Description: Antitrust |

**ORDER**

Pursuant to Section XVII.A. of the Amended Final Judgment entered by the Court on January 28, 2020, the Court hereby appoints The Honorable Mark Filip as Monitoring Trustee.

IT IS SO ORDERED by the Court, this 18th day of February, 2020.

---

United States District Judge